IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-1507 (SLR) |
| BATH & BODY WORKS, INC.; LIMITED | ) |
| BRANDS, INC.; KAO BRANDS CO. | ) |
| (f/k/a THE ANDREW JERGENS | ) |
| COMPANY); and KAO CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### KBC'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

Pursuant to Fed. R. Civ. P. 56 and as set forth in the accompanying memorandum, defendant Kao Brands Co. ("KBC") moves for summary judgment of non-infringement.

Counsel is aware of this Court's general policy not to decide summary judgment motions until late in the case and after the completion of fact and expert discovery. However, it is submitted that the circumstances in this case justify an exception to this general policy since plaintiff, it is believed, does not have even an arguable position as to infringement. In such a circumstance, it is submitted, KBC should not be required to defer until late in the case the resolution of this dispositive issue.

The grounds for this motion are more fully set forth in KBC's Memorandum in Support of its Motion for Summary Judgment of Non-Infringement, filed contemporaneously herewith.

OF COUNSEL:

Arthur I. Neustadt, Esq.
Richard L. Chinn, Esq.
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000
Fax: (703) 413-2220

Dated: March 8, 2005

673078

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel.: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant
Kao Brands Co.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 8, 2005, I electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Frederick L. Cottrell, III
Alyssa M. Schwartz
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. box 551
Wilmington, DE 19801

I hereby certify that on March 8, 2005, I have Federal Expressed the documents to the following non-registered participants:

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, NW
Washington, DC 20006

By: /s/ 
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

673089