IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) C.A. No. 04-1507 (SLR) | |
| BATH & BODY WORKS, INC.; LIMITED ) | |
| BRANDS, INC.; KAO BRANDS CO. ) | |
| (f/k/a THE ANDREW JERGENS ) | |
| COMPANY); and KAO CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT KAO BRANDS CO.'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Kao Brands Co. discloses that its parent corporation is Kao Corporation, Tokyo, Japan and that no publicly held corporation owns 10% or more of Kao Corporation.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| | By: _____ |
| Arthur I. Neustadt, Esq. | Richard L. Horwitz |
| Richard L. Chinn, Esq. | David E. Moore |
| OBLON, SPIVAK, McCLELLAND, | Hercules Plaza 6th Floor |
| MAIER & NEUSTADT, P.C. | 1313 N. Market Street |
| 1940 Duke St. | P.O. Box 951 |
| Alexandria, VA 22314 | Wilmington, DE 19899 |
| Tel.: (703) 413-3000 | Tel: (302) 984-6000 |
| Fax: (703) 413-2220 | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Dated: March 9, 2005 | *Attorneys for Defendant Kao Brands Co.* |

673066

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 9, 2005, I electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Frederick L. Cottrell, III
Alyssa M. Schwartz
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. box 551
Wilmington, DE  19801

I hereby certify that on March 9, 2005, I have faxed the documents to the following non-registered participants:

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, NW
Washington, DC  20006

By: _____
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

673089