IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C.,<br><br>    Plaintiff,<br><br>v.<br><br>BATH & BODY WORKS, INC.; LIMITED BRANDS, INC.; KAO BRANDS CO. (f/k/a THE ANDREW JERGENS COMPANY); and KAO CORPORATION<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-1507-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

TO:    Clerk of the Court
         United States District Court
         District of Delaware
         844 King Street
         Wilmington, DE 19801

        PLEASE TAKE NOTICE that Frederick L. Cottrell, III, Alyssa M. Schwartz and the law firm of Richards, Layton & Finger, P.A. hereby withdraw their appearance in this case for plaintiff LP Matthews, L.L.C.; and Steven J. Balick, John G. Day and the law firm of Ashby & Geddes enter their appearance for plaintiff LP Matthews, L.L.C.

| | |
|---|---|
| /s/ Steven J. Balick<br>Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Ashby & Geddes<br>222 Delaware Avenue<br>P. O. Box 1150<br>Wilmington, DE 19899<br>(302)654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com | /s/ Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (#2555)<br>Alyssa M. Schwartz (#4351)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>P. O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>schwartz@rlf.com |

March 9, 2005

RLF1-2849785-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899-0951

I hereby certify that on March 9, 2005, I have Federal Expressed the document(s) to the following non-registered participants:

John Ward, Esq.
Michael Zinna, Esq.
Ward & Olivo
708 Third Avenue
New York, New York 10017

Arthur I. Neustadt
Oblon, Spivak, McClelland, Maier
  & Neustadt, P.C.
1940 Duke Street
Alexandra, Virgina 22314

/s/ John G. Day
John G. Day (#2403)
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE  19899
(302)654-1888
jday@ashby-geddes.com

RLF1-2849785-1