IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> BATH & BODY WORKS, INC.; et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 04-1507-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Ronald J. Schutz, Robert A. Auchter, and Jason R. Buratti to represent plaintiff LP Matthews, L.L.C. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for pro hac admission for Mr. Schutz previously has been paid, and the annual fees for Messrs. Auchter and Buratti are being submitted in connection with this motion.

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
*Attorneys for Plaintiff*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Dated: _____, 2005    _____
                                                         Chief Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: March 12, 2005

Ronald J. Schutz

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: March 7, 2005

_____
Robert A. Auchter

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: March 7, 2005

Jason R. Buratti

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2005, the attached **MOTION AND ORDER FOR ADMISSION PRO HAC** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | <u>HAND DELIVERY</u> |
| Arthur I. Neustadt, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314 | <u>VIA ELECTRONIC MAIL</u> |
| John Ward, Esquire<br>Ward & Olivo<br>708 Third Avenue<br>New York, NY 10017 | <u>VIA ELECTRONIC MAIL</u> |

                                                                     */s/ John G. Day*
                                                                     John G. Day

154732.1