# EXHIBIT A


















GO TO CURÉL SITE →

Curél

ABOUT US
OUR BRANDS
INNOVATION
PRESS ROOM
CAREERS
WORLDWIDE OPERATIONS

Brands Overview
Campaigns

Visit our brand sites

Kao Corporation

Ban®
Bioré®
Curél®
Guhl®
Jergens®
John Frieda®

Whatever your dry skin care needs, the Curél® brand has the perfect solution. Each formula is dermatologist tested, won't clog pores, and is gentle enough to use on your face.

Curél® lotions begin with the superior moisturizing capability of a cationic base formula to lock moisture in to dry skin. People prefer Curél® products because of the "cationic technology" that works not only to heal dry skin – but to leave it feeling soft without feeling greasy.

Whatever your ideal Curél® lotion is, from Fragrance Free to Ultra Healing to Age Defying and Firming, Curél® lotions provide the perfect cure for dry skin.

HOME
CONTACT US
LEGAL NOTICE
PRIVACY POLICY

Curêl® - Products - Curêl® Ultra Healing® Daily Moisture Therapy Lotion

Page 1 of 1



- PRODUCTS
  ORIGINAL
  FRAGRANCE FREE
  AGE DEFYING
  & FIRMING
  SOOTHING HANDS
  ULTRA HEALING®
  SMOOTH LEGS
- MEDIA CENTER
- ABOUT CUREL

FAQ | TELL US MORE

## Ultra Healing® Daily Moisture Therapy Lotion





▲ Extra dry skin can be irritating and uncomfortable, and so can greasy creams. Curêl® Ultra Healing® Daily Moisture Therapy Lotion for Extra Dry Skin - Moisturizes like a cream but feels like a lotion. Curêl® Ultra Healing® lotion is a unique formula that penetrates deeply to heal and prevent extra dry skin. It's clinically proven to quadruple skin's natural moisture level, while its high humectant moisturizing formula absorbs quickly and feels non-greasy. Make dry, uncomfortable skin a problem of the past.

**Ingredients**
Water, Glycerin, Petrolatum, Cetearyl Alcohol, Behentrimonium Chloride, Cetyl-PG Hydroxyethyl Palmitamide, Isopropyl Palmitate, Avena Sativa (Oat) Meal Extract, Eucalyptus Globulus Leaf Extract, Citrus Aurantium Dulcis (Orange) Oil, Cyclomethicone, Dimethicone, Cholesteryl Isostearate, BIS-PEG-15 Dimethicone/IPDI Copolymer, DMDM Hydantoin.

Copyright © 2005 Curêl®. All Rights Reserved.    Privacy Policy | Legal