# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

**222 DELAWARE AVENUE**

**P. O. BOX 1150**

**WILMINGTON, DELAWARE 19899**

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 22, 2005

Ms. Maria Moore
District of Delaware
844 North King Street
Wilmington, DE 19801

*HAND DELIVERY*

> Re:  L.P. Matthews LLC v. Bath & Body Works, et al.,
>       C.A. No. 04-1507-SLR

Dear Ms. Moore:

On Thursday March 17, 2005, I filed a motion seeking the admission *pro hac vice* of Ronald J. Schutz, Robert A. Auchter, and Jason R. Buratti in the above matter (D.I. 18). Since the motion incorrectly stated that Mr. Schutz's annual *pro hac vice* admission fee had previously been paid, I have enclosed a corrected version of the motion and a check for Mr. Schutz's fee. I apologize for the error, and regret any inconvenience this may have caused.

Very truly yours,

John G. Day

JGD/nml
Enclosures
154955.1

c:   Richard L. Horwitz, Esquire (by hand; w/ corrected motion)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LP MATTHEWS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-1507-SLR |
| v. | ) | |
| | ) | |
| BATH & BODY WORKS, INC.; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CORRECTED MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Ronald J. Schutz, Robert A. Auchter, and Jason R. Buratti to represent plaintiff LP Matthews, L.L.C. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fees for pro hac admission for Messrs. Schutz, Auchter and Buratti are being submitted to the Clerk's office in connection with this motion.

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
*Attorneys for Plaintiff*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Dated: _____, 2005    _____

Chief Judge