IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> BATH & BODY WORKS, INC., <br> LIMITED BRANDS, INC., <br> KAO BRANDS CO. (f/k/a THE ANDREW <br> JERGENS COMPANY), and <br> KAO CORPORATION <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-1507-SLR <br> ) Jury Trial Demanded <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STATEMENT PURSUANT TO RULE 7.1(a)

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Limited Brands, Inc. in the above captioned action, certify that there are no parent corporations or any publicly held corporation that own 10% or more of its stock. However, Limited Brands, Inc. is the parent corporation of Bath & Body Works, Inc.; and Limited Brands, Inc. is the only publicly held corporation that owns 10% or more of the stock of Bath & Body Works, Inc.

FOX ROTHSCHILD LLP

By: /s/ Francis G.X. Pileggi

John Ward
Michael Zinna
Ward and Olivo
708 Third Avenue
New York, NY 10017
Phone: (212) 697-6262

Francis G.X. Pileggi (#2624)
Suite 1300
919 N. Market Street
Wilmington, DE 19801
Phone: (302) 654-7444
E-mail: fpileggi@foxrothschild.com

Attorneys for Limited Brands, Inc. and
Bath & Body Works, Inc.

Dated: April 22, 2005

WM1A 54880v1 04/21/05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE OF ANSWER**

I hereby certify that on April 22, 2005, I electronically filed the foregoing Statement Pursuant to Rule 7.1(a) with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

I hereby certify that on April 22, 2005, I have mailed by U.S. First Class Mail, the foregoing document(s) to the following:

Bruce D. DeRenzi, Esquire
John T. Gallagher
Morgan & Finnegan, LLP
3 World Financial Center
New York, NY 10281-2101

Robert A. Auchter, Esquire
Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Ronald J. Schutz, Esquire
Robbins, Kaplan, Miller &Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
Fox Rothschild LLP
Suite 1300, 919 N. Market Street
Wilmington, Delaware 19899
Phone:  (302) 654-7444
Fax:  (302) 656-8920
E-mail:  fpileggi@foxrothschild.com
E-mail:  srennie@foxrothschild.com