**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LP MATTHEWS, L.L.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1507-SLR |
| | ) | |
| BATH & BODY WORKS, INC.; LIMITED | ) | |
| BRANDS, INC.; KAO BRANDS CO. | ) | |
| (f/k/a THE ANDREW JERGENS | ) | |
| COMPANY); and KAO CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF LP MATTHEWS' REPLY TO DEFENDANT**
**BBW'S COUNTERCLAIMS AND DEMAND FOR JURY TRIAL**

For its Reply to Defendants Bath & Body Works, Inc.'s and Limited Brands, Inc.'s (BBW)

Counterclaims (D.I. 22), Plaintiff LP Matthews, L.L.C. admits, denies, states and alleges as follows:

**Parties**

1.      LP Matthews admits the allegations stated by BBW in Paragraph 1 of its

Counterclaim.

2.      LP Matthews admits the allegations stated by BBW in Paragraph 2 of its

Counterclaim.

3.      LP Matthews admits the allegations stated by BBW in Paragraph 3 of its

Counterclaim.

**Jurisdiction**

4.      LP Matthews admits the allegations stated by BBW in Paragraph 4 of its

Counterclaim.

5.      LP Matthews admits the allegations stated by BBW in Paragraph 5 of its

Counterclaim.

6.      LP Matthews admits the allegations stated by BBW in Paragraph 6 of its

Counterclaim.

7.      LP Matthews admits that this Court has subject matter jurisdiction over this action

based on 28 U.S.C. §§ 1331, 1337, 1338, 2201, and 2202.  LP Matthews denies that this Court

has subject matter jurisdiction over this action based on 28 U.S.C. § 1367.

8.      LP Matthews admits the allegations stated by BBW in Paragraph 8 of its

Counterclaim.

### First Counterclaim (Declaratory Judgment of Patent Non-Infringement)

9.      BBW's Paragraph 9 of its Counterclaim does not require a response.

10.     LP Matthews denies the allegations stated by BBW in Paragraph 10 of its

Counterclaim.

### Second Counterclaim (Declaratory Judgment of Patent Invalidity)

11.     BBW's Paragraph 11 of its Counterclaim does not require a response.

12.     LP Matthews denies the allegations stated by BBW in Paragraph 12 of its

Counterclaim.

### Third Counterclaim (Exceptional Case)

13.     BBW's Paragraph 13 of its Counterclaim does not require a response.

14.     LP Matthews denies the allegations stated by BBW in Paragraph 14 of its

Counterclaim.

15.     LP Matthews denies the allegations stated by BBW in Paragraph 15 of its

Counterclaim.

16.     LP Matthews denies the allegations stated by BBW in Paragraph 16 of its

Counterclaim.

17.     LP Matthews denies the allegations stated by BBW in Paragraph 17 of its

Counterclaim.

## **DEMAND FOR JURY TRIAL**

LP Matthews demands a jury trial on all issues triable by a jury.


ASHBY & GEDDES


        /s/ *John G. Day*
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiff LP Matthews, L.L.C*

*Of Counsel:*

Ronald J. Schutz
Robins, Kaplan
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, DC  20006

Dated:  April 26, 2005
156443.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2005, the attached **PLAINTIFF LP**

**MATTHEWS' REPLY TO DEFENDANT BBW'S COUNTERCLAIMS AND DEMAND**

**FOR JURY TRIAL** was served upon the below-named counsel of record at the address and in

the manner indicated:


Richard L. Horwitz, Esquire                                    HAND DELIVERY
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951


Arthur I. Neustadt, Esquire                                VIA FEDERAL EXPRESS
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314


Francis G.X. Pileggi, Esquire                                 HAND DELIVERY
Fox Rothschild LLP
Suite 1300
919 North Market Street
Wilmington, DE  19899


John Ward, Esquire                                         VIA FEDERAL EXPRESS
Ward & Olivo
708 Third Avenue
New York, NY  10017



                                          /s/ *John G. Day*
                                        John G. Day