## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| LP MATTHEWS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 04-1507 (SLR) |
| BATH & BODY WORKS, INC.; LIMITED | ) | |
| BRANDS, INC.; KAO BRANDS CO. | ) | |
| (f/k/a THE ANDREW JERGENS | ) | |
| COMPANY); and KAO CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant Kao Brands Co., hereby certifies that

copies of the following documents were caused to be served on May 19, 2005 upon the

following attorneys of record at the following addresses as indicated:

1.    Defendant Kao Brands Co.'s First Set of Interrogatories 1-8; and

2.    Defendant Kao Brands Co.'s First Set of Document Requests 1-7.

### VIA HAND DELIVERY

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899

Francis G.X. Pileggi
Fox Rothschild LLP
919 Market Street
Suite 1300
Wilmington, DE 19801

### VIA FEDERAL EXPRESS

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, NW
Washington, DC 20006

POTTER ANDERSON & CORROON LLP

By: _____

OF COUNSEL:

Arthur I. Neustadt, Esq.
Richard L. Chinn, Esq.
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel.: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant, Kao Brands Co.*

Dated: May 19, 2005

682837 / 16138-788

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 19, 2005, the attached document

was hand-delivered to the following persons and was electronically filed with the Clerk

of the Court using CM/ECF which will send notification of such filing(s) to the following

and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick                          Francis G.X. Pileggi
John G. Day                               Fox Rothschild LLP
Ashby & Geddes                            919 Market Street
222 Delaware Avenue                       Suite 1300
Wilmington, DE  19801                     Wilmington, DE 19801


I hereby certify that on May 19, 2005, I have Federal Expressed the documents to

the following non-registered participants:

Ronald J. Schutz                          Robert A. Auchter
Robins, Kaplan, Miller & Ciresi L.L.P.    Jason R. Buratti
2800 LaSalle Plaza                        Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue                        1801 K Street, NW
Minneapolis, MN  55402-2015               Washington, DC  20006


By: _____

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

673089