IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1507-SLR |
| | ) |
| BATH & BODY WORKS, INC., | ) |
| LIMITED BRANDS, INC., | ) |
| KAO BRANDS CO. (f/k/a THE ANDREW | ) |
| JERGENS COMPANY), and | ) |
| KAO CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 31st day of May, 2005, Bath & Body Works, Inc. and Limited Brands, Inc.'s First Set of Rule 34 Requests and First Set of Interrogatory Requests to Plaintiff were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA HAND DELIVERY** |
| Richard L. Horwitz, Esquire | Steven J. Balick, Esquire |
| David Moore, Esquire | John G. Day, Esquire |
| Potter Anderson & Corroon LLP | Ashby & Geddes |
| Hercules Plaza, 6th Floor | 222 Delaware Avenue |
| 1313 N. Market Street | P.O. Box 1150 |
| P.O. Box 951 | Wilmington, DE 19899 |
| Wilmington, Delaware 19899-0951 | |

| | |
|---|---|
| **VIA E-MAIL**<br>Arthur I. Neustadt, Esquire<br>Richard Chinn, Esquire<br>Oblon, Spivak, McClelland<br>   Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 | **VIA E-MAIL**<br>Robert A. Auchter, Esquire<br>Jason R. Buratti, Esquire<br>Robins, Kaplan, Miller & Ciresi, LLP<br>1801 K Street, NW<br>Washington, DC 20006 |

FOX ROTHSCHILD LLP


By: /s/ Francis G.X. Pileggi
    Francis G.X. Pileggi (Del. Bar No. 2624)
    Citizens Bank Center
    Suite 1300
    919 North Market Street
    Wilmington, DE  19801-2323
    Phone:  (302) 654-7444
    E-mail:  fpileggi@foxrothschild.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2005, I electronically filed the foregoing Notice of Service of Bath & Body Works, Inc. and Limited Brands, Inc.'s First Set of Rule 34 Requests and First Set of Interrogatory Requests to Plaintiff with the Clerk of Court using CM/ECF and to the following in the indicated manner:

**VIA HAND DELIVERY**
Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

**VIA HAND DELIVERY**
Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**VIA E-MAIL**
Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
  Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

**VIA E-MAIL**
Robert A. Auchter, Esquire
Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)

WM1A 57174v1 05/31/05