IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LP MATTHEWS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civil Action No. 04-1507-SLR | |
| | ) | |
| BATH & BODY WORKS, INC., | ) | |
| LIMITED BRANDS, INC., | ) | |
| KAO BRANDS CO. (f/k/a THE ANDREW | ) | |
| JERGENS COMPANY), and | ) | |
| KAO CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of David Hill to represent Defendants Bath & Body Works, Inc. and Limited

Brands, Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1,

2005, I hereby certify that the annual fee for *pro hac* admission for Mr. Hill will be sent as

required.

FOX ROTHSCHILD LLP


By:_____/s/ Francis G.X. Pileggi_____
       Francis G.X. Pileggi (Del. Bar No. 2624)
       Citizens Bank Center
       Suite 1300
       919 North Market Street
       Wilmington, DE  19801-2323
       Phone:  (302) 655-3667
       E-mail:  fpileggi@foxrothschild.com

       Attorneys for Defendants Bath & Body Works, Inc.
       and Limited Brands, Inc.

Dated:  June 3, 2005

2

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is

GRANTED.


Dated: _____, 2005　　　　　_____

　　　　　　　　　　　　　　　　　　　　Chief Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2005, I electronically filed the foregoing Motion and Order for Admission Pro Hac Vice of David Hill with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
    Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Robert A. Auchter, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

I hereby certify that on June 3, 2005, the foregoing document(s) were e-mailed to the following:

Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)

WM1A 57367v1 06/03/05