

# Potter
# Anderson
# & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

June 6, 2005

**VIA ELECTRONIC FILING
AND HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    **LP Matthews, L.L.C. v. Bath & Body Works, Inc., et al.
C. A. No. 04-1507 (SLR)**

Dear Judge Robinson:

      In preparation for the Scheduling Teleconference with the Court on June 8 at 8:30 a.m., I am enclosing for Your Honor's convenience, on behalf of the defendants, a copy of the proposed form of order, which reflects the differences between plaintiff and the defendants, and where plaintiff suggests adding language which is not part of Your Honor's standard form scheduling order, defendant Kao states why that particular proposal is objectionable to Kao. We look forward to discussing the schedule with Your Honor on June 8.

      Respectfully,

      */s/ Richard L. Horwitz*

      Richard L. Horwitz

RLH/msb
685155

Enclosure
cc:  Clerk of the Court (via hand delivery w/enc.)
     John G. Day (via ECF and email w/enc.)
     Francis G.X. Pileggi (via ECF and email w/enc.)
     Jason R. Buratti (via email w/enc.)
     Michael Zinna (via email w/enc.)
     Arthur I. Neustadt (via email w/enc.)