# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 8, 2005

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, Delaware 19801

*VIA ELECTRONIC FILING*

Re:   L.P. Matthews LLC v. Bath & Body Works, et al.,
      C.A. No. 04-1507-SLR

Dear Chief Judge Robinson:

The parties to the above action jointly submit the enclosed Scheduling Order, which has been revised to reflect the decisions of the Court during this morning's Rule 16 teleconference. The parties are available at the Court's convenience should Your Honor have any questions about the enclosed Order.

Respectfully,

John G. Day

JGD/nml
Enclosure
158238.1

c:   Clerk of the Court (via ECF File and Serve; w/ enclosure)
     Robert A. Auchter, Esquire (via electronic mail; w/ enclosure)
     Francis G.X. Pileggi, Esquire (by hand; w/ enclosure)
     Michael J. Zinna, Esquire (via electronic mail; w/ enclosure)
     Richard L. Horwitz, Esquire (by hand; w/ enclosure)
     Arthur I. Neustadt, Esquire (via electronic mail; w/ enclosure)