IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1507-SLR |
| | ) |
| BATH & BODY WORKS, INC., | ) |
| LIMITED BRANDS, INC., KAO | ) |
| BRANDS CO. f/k/a The Andrew | ) |
| Jergens Company, and KAO | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

O R D E R

At Wilmington this 9th day of June, 2005, having reviewed the various correspondence submitted by the parties regarding the current trial date falling over a holiday;

IT IS ORDERED that the jury trial currently scheduled for November 13, 2006, shall now commence on **Monday, December 4, 2006**, at 9:30 a.m. for two weeks in courtroom 6B on the 6th floor, Boggs Federal Building, 844 King Street, Wilmington, Delaware. All other aspects of the June 8, 2005 scheduling order shall remain in full force and effect.

                                                        /s/ Sue L. Robinson
                                                        United States District Judge