IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1507-SLR |
| ) | |
| BATH & BODY WORKS, INC., ) | |
| LIMITED BRANDS, INC., ) | |
| KAO BRANDS CO. (f/k/a THE ANDREW ) | |
| JERGENS COMPANY), and ) | |
| KAO CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Bath & Body Works, Inc. and Limited Brands, Inc. hereby certifies that copies of the following documents were caused to be served on June 20, 2005 upon the following attorneys of record at the following addresses as indicated:

1. Defendants Bath & Body Works, Inc.'s and Limited Brands, Inc.'s Responses to LP Matthews' First Set of Interrogatories; and,

2. Defendants Bath & Body Works, Inc.'s and Limited Brands, Inc.'s Responses to LP Matthews' First Set of Document Requests.

**VIA U.S. FIRST CLASS MAIL**

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899

Richard L. Horwitz
David Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899

WM1A 58480v1 06/20/05

Ronald J. Schutz
Robbins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

Robert A. Auchter
Jason R. Buratti
Robbins, Kaplan, Miller & Ciresi LLP
1801 K Street, NW
Washington, DC  20006

Arthur I. Neustadt
Richard Chinn
Oblon, Spivak, McClelland,
    Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

FOX ROTHSCHILD LLP


By:____/s/ Francis G.X. Pileggi_____
    Francis G.X. Pileggi (Del. Bar No. 2624)
    Citizens Bank Center
    Suite 1300
    919 North Market Street
    Wilmington, DE  19801-2323
    Phone:  (302) 654-7444
    E-mail:  fpileggi@foxrothschild.com

WM1A 58480v1 06/20/05

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record via e-filing:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899

Richard L. Horwitz
David Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 1989

Ronald J. Schutz
Robbins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi LLP
1801 K Street, NW
Washington, DC 20006

Arthur I Neustadt
Richard Chinn
Oblon, Spivak, McClelland,
   Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (#2624)