IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BATH & BODY WORKS, INC.; LIMITED ) <br> BRANDS, INC.; KAO BRANDS CO. ) <br> (f/k/a THE ANDREW JERGENS ) <br> COMPANY); and KAO CORPORATION, ) <br> ) <br> Defendants. ) | Civil Action No. 04-1507-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 30th day of June, 2005, **PLAINTIFF'S RESPONSES TO BATH AND BODY WORKS, INC. AND LIMITED BRANDS, INC.'S FIRST SET OF INTERROGATORIES 1-11** was served upon the following counsel of record at the address and in the manner indicated:

Richard L. Horwitz, Esquire                                HAND DELIVERY
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market
Wilmington, DE  19801

Arthur I. Neustadt, Esquire                                VIA ELECTRONIC MAIL
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

Francis G.X. Pileggi, Esquire                              HAND DELIVERY
Fox Rothschild LLP
Suite 1300
919 North Market Street
Wilmington, DE  19801

John Ward, Esquire  
Ward & Olivo  
708 Third Avenue  
New York, NY 10017

<u>VIA ELECTRONIC MAIL</u>

ASHBY & GEDDES

/s/ *John G. Day*

---

Steven J. Balick (I.D. # 2114)  
John G. Day (I.D. # 2403)  
222 Delaware Avenue, 17th Floor  
P.O. Box 1150  
Wilmington, Delaware 19899  
302-654-1888  
sbalick@ashby-geddes.com  
jday@ashby-geddes.com

*Attorneys for Plaintiff LP Matthews, L.L.C*

*Of Counsel:*

Ronald J. Schutz  
Robins, Kaplan  
2800 LaSalle Plaza  
800 LaSalle Avenue  
Minneapolis, MN 55402-2015

Robert A. Auchter  
Jason R. Buratti  
Robins, Kaplan, Miller & Ciresi L.L.P.  
1801 K Street, Suite 1200  
Washington, DC 20006

Dated: June 30, 2005  
155563.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Arthur I. Neustadt, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 | VIA ELECTRONIC MAIL |
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Suite 1300<br>919 North Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| John Ward, Esquire<br>Ward & Olivo<br>708 Third Avenue<br>New York, NY  10017 | VIA ELECTRONIC MAIL |

/s/ *John G. Day*
John G. Day