IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1507-SLR |
| ) | |
| BATH & BODY WORKS, INC., ) | |
| LIMITED BRANDS, INC., ) | |
| KAO BRANDS CO. (f/k/a THE ANDREW ) | |
| JERGENS COMPANY), and ) | |
| KAO CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Bath & Body Works, Inc. and Limited Brands, Inc. hereby certifies that copies of the following document were caused to be served on July 15, 2005 upon the following attorneys of record at the following addresses as indicated:

Defendants Bath & Body Works, Inc.'s and Limited Brands, Inc.'s First Supplemental Responses to LP Matthews' First Set of Interrogatories to Defendant Bath & Body Works, Inc. and Limited Brands, Inc.

**VIA FIRST CLASS MAIL**

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899

Ronald J. Schutz
Robbins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Richard L. Horwitz
David Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899

Robert A. Auchter
Robbins, Kaplan, Miller & Ciresi LLP
1801 K Street, NW
Washington, DC 20006

WM1A 60238v1 07/18/05

Arthur I. Neustadt
Richard Chinn
Oblon, Spivak, McClelland,
    Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314


**VIA E-MAIL AND FIRST CLASS MAIL**

Jason R. Buratti
Robins, Kaplan, Miller & Ciresi LLP
1801 K Street, NW
Washington, DC  20006


        FOX ROTHSCHILD LLP


      By: /s/ Francis G.X. Pileggi
        Francis G.X. Pileggi (Del. Bar No. 2624)
        Citizens Bank Center
        Suite 1300
        919 North Market Street
        Wilmington, DE  19801-2323
        Phone:  (302) 654-7444
        E-mail:  fpileggi@foxrothschild.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18st day of July, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record via e-filing:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899

Richard L. Horwitz
David Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 1989

Ronald J. Schutz
Robbins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi LLP
1801 K Street, NW
Washington, DC 20006

Arthur I Neustadt
Richard Chinn
Oblon, Spivak, McClelland,
   Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

                                                  /s/ Francis G.X. Pileggi
                                                  Francis G.X. Pileggi (#2624)