IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BATH & BODY WORKS, INC.; LIMITED )<br>BRANDS, INC.; KAO BRANDS CO. )<br>(f/k/a THE ANDREW JERGENS )<br>COMPANY); and KAO CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 04-1507-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of August, 2005, **PLAINTIFF'S SUPPLEMENTAL RESPONSES TO KBC'S FIRST SET OF INTERROGATORIES 1-8** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market<br>Wilmington, DE  19801 | HAND DELIVERY |
| Arthur I. Neustadt, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 | VIA ELECTRONIC MAIL |
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Suite 1300<br>919 North Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| John Ward, Esquire<br>Ward & Olivo<br>708 Third Avenue<br>New York, NY  10017 | VIA ELECTRONIC MAIL |

                                               ASHBY & GEDDES

                                               /s/ *John G. Day*

                                               _____
                                               Steven J. Balick (I.D. # 2114)
                                               John G. Day (I.D. # 2403)
                                               222 Delaware Avenue, 17th Floor
                                               P.O. Box 1150
                                               Wilmington, Delaware 19899
                                               302-654-1888
                                               sbalick@ashby-geddes.com
                                               jday@ashby-geddes.com

                                               *Attorneys for Plaintiff LP Matthews, L.L.C*

*Of Counsel:*

Ronald J. Schutz
Robins, Kaplan
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, DC 20006

Dated: August 2, 2005
155563.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Arthur I. Neustadt, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 | VIA ELECTRONIC MAIL |
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Suite 1300<br>919 North Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| John Ward, Esquire<br>Ward & Olivo<br>708 Third Avenue<br>New York, NY  10017 | VIA ELECTRONIC MAIL |

/s/ *John G. Day*
John G. Day