# EXHIBIT A

**EXHIBIT A TO JOINT PROTECTIVE ORDER**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LP MATTHEWS, L.L.C.                )<br>                                                      )<br>        Plaintiff,                            )<br>                                                      )<br>    v.                                            )<br>                                                      )<br>BATH & BODY WORKS, INC.; LIMITED )<br>BRANDS, INC.; KAO BRANDS CO.   )<br>(f/k/a THE ANDREW JERGENS       )<br>COMPANY); and KAO CORPORATION )<br>                                                      )<br>        Defendants.                       )<br>_____) | Civil Action No. 04-1507 (SLR) |

**DECLARATION**

I, _____, declare as follows:

   1.    My present address is: _____

_____.

   2.    My present occupation or job description is: _____

_____.

   3.    My present employer is: _____

_____.

   4.    I have received a copy of the Joint Protective Order ("Order") entered in the above action. I have carefully read and understand the provisions of the Order.

   5.    I will comply with all of the provisions of the Order. I will hold in confidence, will not disclose to anyone other than those persons specifically authorized by the Order, and will not copy or use except for the purposes of this action, any Confidential Material that I

receive in this action.

      6.      I submit to the jurisdiction of this Court for the purposes of enforcement of this Order.

Date: _____

                                                       _____
                                                       [Print Name]

                                                       _____
                                                       [Signature]