IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BATH & BODY WORKS, INC., )<br>LIMITED BRANDS, INC., )<br>KAO BRANDS CO. (f/k/a THE ANDREW )<br>JERGENS COMPANY), and )<br>KAO CORPORATION, )<br>)<br>Defendants. ) | Civil Action No. 04-1507-SLR |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael Zinna to represent Defendants Bath & Body Works, Inc. and Limited Brands, Inc. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission for Mr. Zinna will be sent as required.

FOX ROTHSCHILD LLP

By: /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)
Leslie B. Spoltore (Del. Bar No. 3605)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 655-3667
E-mail: fpileggi@foxrothschild.com

Attorneys for Defendants Bath & Body Works, Inc. and Limited Brands, Inc.

Dated: August 24, 2005

WM1A 61105v1 08/08/05

2

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Michael Zinna is GRANTED.

Dated: _____, 2005        _____
                                                            Chief Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2005, I electronically filed the foregoing Motion and Order for Admission *Pro Hac Vice* of Michael Zinna with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
   Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Robert A. Auchter, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

                                            /s/ Francis G.X. Pileggi
                                    Francis G.X. Pileggi (Del. Bar No. 2624)