## ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 24, 2005

The Honorable Sue L. Robinson  *VIA ELECTRONIC FILING*
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:    *L.P. Matthews LLC v. Bath & Body Works, et al.,*
            C.A. No. 04-1507-SLR

Dear Chief Judge Robinson:

    In anticipation of this afternoon's discovery status conference in the above matter, we write to advise the Court that plaintiff L.P. Matthews LLC will be seeking the Court's assistance in resolving the following matter:

    1.    Whether the Kao defendants' production of 460 pages of documents complied with their obligation to produce all non-privileged documents responsive to plaintiffs document requests in this action.

                                         Respectfully,

                                         */s/ John G. Day*

                                         John G. Day

JGD/nml
160716.1

    c:    Clerk of the Court (via ECF File and Serve)
          Robert A. Auchter, Esquire (via electronic mail)
          Francis G.X. Pileggi, Esquire (via electronic mail)
          Michael J. Zinna, Esquire (via electronic mail)
          Richard L. Horwitz, Esquire (via electronic mail)
          Arthur I. Neustadt, Esquire (via electronic mail)