**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) ) ) C.A. No. 04-1507 (SLR) |
| BATH & BODY WORKS, INC.; LIMITED BRANDS, INC.; KAO BRANDS CO. (f/k/a THE ANDREW JERGENS COMPANY); and KAO CORPORATION, | ) ) ) ) ) |
|     Defendants. | ) |

## **ORDER**

Having considered defendant Kao Brands Co.'s ("KBC") motion to dismiss this action if plaintiff LP Matthews L.L.C. ("LPM") refuses to join as a party plaintiff its assignor The Greenspan Company ("Greenspan"):

IT IS HEREBY ORDERED that KBC's Motion is GRANTED.

Dated: _____

 

                                                                                                 _____
                                                                                                     United States District Judge