## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-1507 (SLR) |
| BATH & BODY WORKS, INC.; LIMITED | ) |
| BRANDS, INC.; KAO BRANDS CO. | ) |
| (f/k/a THE ANDREW JERGENS | ) |
| COMPANY); and KAO CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendants Kao Corporation and Kao Brands Co., hereby certifies that copies of Defendant KBC's Second Set of Interrogatories (Nos. 9-12) were caused to be served on September 30, 2005 upon the following attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

Steven J. Balick                         Francis G.X. Pileggi
John G. Day                              Fox Rothschild LLP
Ashby & Geddes                           919 Market Street
222 Delaware Avenue                      Suite 1300
Wilmington, DE 19899                     Wilmington, DE 19801


### VIA FEDERAL EXPRESS

Ronald J. Schutz                         Robert A. Auchter
Robins, Kaplan, Miller & Ciresi L.L.P.   Jason R. Buratti
2800 LaSalle Plaza                       Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue                       1801 K Street, NW
Minneapolis, MN 55402-2015               Washington, DC 20006

2

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By:  */s/ David E. Moore* |
|  | Richard L. Horwitz (#2246) |
| Arthur I. Neustadt | David E. Moore (#3983) |
| Richard L. Chinn | Hercules Plaza, 6th Floor |
| OBLON, SPIVAK, McCLELLAND, | 1313 N. Market Street |
| MAIER & NEUSTADT, P.C. | P.O. Box 951 |
| 1940 Duke St. | Wilmington, DE 19899-0951 |
| Alexandria, VA 22314 | Tel.: (302) 984-6000 |
| Tel.: (703) 413-3000 | rhorwitz@potteranderson.com |
| Fax: (703) 413-2220 | dmoore@potteranderson.com |
| Dated: September 30, 2005 | *Attorneys for Defendants* |
|  | *Kao Corporation and Kao Brands Co.* |
| 701645 |  |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 30, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Steven J. Balick | Francis G.X. Pileggi |
| John G. Day | Fox Rothschild LLP |
| Ashby & Geddes | 919 Market Street |
| 222 Delaware Avenue | Suite 1300 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

I hereby certify that on September 30, 2005, I have Federal Expressed the documents to the following non-registered participants:

| | |
|---|---|
| Ronald J. Schutz | Robert A. Auchter |
| Robins, Kaplan, Miller & Ciresi L.L.P. | Jason R. Buratti |
| 2800 LaSalle Plaza | Robins, Kaplan, Miller & Ciresi L.L.P. |
| 800 LaSalle Avenue | 1801 K Street, NW |
| Minneapolis, MN 55402-2015 | Washington, DC 20006 |

By:  */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

673089