IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-1507-SLR |
| v. ) | |
| ) | |
| BATH & BODY WORKS, INC.; LIMITED ) | |
| BRANDS, INC.; KAO BRANDS CO. ) | |
| (f/k/a THE ANDREW JERGENS ) | |
| COMPANY); and KAO CORPORATION ) | |
| ) | |
| Defendants. ) | |

## STIPULATED ORDER

Plaintiff LP Matthews, LLC and defendant KAO Brands Co. hereby stipulate and agree, subject to the approval of the Court, that the due date for service and filing of plaintiff's answering brief in opposition to KAO Brands Co.'s motion to dismiss based on lack of standing shall be extended to Monday October 24, 2005.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888 (voice)
(302) 654-2067 (fax)
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiff*

POTTER ANDERSON & CORROON, LLP

/s/ *David E. Moore*

Richard L. Horwitz (I.D. # 2246)
David E. Moore (I.D. # 3983)
1313 N. Market Street
Wilmington, DE 19899-0951
Tel: (302) 984-6000
Fax (302) 658-1192
Rhorwitz@potteranderson.com
Dmoore@pottersanderson.com

*Attorneys for Defendant KAO Brands Co.*

SO ORDERED this ___ day of _____, 2005.

_____
Chief Judge

162296.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2005, the attached **STIPULATED ORDER** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Suite 1300<br>919 North Market Street<br>Wilmington, DE 19899 | <u>VIA ELECTRONIC MAIL</u> |
| John Ward, Esquire<br>Ward & Olivo<br>708 Third Avenue<br>New York, NY 10017 | <u>VIA ELECTRONIC MAIL</u> |

/s/ *John G. Day*
_____
John G. Day