IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1507-SLR |
| | ) |
| BATH & BODY WORKS, INC., | ) |
| LIMITED BRANDS, INC., | ) |
| KAO BRANDS CO. (f/k/a THE ANDREW | ) |
| JERGENS COMPANY), and | ) |
| KAO CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Bath & Body Works, Inc. and Limited Brands, Inc. hereby certifies that copies of the following document were caused to be served on October 13, 2005 upon the following attorneys of record as indicated:

Defendant Bath & Body Works, Inc.'s Response to Plaintiff's Notice of Deposition Pursuant to Rule 30(b)(6) of Defendant Bath & Body Works, Inc.:

### VIA E-MAIL AND FIRST CLASS MAIL

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi LLP
1801 K Street, NW
Washington, DC 20006

WM1A 65919v1 10/14/05

**VIA E-MAIL ONLY**

Arthur I. Neustadt
Richard Chinn
Oblon, Spivak, McClelland,
    Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

Richard L. Horowitz
David Moore
Potter, Anderson & Corroon LLP
1313 North Market Street
Washington, DC  20006

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 54402

FOX ROTHSCHILD LLP

By:  /s/ Francis G.X. Pileggi
    Francis G.X. Pileggi (Del. Bar No. 2624)
    Citizens Bank Center
    Suite 1300
    919 North Market Street
    Wilmington, DE  19801-2323
    Phone:  (302) 654-7444
    E-mail:  fpileggi@foxrothschild.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2005, I electronically filed the foregoing Defendant Bath & Body Works, Inc.'s Response to Plaintiff's Notice of Deposition Pursuant to Rule 30(B)(6) of Defendant Bath & Body Works, Inc. with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
    Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

Robert A. Auchter, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)