IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-1507-SLR |
| v. ) | |
| ) | |
| BATH & BODY WORKS, INC.; LIMITED ) | |
| BRANDS, INC.; KAO BRANDS CO. ) | |
| (f/k/a THE ANDREW JERGENS ) | |
| COMPANY); and KAO CORPORATION ) | |
| ) | |
| Defendants. ) | |

## STIPULATED ORDER

Plaintiff LP Matthews, LLC and defendant KAO Brands Co. hereby stipulate and agree, subject to the approval of the Court, that the due date for service and filing of KAO Brands Co.'s reply brief in support of its Motion to Dismiss Based on Lack of Standing (D.I. 88) shall be extended to Monday, November 7, 2005.

| ASHBY & GEDDES | POTTER ANDERSON & CORROON, LLP |
|---|---|
| /s/ *John G. Day* | /s/ *David E. Moore* |
| Steven J. Balick (I.D. #2114) | Richard L. Horwitz (I.D. # 2246) |
| John G. Day (I.D. #2403) | David E. Moore (I.D. # 3983) |
| 222 Delaware Avenue, 17th Floor | 1313 N. Market Street |
| P.O. Box 1150 | Wilmington, DE 19899-0951 |
| Wilmington, DE 19899 | Tel: (302) 984-6000 |
| (302) 654-1888 (voice) | Fax (302) 658-1192 |
| (302) 654-2067 (fax) | Rhorwitz@potteranderson.com |
| sbalick@ashby-geddes.com | Dmoore@pottersanderson.com |
| jday@ashby-geddes.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant KAO Brands Co.* |

SO ORDERED this ___ day of _____, 2005.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

  I, David E. Moore, hereby certify that on October 28, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Francis G.X. Pileggi
Fox Rothschild LLP
919 Market Street
Suite 1300
Wilmington, DE 19801

            By: */s/ David E. Moore*
               Richard L. Horwitz
               David E. Moore
               Potter Anderson & Corroon LLP
               Hercules Plaza, 6th Floor
               1313 N. Market Street
               Wilmington, DE 19899-0951
               (302) 984-6000
               rhorwitz@potteranderson.com
673089              dmoore@potteranderson.com