IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> BATH & BODY WORKS, INC., <br> LIMITED BRANDS, INC., <br> KAO BRANDS CO. (f/k/a THE ANDREW <br> JERGENS COMPANY), and <br> KAO CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-1507-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Bath & Body Works, Inc. and Limited Brands, Inc. hereby certifies that copies of the following document was caused to be served on November 8, 2005 upon the following attorneys of record as indicated:

Defendants Bath & Body Works, Inc.'s and Limited Brands, Inc.'s Second Supplemental Response to Plaintiff's Second Set of Rule 34 Requests to Defendants Bath & Body Works, Inc. and Limited Brands, Inc. (Nos. 40-56);

**VIA E-MAIL**

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

Arthur I. Neustadt
Richard Chinn
Oblon, Spivak, McClelland,
    Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

WM1A 67426v1 11/09/05

Jason R. Buratti
Robins, Kaplan, Miller & Ciresi LLP
1801 K Street, NW
Washington, DC 20006

                              FOX ROTHSCHILD LLP

                By:    /s/ Francis G.X. Pileggi
                      Francis G.X. Pileggi (Del. Bar No. 2624)
                      Citizens Bank Center
                      Suite 1300
                      919 North Market Street
                      Wilmington, DE 19801-2323
                      Phone: (302) 654-7444
                      E-mail: fpileggi@foxrothschild.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
   Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Robert A. Auchter, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)

WM1A 66938v1 11/01/05