## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) ) C.A. No. 04-1507 (SLR) |
| BATH & BODY WORKS, INC.; LIMITED BRANDS, INC.; KAO BRANDS CO. (f/k/a THE ANDREW JERGENS COMPANY); and KAO CORPORATION, | ) ) ) ) ) |
|     Defendants. | ) |

### NOTICE OF DEPOSITION

Pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure, defendant Kao Brands Company ("KBC") will take the deposition of Douglas H. Greenspan ('062 co-inventor) beginning at 9:00 a.m. on December 15, 2005, or on another mutually agreed upon date, at the Hotel Monaco Denver, 1717 Champa St., Denver, CO 80202.

The deposition may be recorded by sound, sound-and-visual and/or stenographic means and will continue from day to day until completed. You are invited to attend and cross examine.

| | |
|---|---|
| Respectfully submitted, | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
| Arthur I. Neustadt, Esq. | Richard L. Horwitz (#2246) |
| Stephen G. Baxter, Esq. | David E. Moore (#3983) |
| Richard L. Chinn, Esq. | Hercules Plaza, 6th Floor |
| OBLON, SPIVAK, McCLELLAND, MAIER & | 1313 N. Market Street |
| NEUSTADT, P.C. | Wilmington, DE 19899-0951 |
| 1940 Duke St. | Tel.: (302) 984-6000 |
| Alexandria, VA 22314 | rhorwitz@potteranderson.com |
| Tel.: (703) 413-3000 | dmoore@potteranderson.com |
| Dated: November 16, 2005 | *Attorneys for Defendant Kao Brands Co.* |
| 707857 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

     I, David E. Moore, hereby certify that on November 16, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Steven J. Balick | Francis G.X. Pileggi |
| John G. Day | Fox Rothschild LLP |
| Ashby & Geddes | 919 Market Street |
| 222 Delaware Avenue | Suite 1300 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

     I hereby certify that on November 16, 2005, I have Federal Expressed the documents to the following non-registered participants:

| | |
|---|---|
| Ronald J. Schutz | Robert A. Auchter |
| Robins, Kaplan, Miller & Ciresi L.L.P. | Jason R. Buratti |
| 2800 LaSalle Plaza | Robins, Kaplan, Miller & Ciresi L.L.P. |
| 800 LaSalle Avenue | 1801 K Street, NW |
| Minneapolis, MN 55402-2015 | Washington, DC 20006 |

John F. Ward
Ward & Olivo
708 Third Avenue
New York, NY 10017

                                                              By:   */s/ David E. Moore*
                                                                  Richard L. Horwitz
                                                                  David E. Moore
                                                                  Potter Anderson & Corroon LLP
                                                                  Hercules Plaza, 6th Floor
                                                                  1313 N. Market Street
                                                                  Wilmington, DE 19899-0951
                                                                  (302) 984-6000
                                                                  rhorwitz@potteranderson.com
673089                                                               dmoore@potteranderson.com