IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BATH & BODY WORKS, INC.; LIMITED ) <br> BRANDS, INC.; KAO BRANDS CO. ) <br> (f/k/a THE ANDREW JERGENS ) <br> COMPANY); and KAO CORPORATION, ) <br> ) <br> Defendants. ) | C.A. No. 04-1507-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 29th day of November, 2005, **PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSIONS TO DEFENDANTS LIMITED BRANDS, INC. AND BATH & BODY WORKS, INC.** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire <br> Potter Anderson & Corroon, LLP <br> Hercules Plaza, 6th Floor <br> 1313 North Market <br> Wilmington, DE 19801 | HAND DELIVERY |
| Arthur I. Neustadt, Esquire <br> Oblon, Spivak, McClelland, Maier & Neustadt, P.C. <br> 1940 Duke Street <br> Alexandria, VA 22314 | VIA ELECTRONIC MAIL |
| Francis G.X. Pileggi, Esquire <br> Fox Rothschild LLP <br> Suite 1300 <br> 919 North Market Street <br> Wilmington, DE 19801 | HAND DELIVERY |

John Ward, Esquire                                              VIA ELECTRONIC MAIL
Ward & Olivo
708 Third Avenue
New York, NY 10017

 

                                            ASHBY & GEDDES

                                            /s/ *Lauren E. Maguire*
                                            _____
                                            Steven J. Balick (I.D. # 2114)
                                            John G. Day (I.D. # 2403)
                                            Lauren E. Maguire (I.D. #4261)
                                            222 Delaware Avenue, 17th Floor
                                            P.O. Box 1150
                                            Wilmington, Delaware 19899
                                            302-654-1888
                                            sbalick@ashby-geddes.com
                                            jday@ashby-geddes.com
                                            lmaguire@ashby-geddes.com

                                            *Attorneys for Plaintiff LP Matthews, L.L.C.*

*Of Counsel:*

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, DC 20006

Dated: November 29, 2005
155563.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| Arthur I. Neustadt, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314 | VIA ELECTRONIC MAIL |
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Suite 1300<br>919 North Market Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| John Ward, Esquire<br>Ward & Olivo<br>708 Third Avenue<br>New York, NY 10017 | VIA ELECTRONIC MAIL |

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire