IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LP MATTHEWS, L.L.C.,                    )
                                        )
            Plaintiff,                  )
                                        )        C.A. No. 04-1507-SLR
        v.                              )
                                        )
BATH & BODY WORKS, INC.; LIMITED        )
BRANDS, INC.; KAO BRANDS CO.            )
(f/k/a THE ANDREW JERGENS               )
COMPANY); and KAO CORPORATION,          )
                                        )
            Defendants.                 )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 29th day of November, 2005, **PLAINTIFF'S**

**FOURTH SET OF INTERROGATORIES TO DEFENDANTS KAO BRANDS**

**COMPANY AND KAO CORPORATION** was served upon the following counsel of record at

the address and in the manner indicated:

Richard L. Horwitz, Esquire                    HAND DELIVERY
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market
Wilmington, DE  19801

Arthur I. Neustadt, Esquire                    VIA ELECTRONIC MAIL
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

Francis G.X. Pileggi, Esquire                  HAND DELIVERY
Fox Rothschild LLP
Suite 1300
919 North Market Street
Wilmington, DE  19801

John Ward, Esquire                                    <u>VIA ELECTRONIC MAIL</u>
Ward & Olivo
708 Third Avenue
New York, NY  10017


                                                      ASHBY & GEDDES

                                                      /s/ *Lauren E. Maguire*
                                                      _____
                                                      Steven J. Balick (I.D. # 2114)
                                                      John G. Day (I.D. # 2403)
                                                      Lauren E. Maguire (I.D. #4261)
                                                      222 Delaware Avenue, 17th Floor
                                                      P.O. Box 1150
                                                      Wilmington, Delaware 19899
                                                      302-654-1888
                                                      sbalick@ashby-geddes.com
                                                      jday@ashby-geddes.com
                                                      lmaguire@ashby-geddes.com

                                                      *Attorneys for Plaintiff LP Matthews, L.L.C.*

*Of Counsel:*

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, DC  20006

Dated: November 29, 2005
155563.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of November, 2005, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel of record at the address and in the manner

indicated:

Richard L. Horwitz, Esquire                    <u>HAND DELIVERY</u>
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

Arthur I. Neustadt, Esquire                    <u>VIA ELECTRONIC MAIL</u>
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

Francis G.X. Pileggi, Esquire                  <u>HAND DELIVERY</u>
Fox Rothschild LLP
Suite 1300
919 North Market Street
Wilmington, DE  19801

John Ward, Esquire                             <u>VIA ELECTRONIC MAIL</u>
Ward & Olivo
708 Third Avenue
New York, NY  10017

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire