# EXHIBIT A



EXHIBIT A

## ASSIGNMENT OF PATENT APPLICATION

WHEREAS, Douglas H. Greenspan, 200 Lois Circle, Louisville, Colorado 80027 ("Greenspan") and Phillip A. Low, 7829 West Portland Avenue, Littleton, Colorado 80123 ("Low") have invented certain new and useful products entitled "Cleaning Compositions With Orange Oil" for which an application for United States patent was filed on September 27, 1989, Serial No. 07/413,395, and

WHEREAS, Phillip A. Low desires to relinquish all his right, interest and title in the Cleaning Composition's patent application.

NOW, THEREFORE, in consideration of the promise to pay the sum of Three Thousand Dollars ($3,000.00) and other good and valuable consideration, the receipt whereof is hereby acknowledged, Low by these presents does sell, assign and transfer unto Greenspan and William J. Ingram ("Ingram") the full and exclusive right to the Cleaning Compositions invention in the United States and all countries foreign to the United States and the entire right, title and interest in and to any and all patent that may be granted therefor in the United States and all countries foreign to the United States.

NOW, THEREFORE, Low hereby authorizes and requests the Commissioner of Patents and Trademarks to issue patent to Greenspan and Ingram, as the assignees of the entire right, title, and interest in and to the same, for their sole use and benefit, to the full end of the term for which patent may be granted, as fully and entirely as the same would have been held by me had this assignment not been made.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed our seal on the date set forth hereinafter.

Date: July 12, 1990

_____
Phillip A. Low

STATE OF COLORADO )
                  )
COUNTY OF Jefferson )

LPM 000013

Given under my hand and seal of office this 12th day of July, 1990.

_[signature]_
Notary Public

44 Union Blvd Suite 620
Address

Lakewood Co 80228
City, State

NOTARIAL SEAL

My Commission expires:
June 22, 1992

RECORDED
PATENT AND TRADEMARK
OFFICE

SEP - 7 1990

LPM 000014

# EXHIBIT B



EXHIBIT B

# **<u>REDACTED</u>**

# EXHIBIT C



**REDACTED**

# EXHIBIT D



**<u>REDACTED</u>**

# EXHIBIT E



EXHIBIT E

# REDACTED

# EXHIBIT F



EXHIBIT F

# REDACTED