IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-1507-SLR |
| v. ) | |
| ) | |
| BATH & BODY WORKS, INC.; LIMITED ) | |
| BRANDS, INC.; KAO BRANDS CO. ) | |
| (f/k/a THE ANDREW JERGENS ) | |
| COMPANY); and KAO CORPORATION ) | |
| ) | |
| Defendants. ) | |

## STIPULATED ORDER

Plaintiff LP Matthews, LLC and defendants Bath & Body Works, Inc. and Limited Brands, Inc. hereby stipulate and agree, subject to the approval of the Court, that the due date for service and filing of plaintiff's answering brief in opposition to the Limited Defendants' motion to dismiss for failure to join an indispensable party shall be extended to Friday December 30, 2005.

ASHBY & GEDDES

/s/ Lauren E. Maguire
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Tel: (302) 654-1888
Fax: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for plaintiff LP Matthews, LLC*

FOX ROTHSCHILD LLP

/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (I.D. # 2624)
Sheldon K. Rennie (I.D. # 3772)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 654-7444
Fax: (302) 654-8920
Fpileggi@foxrothschild.com
Srennie@foxrothschild.com

*Attorneys for defendants Bath & Body Works, Inc. and Limited Brands, Inc.*

SO ORDERED this ___ day of _____, 2005.

_____
Chief Judge

164729.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2005, the attached **STIPULATED ORDER** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899-0951 | HAND DELIVERY |
| Arthur I. Neustadt, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 | VIA ELECTRONIC MAIL |
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Suite 1300<br>919 North Market Street<br>Wilmington, DE  19899 | HAND DELIVERY |
| John Ward, Esquire<br>Ward & Olivo<br>708 Third Avenue<br>New York, NY  10017 | VIA ELECTRONIC MAIL |

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire