# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-1507 (SLR) |
| BATH & BODY WORKS, INC.; LIMITED | ) |
| BRANDS, INC.; KAO BRANDS CO. | ) |
| (f/k/a THE ANDREW JERGENS | ) |
| COMPANY); and KAO CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Kao Corporation and Kao Brands Co., hereby certifies that copies of (1) Response to Plaintiff's Second Set of Requests for Admissions to Defendants Kao Brands Co. and Kao Corporation; and (2) Response to LP Matthews' Third Set of Interrogatories to Defendants Kao Brands Co. and Kao Corporation were caused to be served on December 21, 2005 upon the following attorneys of record at the following addresses as indicated:

## VIA HAND DELIVERY

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE  19899

Francis G.X. Pileggi
Fox Rothschild LLP
919 Market Street
Suite 1300
Wilmington, DE 19801

## VIA FEDERAL EXPRESS

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, NW
Washington, DC  20006

2

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
|  | Richard L. Horwitz (#2246) |
| Arthur I. Neustadt | David E. Moore (#3983) |
| Stephen G. Baxter | Hercules Plaza, 6th Floor |
| Richard L. Chinn | 1313 N. Market Street |
| OBLON, SPIVAK, McCLELLAND, | P.O. Box 951 |
| MAIER & NEUSTADT, P.C. | Wilmington, DE 19899-0951 |
| 1940 Duke St. | Tel.:  (302) 984-6000 |
| Alexandria, VA 22314 | rhorwitz@potteranderson.com |
| Tel.:  (703) 413-3000 | dmoore@potteranderson.com |
| Fax:  (703) 413-2220 |  |
|  | *Attorneys for Defendants* |
| Dated:  December 21, 2005 | *Kao Corporation and Kao Brands Co.* |
| 712362 |  |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 21, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Steven J. Balick | Francis G.X. Pileggi |
| John G. Day | Fox Rothschild LLP |
| Ashby & Geddes | 919 Market Street |
| 222 Delaware Avenue | Suite 1300 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

I hereby certify that on December 21, 2005, I have Federal Expressed the documents to the following non-registered participants:

| | |
|---|---|
| Ronald J. Schutz | Robert A. Auchter |
| Robins, Kaplan, Miller & Ciresi L.L.P. | Jason R. Buratti |
| 2800 LaSalle Plaza | Robins, Kaplan, Miller & Ciresi L.L.P. |
| 800 LaSalle Avenue | 1801 K Street, NW |
| Minneapolis, MN 55402-2015 | Washington, DC 20006 |

By:  */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

673089