IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1507-SLR |
| | ) |
| BATH & BODY WORKS, INC., | ) |
| LIMITED BRANDS, INC., | ) |
| KAO BRANDS CO. (f/k/a THE ANDREW | ) |
| JERGENS COMPANY), and | ) |
| KAO CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Limited Brands, Inc. certifies that copies of the following document were caused to be served on December 19, 2005 upon the following attorneys of record as indicated:

Defendant Limited Brands, Inc.'s Responses to Plaintiff's First Set of Requests for Admissions:

### VIA FIRST CLASS MAIL

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

Arthur I. Neustadt
Richard Chinn
Oblon, Spivak, McClelland,
   Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Richard L. Horwitz
David Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 54402

WM1A 70150v1 12/22/05

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi LLP
1801 K Street, NW
Washington, DC 20006

                                         FOX ROTHSCHILD LLP

                                By: /s/ Francis G.X. Pileggi
                                   Francis G.X. Pileggi (Del. Bar No. 2624)
                                   Citizens Bank Center
                                   Suite 1300
                                   919 North Market Street
                                   Wilmington, DE 19801-2323
                                   Phone: (302) 654-7444
                                   E-mail: fpileggi@foxrothschild.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
   Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Robert A. Auchter, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

                                            /s/ Francis G.X. Pileggi
                               Francis G.X. Pileggi (Del. Bar No. 2624)