IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1507-SLR |
| | ) |
| BATH & BODY WORKS, INC., | ) |
| LIMITED BRANDS, INC., | ) |
| KAO BRANDS CO. (f/k/a THE ANDREW | ) |
| JERGENS COMPANY), and | ) |
| KAO CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Limited Brands, Inc. certifies that copies of the following document were caused to be served on December 28, 2005 upon the following attorneys of record as indicated:

Defendant Limited Brands, Inc.'s First Set of Admission Requests to Plaintiff LP Matthews, LLC:

**VIA HAND DELIVERY**
Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**VIA HAND DELIVERY**
Richard L. Horwitz
David Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Arthur I. Neustadt
Richard Chinn
Oblon, Spivak, McClelland,
    Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

**VIA FIRST CLASS MAIL**
Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 54402

WM1A 70407v1 12/28/05

**VIA FIRST CLASS MAIL**
Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi LLP
1801 K Street, NW
Washington, DC  20006

                    FOX ROTHSCHILD LLP

By:    /s/ Francis G.X. Pileggi
     Francis G.X. Pileggi (Del. Bar No. 2624)
     Citizens Bank Center
     Suite 1300
     919 North Market Street
     Wilmington, DE  19801-2323
     Phone:  (302) 654-7444
     E-mail:  fpileggi@foxrothschild.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
　Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Robert A. Auchter, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

　　　　　　　　　　　　　　　　　　/s/ Francis G.X. Pileggi
　　　　　　　　　　　　　　　　Francis G.X. Pileggi (Del. Bar No. 2624)