IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1507-SLR |
| ) | |
| BATH & BODY WORKS, INC., ) | |
| LIMITED BRANDS, INC., ) | |
| KAO BRANDS CO. (f/k/a THE ANDREW ) | |
| JERGENS COMPANY), and ) | |
| KAO CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant Bath & Body Works, Inc. certifies that copies of the following document were caused to be served on December 28, 2005 upon the following attorneys of record as indicated:

Defendant Bath & Body Works, Inc.'s First Set of Admission Requests to Plaintiff LP Matthews, LLC:

**VIA HAND DELIVERY**
Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**VIA HAND DELIVERY**
Richard L. Horwitz
David Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Arthur I. Neustadt
Richard Chinn
Oblon, Spivak, McClelland,
    Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

**VIA FIRST CLASS MAIL**
Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 54402

2

**VIA FIRST CLASS MAIL**
Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi LLP
1801 K Street, NW
Washington, DC 20006

                              FOX ROTHSCHILD LLP

                        By:   /s/ Francis G.X. Pileggi
                            Francis G.X. Pileggi (Del. Bar No. 2624)
                            Citizens Bank Center
                            Suite 1300
                            919 North Market Street
                            Wilmington, DE 19801-2323
                            Phone: (302) 654-7444
                            E-mail: fpileggi@foxrothschild.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
   Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Robert A. Auchter, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

                                         /s/ Francis G.X. Pileggi
                                 Francis G.X. Pileggi (Del. Bar No. 2624)

WMIA 70148v1 12/22/05