**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-1507 (SLR) |
| BATH & BODY WORKS, INC.; LIMITED | ) |
| BRANDS, INC.; KAO BRANDS CO. | ) |
| (f/k/a THE ANDREW JERGENS | ) |
| COMPANY); and KAO CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Kao Corporation and Kao Brands Co., hereby certifies that copies of (1) Response to Plaintiff's Third Set of Requests for Admissions to Defendants Kao Brands Co. and Kao Corporation; and (2) Response to LP Matthews' Fourth Set of Interrogatories to Defendants Kao Brands Co. and Kao Corporation were caused to be served on December 29, 2005 upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

| | |
|---|---|
| Steven J. Balick | Francis G.X. Pileggi |
| John G. Day | Fox Rothschild LLP |
| Ashby & Geddes | 919 Market Street |
| 222 Delaware Avenue | Suite 1300 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Ronald J. Schutz | Robert A. Auchter |
| Robins, Kaplan, Miller & Ciresi L.L.P. | Jason R. Buratti |
| 2800 LaSalle Plaza | Robins, Kaplan, Miller & Ciresi L.L.P. |
| 800 LaSalle Avenue | 1801 K Street, NW |
| Minneapolis, MN 55402-2015 | Washington, DC 20006 |

2

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Arthur I. Neustadt<br>Stephen G. Baxter<br>Richard L. Chinn<br>OBLON, SPIVAK, McCLELLAND,<br>MAIER & NEUSTADT, P.C.<br>1940 Duke St.<br>Alexandria, VA 22314<br>Tel.:  (703) 413-3000<br>Fax:  (703) 413-2220 | By:  /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19899-0951<br>    Tel.:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com |
| Dated:  December 29, 2005 | *Attorneys for Defendants*<br>*Kao Corporation and Kao Brands Co.* |

712971

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, David E. Moore, hereby certify that on December 29, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Steven J. Balick | Francis G.X. Pileggi |
| John G. Day | Fox Rothschild LLP |
| Ashby & Geddes | 919 Market Street |
| 222 Delaware Avenue | Suite 1300 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

I hereby certify that on December 29, 2005, I have Federal Expressed the documents to the following non-registered participants:

| | |
|---|---|
| Ronald J. Schutz | Robert A. Auchter |
| Robins, Kaplan, Miller & Ciresi L.L.P. | Jason R. Buratti |
| 2800 LaSalle Plaza | Robins, Kaplan, Miller & Ciresi L.L.P. |
| 800 LaSalle Avenue | 1801 K Street, NW |
| Minneapolis, MN 55402-2015 | Washington, DC 20006 |

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

673089