IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 04-1507-SLR |
| | ) Jury Trial Demanded |
| BATH & BODY WORKS, INC., | ) |
| LIMITED BRANDS, INC., | ) |
| KAO BRANDS CO. (f/k/a THE ANDREW | ) |
| JERGENS COMPANY), and | ) |
| KAO CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT BATH & BODY WORKS, INC.'S**
**NOTICE OF DEPOSITION OF LISA P. LEDONNE**

TO:  Robert A. Auchter                    Steven J. Balick
     Jason R. Buratti                     John G. Day
     Robins, Kaplan, Miller & Ciresi LLP  Ashby & Geddes
     1801 K Street, Northwest             222 Delaware Avenue
     Washington, D.C. 20006               P.O. Box 1150
                                          Wilmington, Delaware 19899

*Attorneys for Plaintiff*

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Bath & Body Works, Inc., by its attorneys Ward & Olivo, shall take the deposition upon oral examination of Lisa P. LeDonne, beginning at 9:00 AM EST on January 18, 2006, and continuing until completed, at the offices Ward & Olivo, 708 Third Avenue, New York, New York 10017, or at some other time and place as may be mutually agreed upon by the parties.

The above-noticed deposition shall be recorded by stenographic and/or videographic

means before a Notary Public or other officer authorized by law and pursuant to the Federal Rule of Civil Procedure 30. The deposition will continue from day to day until completed, with such adjournments as to time and place as may be necessary.

    Counsel for Plaintiff is invited to attend.

                                          Respectfully submitted,

                                          FOX ROTHSCHILD, L.L.P.

Dated: December 30, 2005            By:    /s/ Francis G.X. Pileggi
                                          Francis G.X. Pileggi (Del. Bar No. 2624)
                                          Sheldon K. Rennie (Del. Bar No. 3772)
                                          Fox Rothschild, LLP
                                          Suite 1300
                                          919 North Market Street
                                          Wilmington, Delaware  19801
                                          Phone: (302) 655-3667
                                          Fax: (302) 656-8920
                                          E-mail: fpileggi@foxrothschild.com
                                          E-mail: srennie@foxrothschild.com

                                          OF COUNSEL:

                                          John F. Ward
                                          David M. Hill
                                          Michael J. Zinna
                                          WARD & OLIVO
                                          708 Third Avenue
                                          New York, New York  10017
                                          Phone: (212) 697-6262
                                          Fax: (212) 972-5866
                                          E-mail: wardj@wardolivo.com
                                          E-mail: hilld@wardolivo.com
                                          E-mail: zinnam@wardolivo.com

                                          *Attorneys for Defendants*
                                          Bath and Body Works, Inc.
                                          Limited Brands, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on December 30, 2005, I electronically filed Defendant Bath & Body Works, Inc.'s Notice of Deposition of Lisa P. LeDonne with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
   Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Robert A. Auchter, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

                              /s/ Francis G.X. Pileggi
                      Francis G.X. Pileggi (Del. Bar No. 2624)