IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1507-SLR |
| ) | Jury Trial Demanded |
| BATH & BODY WORKS, INC., ) | |
| LIMITED BRANDS, INC., ) | |
| KAO BRANDS CO. (f/k/a THE ANDREW ) | |
| JERGENS COMPANY), and ) | |
| KAO CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT BATH & BODY WORKS, INC.'S
## NOTICE OF DEPOSITION OF PHILIP A. FLORENZO

TO:  Robert A. Auchter                        Steven J. Balick
     Jason R. Buratti                         John G. Day
     Robins, Kaplan, Miller & Ciresi LLP      Ashby & Geddes
     1801 K Street, Northwest                 222 Delaware Avenue
     Washington, D.C. 20006                   P.O. Box 1150
                                              Wilmington, Delaware 19899

*Attorneys for Plaintiff*

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Bath & Body Works, Inc., by its attorneys Ward & Olivo, shall take the deposition upon oral examination of Philip A. Florenzo, beginning at 9:00 AM EST on January 17, 2006, and continuing until completed, at the offices Ward & Olivo, 708 Third Avenue, New York, New York 10017, or at some other time and place as may be mutually agreed upon by the parties.

The above-noticed deposition shall be recorded by stenographic and/or videographic

means before a Notary Public or other officer authorized by law and pursuant to the Federal Rule of Civil Procedure 30. The deposition will continue from day to day until completed, with such adjournments as to time and place as may be necessary.

    Counsel for Plaintiff is invited to attend.

Respectfully submitted,

FOX ROTHSCHILD, L.L.P.

Dated: December 30, 2005

By:   /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
Fox Rothschild, LLP
Suite 1300
919 North Market Street
Wilmington, Delaware 19801
Phone: (302) 655-3667
Fax: (302) 656-8920
E-mail: fpileggi@foxrothschild.com
E-mail: srennie@foxrothschild.com

OF COUNSEL:

John F. Ward
David M. Hill
Michael J. Zinna
WARD & OLIVO
708 Third Avenue
New York, New York 10017
Phone: (212) 697-6262
Fax: (212) 972-5866
E-mail: wardj@wardolivo.com
E-mail: hilld@wardolivo.com
E-mail: zinnam@wardolivo.com

*Attorneys for Defendants*
Bath and Body Works, Inc.
Limited Brands, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2005, I electronically filed Defendant Bath & Body Works, Inc.'s Notice of Deposition of Philip A. Florenzo with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
    Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

Robert A. Auchter, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

　　　　　　　　　　　　　　　　　　　　　/s/ Francis G.X. Pileggi
　　　　　　　　　　　　　　　　　　Francis G.X. Pileggi (Del. Bar No. 2624)