IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 04-1507-SLR |
| | ) Jury Trial Demanded |
| BATH & BODY WORKS, INC., | ) |
| LIMITED BRANDS, INC., | ) |
| KAO BRANDS CO. (f/k/a THE ANDREW | ) |
| JERGENS COMPANY), and | ) |
| KAO CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION OF LP MATTHEWS, L.L.C.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, on January 16, 2006, beginning at 9:00 AM EST, and continuing until completed, at the offices of Ward & Olivo, 708 Third Avenue, New York, New York 10017, or at such other time and place as may be mutually agreed upon by the parties, Defendants Bath & Body Works, Inc. and Limited Brands, Inc. (collectively the "Limited Defendants"), by their attorneys Fox Rothschild, L.L.P. and/or Ward & Olivo, shall take the deposition by oral examination of LP Matthews, L.L.C. ("LP Matthews") by one or more officers, directors, managing agents or other persons who consent to testify on its behalf with respect to the topics for examination listed in Attachment A. Also, pursuant to Rule 30(b)(6), LP Matthews is requested to designate in writing to the Limited Defendants' counsel on or before January 9, 2006 one or more officers, directors, managers or other persons who will consent to testify on its behalf with respect to each of the topics for examination listed in Attachment A.

The above-noticed deposition shall be recorded by stenographic and/or videographic means before a Notary Public or other officer authorized by law and pursuant to the Federal Rule of Civil Procedure 30(b)(2). The deposition will continue from day to day until completed, with such adjournments as to time and place as may be necessary.

Counsel for LP Matthews is invited to attend.

Respectfully submitted,

FOX ROTHSCHILD, L.L.P.

Dated: December 30, 2005

By:   /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
Fox Rothschild, LLP
Suite 1300
919 North Market Street
Wilmington, Delaware  19801
Phone: (302) 655-3667
Fax: (302) 656-8920
E-mail: fpileggi@foxrothschild.com
E-mail: srennie@foxrothschild.com

OF COUNSEL:

John F. Ward
David M. Hill
Michael J. Zinna
WARD & OLIVO
708 Third Avenue
New York, New York  10017
Phone: (212) 697-6262
Fax: (212) 972-5866
E-mail: wardj@wardolivo.com
E-mail: hilld@wardolivo.com
E-mail: zinnam@wardolivo.com

*Attorneys for Defendants*
Bath and Body Works, Inc.
Limited Brands, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2005, I electronically filed Notice of Deposition of LP Matthews, LLC pursuant to Federal Rule of Civil Procedure 30(b)(6) with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
    Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Robert A. Auchter, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

        /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)