IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1507-SLR |
| ) | |
| BATH & BODY WORKS, INC., ) | |
| LIMITED BRANDS, INC., ) | |
| KAO BRANDS CO. (f/k/a THE ANDREW ) | |
| JERGENS COMPANY), and ) | |
| KAO CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Defendants Bath & Body Works, Inc. and Limited Brands, Inc. hereby certifies that copies of the following documents were caused to be served on December 30, 2005 upon the following attorneys of record as indicated:

Defendants Bath & Body Works, Inc.'s and Limited Brands, Inc.'s Notice of Deposition and Subpoena *Duces Tecum* and *Ad Testificandum* to Honeywell International, Inc.

**VIA FIRST CLASS MAIL**

Robert A. Auchter, Esquire
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

WM1A 70599v1 01/03/06

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 54402

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
　　Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

　　　　　　　　　　　　　　　　　FOX ROTHSCHILD LLP


　　　　　　　　　　　　　　　　　By:＿＿＿/s/ Francis G.X. Pileggi＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　Francis G.X. Pileggi (Del. Bar No. 2624)
　　　　　　　　　　　　　　　　　　　Citizens Bank Center
　　　　　　　　　　　　　　　　　　　Suite 1300
　　　　　　　　　　　　　　　　　　　919 North Market Street
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801-2323
　　　　　　　　　　　　　　　　　　　Phone: (302) 655-3667
　　　　　　　　　　　　　　　　　　　E-mail: fpileggi@foxrothschild.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2006, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
   Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Robert A. Auchter, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)