### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-1507 (SLR) |
| BATH & BODY WORKS, INC.; LIMITED | ) |
| BRANDS, INC.; KAO BRANDS CO. | ) |
| (f/k/a THE ANDREW JERGENS | ) |
| COMPANY); and KAO CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendants Kao Corporation and Kao Brands Co.,

hereby certifies that copies of Defendant KBC's Objections to Plaintiff LPM's

November 18 and November 22 Rule 30(b)(6) Deposition Notices were caused to be

served on January 5, 2005 upon the following attorneys of record at the following

addresses as indicated:

### VIA HAND DELIVERY

Steven J. Balick                          Francis G.X. Pileggi
John G. Day                               Fox Rothschild LLP
Ashby & Geddes                            919 Market Street
222 Delaware Avenue                       Suite 1300
Wilmington, DE 19899                      Wilmington, DE 19801

### VIA EMAIL

Ronald J. Schutz                          Robert A. Auchter
Robins, Kaplan, Miller & Ciresi L.L.P.    Jason R. Buratti
2800 LaSalle Plaza                        Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue                        1801 K Street, NW
Minneapolis, MN 55402-2015                Washington, DC 20006

2

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Arthur I. Neustadt
Stephen G. Baxter
Richard L. Chinn
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.:  (703) 413-3000
Fax:  (703) 413-2220

By:  */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899-0951
    Tel.:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated:  January 5, 2006

*Attorneys for Defendants*
*Kao Corporation and Kao Brands Co.*

713741

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 5, 2006, the attached document

was hand-delivered to the following persons and was electronically filed with the Clerk

of the Court using CM/ECF which will send notification of such filing(s) to the following

and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick                         Francis G.X. Pileggi
John G. Day                              Fox Rothschild LLP
Ashby & Geddes                           919 Market Street
222 Delaware Avenue                      Suite 1300
Wilmington, DE  19801                    Wilmington, DE 19801

I hereby certify that on  January 5, 2006, I have  emailed the documents to the

following non-registered partic ipants:

Ronald J. Schutz                         Robert A. Auchter
Robins, Kaplan, Miller & Ciresi L.L.P.   Jason R. Buratti
2800 LaSalle Plaza                       Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue                       1801 K Street, NW
Minneapolis, MN  55402-2015              Washington, DC  20006

By:     /s/ David E. Moore
        Richard L. Horwitz
        David E. Moore
        Potter Anderson & Corroon LLP
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, DE  19899-0951
        (302) 984-6000
        rhorwitz@potteranderson.com
673089  dmoore@potteranderson.com