# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 5, 2006

Ms. Rosanna DiMeo  
Case Manager  
United States District Court  
844 King Street  
Wilmington, DE 19801

HAND DELIVERY

Re:  *LP Matthews L.L.C. v. Bath & Body Works, et al.,*  
C.A. No. 04-1507-SLR

Dear Ms. DiMeo:

    I am local counsel for plaintiff LP Matthews, L.L.C. in the above action and I write to inform you that we recently discovered an error in the Answering Memorandum in Opposition to the Limited Defendants' Motion to Dismiss for Failure to Join an Indispensable Party (D.I. 164) that we filed under seal in this matter on Friday, December 30, 2005. To correct this error, I enclose a corrected copy of the memorandum. The only change appears on page 2 and merely deletes a reference that was inadvertently included in both the text of the memorandum as well as a footnote.

    Thank you for your assistance with this matter, and my apologies for the inconvenience.

Very truly yours,

*/s/ Lauren E. Maguire*

Lauren E. Maguire

Enclosure  
165300.1

cc: Clerk of the Court (via hand delivery)  
    Robert A. Auchter, Esquire (via electronic mail)  
    Francis G.X. Pileggi, Esquire (via hand delivery)  
    Michael J. Zinna, Esquire (via electronic mail)  
    Richard L. Horwitz, Esquire (via hand delivery)  
    Arthur I. Neustadt, Esquire (via electronic mail)