IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LP MATTHEWS, L.L.C.,                          )
                                              )
              Plaintiff,                      )
                                              )
    v.                                        )
                                              ) Civil Action No. 04-1507-SLR
BATH & BODY WORKS, INC.,                      ) Jury Trial Demanded
LIMITED BRANDS, INC.,                         )
KAO BRANDS CO. (f/k/a THE ANDREW              )
JERGENS COMPANY), and                         )
KAO CORPORATION,                              )
                                              )
              Defendants.                     )

## STIPULATED ORDER

Defendants Bath & Body Works, Inc. and Limited Brands, Inc. (collectively "the Limited

Defendants") and plaintiff LP Matthews, LLC hereby stipulate and agree, subject to the approval

of the Court, that the due date for service and filing the Limited Defendants' reply to plaintiff's

answering brief to the Limited Defendants' motion to dismiss for failure to join an indispensable

party shall be extended to Friday January 13, 2006.

FOX ROTHSCHILD LLP                         ASHBY & GEDDES

/s/ Francis G.X. Pileggi                   /s/ Lauren E. Maguire
Francis G.X. Pileggi (Del. Bar No. 2624)   Steven J. Balick (Del. Bar No. 2114)
Sheldon K. Rennie (Del. Bar No. 3772)      John G. Day (Del. Bar. No. 2403)
919 North Market Street, Suite 1300        Lauren E. Maguire (Del. Bar. No. 4261)
Wilmington, Delaware  19801                222 Delaware Avenue, 17th Floor
Phone: (302) 655-3667                      Wilmington, Delaware  19801
Fax: (302) 656-8920                        Phone: (302) 654-1888
E-mail: fpileggi@foxrothschild.com         Fax: (302) 654-2067
E-mail: srennie@foxrothschild.com          E-mail: sbalick@ashby-geddes.com
                                           E-mail: jday@ashby-geddes.com
                                           E-mail: lmaguire@ashby-geddes.com

*Attorneys for defendants Bath & Body*     *Attorneys for plaintiff LP Matthews, LLC*
*Works, Inc. and Limited Brands, Inc.*

SO ORDERED this ___ day of _____, 2006

                                   _____
                                   Chief Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, I electronically filed the foregoing Stipulated Order with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
    Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Robert A. Auchter, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

            /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)