IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-1507-SLR |
| v. ) | |
| ) | |
| BATH & BODY WORKS, INC.; LIMITED ) | |
| BRANDS, INC.; KAO BRANDS CO. ) | |
| (f/k/a THE ANDREW JERGENS ) | |
| COMPANY); and KAO CORPORATION ) | |
| ) | |
| Defendants. ) | |

**OBJECTIONS TO DEFENDANT KAO BRANDS COMPANY'S
NOTICE OF DEPOSITION OF PHILIP A. LOW**

Non-party Philip A. Low and plaintiff LP Matthews, L.L.C. object to defendant Kao Brands Company's November 16, 2005 Notice of Deposition under Fed. R. Civ. P. 30 (D.I. 124). Mr. Low is not a party to this action. Nor is he an officer of plaintiff LP Matthews. Accordingly, he cannot be deposed pursuant to Rule 30 alone. Finally, subpoena(s) under Rule 45 served on Mr. Low, which appear to be related to the notice, do not comply with the Federal Rules of Civil Procedure or the Local Rules of the District of Colorado because, among other things, the issuing authority did not confer with the non-party or his attorney prior to service.

          ASHBY & GEDDES

          /s/ *Lauren E. Maguire*
          _____
          Steven J. Balick (I.D. #2114)
          John G. Day (I.D. #2403)
          Lauren E. Maguire (I.D. #4261)
          222 Delaware Avenue, 17th Floor
          P.O. Box 1150
          Wilmington, Delaware 19899
          Office: 302-654-1888
          sbalick@ashby-geddes.com
          jday@ashby-geddes.com
          lmaguire@ashby-geddes.com

          *Attorneys for Plaintiff LP Matthews, L.L.C.*
          *and non-party Philip A. Low*

*Of Counsel*:

Ronald J. Schutz, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Office:   800-553-9910

Robert A. Auchter, Esq.
Jason R. Buratti, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, D.C.  20006
Office:   202-775-0725

Dated:  January 11, 2006
165531.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2006, the attached **OBJECTIONS TO DEFENDANT KAO BRANDS COMPANY'S NOTICE OF DEPOSITION OF PHILIP A. LOW** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899-0951 | HAND DELIVERY |
| Arthur I. Neustadt, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 | VIA ELECTRONIC MAIL |
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Suite 1300<br>919 North Market Street<br>Wilmington, DE  19899 | HAND DELIVERY |
| John Ward, Esquire<br>Ward & Olivo<br>708 Third Avenue<br>New York, NY  10017 | VIA ELECTRONIC MAIL |

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire