IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LP MATTHEWS, L.L.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-1507-SLR |
| v. | ) | |
| | ) | |
| BATH & BODY WORKS, INC.; LIMITED BRANDS, INC.; KAO BRANDS CO. (f/k/a THE ANDREW JERGENS COMPANY); and KAO CORPORATION | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**OBJECTIONS TO DEFENDANT BATH & BODY WORKS, INC.'S
NOTICE OF DEPOSITION OF WILLIAM J. INGRAM**

Non-party William J. Ingram and plaintiff LP Matthews, L.L.C. object to defendant Bath & Body Works, Inc.'s January 6, 2006 Notice of Deposition under Fed. R. Civ. P. 30 (D.I. 172). Mr. Ingram is not a party to this action. Nor is he an officer of plaintiff LP Matthews. Accordingly, he cannot be deposed pursuant to Rule 30 alone. Finally, subpoena(s) under Rule 45 served on Mr. Ingram, which appear to be related to the notice, do not comply with the Federal Rules of Civil Procedure or the Local Rules of the District of Colorado because, among other things, the issuing authority did not confer with the non-party or his attorney prior to service. William Ingram further objects to cumulative or duplicative examination. Plaintiff LP Matthews similarly objects to cumulative or duplicative examination, particularly since the defendants have made similar (though incomplete and unsubstantiated) invalidity contentions. Both William Ingram and LP Matthews note that the defendants have not attempted in advance to coordinate their subpoenas of non-party witnesses, though they have intimated an intent to "coordinate" depositions of non-parties that they have served with multiple subpoenas.

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Office: 302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff LP Matthews, L.L.C.
and non-party William J. Ingram*

*Of Counsel*:

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Office: 800-553-9910

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, D.C. 20006
Office: 202-775-0725

Dated: January 12, 2006
165568.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2006, the attached **OBJECTIONS TO DEFENDANT BATH & BODY WORKS, INC.'S NOTICE OF DEPOSITION OF WILLIAM J. INGRAM** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899-0951 | HAND DELIVERY |
| Arthur I. Neustadt, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 | VIA ELECTRONIC MAIL |
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Suite 1300<br>919 North Market Street<br>Wilmington, DE  19899 | HAND DELIVERY |
| John Ward, Esquire<br>Ward & Olivo<br>708 Third Avenue<br>New York, NY  10017 | VIA ELECTRONIC MAIL |

/s/ *Lauren E. Maguire*

Lauren E. Maguire