IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 04-1507-SLR |
| : | |
| BATH & BODY WORKS, INC., et al., : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **13th** day of **January, 2006,**

IT IS ORDERED that the mediation conference between plaintiff and defendant Kao **only** shall take place as previously scheduled on **Thursday, February 2, 2006** beginning at **10:00 a.m. Dress for the mediation is casual.** All other provisions of the Court's August 11, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE