FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LP MATTHEWS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action NO. 04-1507-SLR |
| | ) | Jury Trial Demanded |
| BATH AND BODY WORKS, INC. | ) | |
| LIMITED BRANDS, INC. | ) | |
| KAO BRANDS CO. (f.k.a. THE ANDREW | ) | |
| JERGENS COMPANY), and | ) | |
| KAO CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## THE LIMITED DEFENDANTS' REPLY TO LP MATTHEWS' ANSWERING MEMORANDUM IN OPPOSITION TO THE LIMITED DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO JOIN AN INDISPENSABLE PARTY

FOX ROTHSCHILD, LLP
Francis G.X. Pileggi, Esquire(Del. Bar 2624)
Sheldon K. Rennie, Esquire(Del. Bar 3772)
919 N. Market Street
Suite 1300
Wilmington, Delaware 19801
Phone: (302) 622-4201
Fax: (302) 656-8920

*Attorneys for Defendants Bath
and Body Works, Inc. and Limited
Brands, Inc.*

OF COUNSEL:

WARD & OLIVO
John F. Ward
David M. Hill
Michael J. Zinna
708 Third Avenue
New York, New York 10017
Phone: (212) 697-6262
Fax: (212) 972-5866

WM1A 71315v1 01/13/06

FILED UNDER SEAL