## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2006, I electronically filed The Limited Defendants' Reply Brief to Dismiss for Failure to Join an Indispensable Party, **(Under Seal)** with the Clerk of Court using CM/ECF and sent notification of such filing(s) and a copy to the following via e-mail and U.S. Mail to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Robert A. Auchter, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)