IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BATH & BODY WORKS, INC., )<br>LIMITED BRANDS, INC., )<br>KAO BRANDS CO. (f/k/a THE ANDREW )<br>JERGENS COMPANY), and )<br>KAO CORPORATION, )<br>)<br>Defendants. ) | Civil Action No. 04-1507-SLR |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Bath & Body Works, Inc. and Limited Brands, Inc. certifies that copies of the following document were caused to be served on January 13, 2006 upon the following attorneys of record as indicated:

Defendants Bath & Body Works, Inc.'s and Limited Brands, Inc.'s January 13, 2006 Supplemental Response to Plaintiff's Third Set of Interrogatories to Defendants Bath & Body Works, Inc. and Limited Brands, Inc.:

**VIA E-MAIL AND FIRST CLASS MAIL**

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi LLP
1801 K Street, NW
Washington, DC 20006

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

WM1A 71347v1 01/16/06

**VIA E-MAIL ONLY**

Richard L. Horwitz
David Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 54402

Arthur I. Neustadt
Richard Chinn
Oblon, Spivak, McClelland,
    Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

                                      FOX ROTHSCHILD LLP

                          By:_____/s/ Francis G.X. Pileggi_____
                                Francis G.X. Pileggi (Del. Bar No. 2624)
                                Citizens Bank Center
                                Suite 1300
                                919 North Market Street
                                Wilmington, DE  19801-2323
                                Phone:  (302) 654-7444
                                E-mail:  fpileggi@foxrothschild.com

## CERTIFICATE OF SERVICE

    I hereby certify that on January 16, 2006, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
   Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Robert A. Auchter, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

    /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)