## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2006, the attached **DEFENDANTS BATH & BODY WORKS, INC AND LIMITED BRANDS, INC.'S NOTICE OF OBJECTION TO PLAINTIFF'S SIXTH SET OF INTERROGATORIES TO DEFENDANTS BATH & BODY WORKS, INC. AND LIMITED BRANDS, INC.** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horowitz, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | **HAND DELIVERY** |
| Arthur I. Neustadt, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314 | **VIA U.S. MAIL** |
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Lauren E. Maguire, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Ronald J. Schutz, Esquire<br>Robins Kaplan Miller & Ciresi<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 44402-2015 | **VIA U.S. MAIL** |
| Robert A. Auchter, Esquire<br>Jason R. Buratti, Esquire<br>Robins Kaplan Miller & Ciresi L.L.P.<br>1801 K Street, Suite 1200<br>Washington, D.C. 20006 | **VIA U.S. MAIL** |

WM1A 72125v1 01/27/06

FOX ROTHSCHILD, L.L.P.

By: /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
Fox Rothschild, LLP
Suite 1300
919 North Market Street
Wilmington, Delaware 19801
Phone: (302) 655-3667
Fax: (302) 656-8920
E-mail: fpileggi@foxrothschild.com
E-mail: srennie@foxrothschild.com

WM1A 72125v1 01/27/06