IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LP MATTHEWS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-1507-SLR |
| v. | ) | |
| | ) | |
| BATH & BODY WORKS, INC.; LIMITED | ) | |
| BRANDS, INC.; KAO BRANDS CO. | ) | |
| (f/k/a THE ANDREW JERGENS | ) | |
| COMPANY); and KAO CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 16th day of February, 2006, **PLAINTIFF'S**

**FEBRUARY 16, 2006 RESPONSES TO KBC'S FIRST SET OF INTERROGATORIES**

**1-8** was served upon the following counsel of record at the address and in the manner indicated:

Richard L. Horwitz, Esquire                                          HAND DELIVERY
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market
Wilmington, DE 19801

Arthur I. Neustadt, Esquire                                          VIA ELECTRONIC MAIL
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Francis G.X. Pileggi, Esquire                                        HAND DELIVERY
Fox Rothschild LLP
Suite 1300
919 North Market Street
Wilmington, DE 19801

John Ward, Esquire                                                   VIA ELECTRONIC MAIL
Ward & Olivo
708 Third Avenue
New York, NY 10017

John Ward, Esquire                                          <u>VIA ELECTRONIC MAIL</u>
Ward & Olivo
708 Third Avenue
New York, NY  10017


                                                ASHBY & GEDDES

                                                /s/ *Lauren E. Maguire*

                                                _____
                                                Steven J. Balick (I.D. # 2114)
                                                John G. Day (I.D. # 2403)
                                                Lauren E. Maguire (I.D. #4261)
                                                222 Delaware Avenue, 17th Floor
                                                P.O. Box 1150
                                                Wilmington, Delaware 19899
                                                302-654-1888
                                                sbalick@ashby-geddes.com
                                                jday@ashby-geddes.com
                                                lmaguire@ashby-geddes.com

                                                *Attorneys for Plaintiff LP Matthews, L.L.C.*

*Of Counsel:*

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, DC  20006

Dated: February 16, 2006
155563.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February, 2006, the attached **NOTICE OF**

**SERVICE** was served upon the below-named counsel of record at the address and in the manner

indicated:


Richard L. Horwitz, Esquire                          HAND DELIVERY
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

Arthur I. Neustadt, Esquire                          VIA ELECTRONIC MAIL
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

Francis G.X. Pileggi, Esquire                        HAND DELIVERY
Fox Rothschild LLP
Suite 1300
919 North Market Street
Wilmington, DE  19801

John Ward, Esquire                                   VIA ELECTRONIC MAIL
Ward & Olivo
708 Third Avenue
New York, NY  10017


/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire