IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C. )<br>)<br>Plaintiff, )<br>)    C.A. No. 04-1507-SLR<br>v. )<br>)<br>BATH & BODY WORKS, INC.; LIMITED )<br>BRANDS, INC.; KAO BRANDS CO. )<br>(f/k/a THE ANDREW JERGENS )<br>COMPANY); and KAO CORPORATION )<br>)<br>Defendants. ) | |

### STIPULATION AND ORDER

WHEREAS, opening expert reports were due on February 28, 2006;

WHEREAS, defendants Bath & Body Works, Inc. and Limited Brands, Inc., (the "Limited Defendants") along with a related non-party, produced certain documents for the first time on February 28, 2006;

WHEREAS, plaintiff LP Matthews, LLC seeks to submit an Updated Report of Christopher T. Rhodes Pursuant to Federal Rule of Civil Procedure 26(A)(2)(b) (the "Updated Report");

WHEREAS, the Updated Report incorporates additional information related to the documents produced by the Limited Defendants on February 28, 2006, as well as certain additional changes unrelated to those documents;

WHEREAS, the Updated Report does not in any way supplement or alter the findings as related to defendants Kao Brand Co. and Kao Corporation;

WHEREAS, the Limited Defendants have agreed to LP Matthews' request to update the expert report of Christopher T. Rhodes to the extent it seeks to incorporate the newly produced documents;

IT IS HEREBY STIPULATED by and among plaintiffs LP Matthews, L.L.C. and defendants Bath & Body Works, Inc. and Limited Brands, Inc., subject to the approval and order of the Court, that LP Matthews, LLC shall be permitted to serve the Updated Report of Christopher T. Rhodes Pursuant to Federal Rule of Civil Procedure 26(A)(2)(b) .

| ASHBY & GEDDES | FOX ROTHSCHILD LLP |
|---|---|
| /s/ Lauren E. Maguire | /s/ Francis G.X. Pileggi |
| Steven J. Balick (I.D. #2114) | Francis G.X. Pileggi (I.D. # 2624) |
| John G. Day (I.D. #2403) | Sheldon K. Rennie (I.D. # 3772) |
| Lauren E. Maguire (I.D. #4261) | 919 North Market Street, Suite 1300 |
| 222 Delaware Avenue, 17th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Tel: (302) 654-7444 |
| Tel: (302) 654-1888 | Fax: (302) 654-8920 |
| Fax: (302) 654-2067 | Fpileggi@foxrothschild.com |
| sbalick@ashby-geddes.com | Srennie@foxrothschild.com |
| jday@ashby-geddes.com | |
| lmaguire@ashby-geddes.com | |
| *Attorneys for plaintiff LP Matthews, LLC* | *Attorneys for defendants Bath & Body Works, Inc. and Limited Brands, Inc.* |

SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge

167637.1