## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BATH & BODY WORKS, INC.; LIMITED )<br>BRANDS, INC.; KAO BRANDS CO. )<br>(f/k/a THE ANDREW JERGENS )<br>COMPANY); and KAO CORPORATION )<br>)<br>Defendants. )<br>) | Civil Action No. 04-1507-SLR |

### NOTICE OF DEPOSITION PURSUANT TO RULES 26 AND 30 OF
### ROBERT Y. LOCHHEAD, Ph. D.

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30, the Court's Scheduling Order, and the Court's Local Rules, plaintiff LP Matthews, L.L.C., requests to take a deposition upon oral examination of Robert Y. Lochhead, Ph. D. The deposition will commence at the offices of Oblon, Spivak, McClelland, Maier & Neustadt, P.C., 1940 Duke Street in Alexandria, Virginia on May 5, 2006 at 9:00 a.m. or at another mutually agreed-upon location. The deposition will be taken upon oral examination before a court reporter, notary public, or other person authorized by the laws of the United States to administer oaths and will be recorded using stenographic, audiographic, and/or videographic means.

                          ASHBY & GEDDES

                          */s/ Lauren E. Maguire*
                          _____
                          Steven J. Balick (I.D. # 2114)
                          John G. Day (I.D. # 2403)
                          Lauren E. Maguire (I.D. #4261)
                          222 Delaware Avenue, 17th Floor
                          P.O. Box 1150
                          Wilmington, Delaware 19899
                          302-654-1888
                          sbalick@ashby-geddes.com
                          jday@ashby-geddes.com
                          lmaguire@ashby-geddes.com

                          *Attorneys for Plaintiff LP Matthews, L.L.C.*

*Of Counsel:*

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, DC  20006
Washington, D.C.  20006
Office: 202-775-0725

Dated: March 27, 2006
167992.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2006, the attached **NOTICE OF DEPOSITION PURSUANT TO RULES 26 AND 30 OF ROBERT Y. LOCHHEAD, Ph. D.** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899-0951 | HAND DELIVERY |
| Arthur I. Neustadt, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 | VIA ELECTRONIC MAIL |
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Suite 1300<br>919 North Market Street<br>Wilmington, DE  19899 | HAND DELIVERY |
| John Ward, Esquire<br>Ward & Olivo<br>708 Third Avenue<br>New York, NY  10017 | VIA ELECTRONIC MAIL |

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire