IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 04-1507-SLR |
| | ) Jury Trial Demanded |
| BATH & BODY WORKS, INC., | ) |
| LIMITED BRANDS, INC., | ) |
| KAO BRANDS CO. (f/k/a THE ANDREW | ) |
| JERGENS COMPANY), and | ) |
| KAO CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS BATH & BODY WORKS, INC. AND LIMITED
BRANDS, INC.'S NOTICE OF DEPOSITION PURSUANT
TO RULES 26 AND 30 OF CHRISTOPHER T. RHODES**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30, the Court's Scheduling Order, and the Court's Local Rules, Defendants Bath & Body Works, Inc. and Limited Brands, Inc. (collectively "the Limited Defendants"), request to take a deposition upon oral examination of Christopher T. Rhodes, Ph.D. The deposition will commence at the offices of Ward & Olivo, 708 Third Avenue, New York, New York 10017 on April 26 and 27, 2006 beginning at 9:00 AM EDT each day or at another mutually agreeable location. The deposition will take place upon oral examination before a court reporter, notary public, or other person authorized by the laws of the United States to administer oaths and will be recorded using stenographic, audiographic, and/or videographic means.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | FOX ROTHSCHILD LLP |
| Dated: March 27, 2006 | By: /s/ Francis G.X. Pileggi |

Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
Fox Rothschild, LLP
Suite 1300
919 North Market Street
Wilmington, Delaware 19801
Phone: (302) 655-3667
Fax: (302) 656-8920
E-mail: fpileggi@foxrothschild.com
E-mail: srennie@foxrothschild.com

OF COUNSEL:

John F. Ward
David M. Hill
Michael J. Zinna
WARD & OLIVO
708 Third Avenue
New York, New York 10017
Phone: (212) 697-6262
Fax: (212) 972-5866
E-mail: wardj@wardolivo.com
E-mail: hilld@wardolivo.com
E-mail: zinnam@wardolivo.com

*Attorneys for Defendants*
Bath and Body Works, Inc.
Limited Brands, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2006, I caused to be served a copy of Defendant Bath & Body Works, Inc.'s and Limited Brands, Inc.'s Notice of Deposition Pursuant to Rules 26 and 30 of Christopher T. Rhodes upon the following in the manner indicated:

**VIA E-MAIL**

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi LLP
1801 K Street, NW
Washington, DC 20006

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

Richard L. Horwitz
David Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

Arthur I. Neustadt
Richard Chinn
Oblon, Spivak, McClelland,
    Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

I hereby certify that on March 28, 2006, I electronically filed Defendant Bath & Body Works, Inc. and Limited Brands, Inc.'s Notice of Deposition Pursuant to Rules 26

and 30 of Christopher T. Rhodes with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
   Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Robert A. Auchter, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

      /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)

WM1A 76217v1 03/28/06