## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-1507 (SLR) |
| BATH & BODY WORKS, INC.; LIMITED | ) |
| BRANDS, INC.; KAO BRANDS CO. | ) |
| (f/k/a THE ANDREW JERGENS | ) |
| COMPANY); and KAO CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendants Kao Corporation and Kao Brands Co., hereby certifies that copies of the (1) Expert Report of G. Stephen Jizmagian, Ph.D. (Confidential); (2) Further Expert Report of Robert Y. Lochhead, Ph.D. (Confidential); and (3) Declaration of David Story (Confidential) were caused to be served on March 31, 2006, upon the following attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

| | |
|---|---|
| Steven J. Balick | Francis G.X. Pileggi |
| John G. Day | Fox Rothschild LLP |
| Ashby & Geddes | 919 Market Street |
| 222 Delaware Avenue | Suite 1300 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |

### VIA ELECTRONIC MAIL

| | |
|---|---|
| Ronald J. Schutz | Robert A. Auchter |
| Robins, Kaplan, Miller & Ciresi L.L.P. | Jason R. Buratti |
| 2800 LaSalle Plaza | Robins, Kaplan, Miller & Ciresi L.L.P. |
| 800 LaSalle Avenue | 1801 K Street, NW |
| Minneapolis, MN 55402-2015 | Washington, DC 20006 |
| rjschutz@rkmc.com | raauchter@rkmc.com |
| | jrburatti@rkmc.com |

John F. Ward
Ward & Olivo
382 Springfield Avenue
Summit, NJ  07901
wardj@wardolivo.com

                                      POTTER ANDERSON & CORROON LLP

OF COUNSEL:

                                      By:  */s/ David E. Moore*

Arthur I. Neustadt                             Richard L. Horwitz (#2246)
Richard L. Chinn                              David E. Moore (#3983)
OBLON, SPIVAK, McCLELLAND,       Hercules Plaza, 6th Floor
MAIER & NEUSTADT, P.C.               1313 N. Market Street
1940 Duke St.                                    Wilmington, DE 19899-0951
Alexandria, VA 22314                   Tel.:  (302) 984-6000
Tel.:  (703) 413-3000                   rhorwitz@potteranderson.com
Fax:  (703) 413-2220                   dmoore@potteranderson.com

Dated: March 31, 2006                *Attorneys for Defendants*
                                          *Kao Corporation and Kao Brands Co.*

726222

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, David E. Moore, hereby certify that on March 31, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Steven J. Balick | Francis G.X. Pileggi |
| John G. Day | Fox Rothschild LLP |
| Ashby & Geddes | 919 Market Street |
| 222 Delaware Avenue | Suite 1300 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

I hereby certify that on March 31, 2006, I have Electronically Mailed the documents to the following non-registered participants:

| | |
|---|---|
| Ronald J. Schutz | Robert A. Auchter |
| Robins, Kaplan, Miller & Ciresi L.L.P. | Jason R. Buratti |
| 2800 LaSalle Plaza | Robins, Kaplan, Miller & Ciresi L.L.P. |
| 800 LaSalle Avenue | 1801 K Street, NW |
| Minneapolis, MN 55402-2015 | Washington, DC 20006 |
| rjschutz@rkmc.com | raauchter@rkmc.com |
| | jrburatti@rkmc.com |

John F. Ward
Ward & Olivo
382 Springfield Avenue
Summit, NJ 07901
wardj@wardolivo.com

By:   */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

673089