IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1507-SLR |
| ) | |
| BATH & BODY WORKS, INC., ) | |
| LIMITED BRANDS, INC., ) | |
| KAO BRANDS CO. (f/k/a THE ANDREW ) | |
| JERGENS COMPANY), and ) | |
| KAO CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Bath & Body Works, Inc. and Limited Brands, Inc. certifies that copies of (1) the Rebuttal Expert Report of Professor Michael H. Davis and (2) Expert Report Declaration of Professor Michael H. Davis were caused to be served on March 31, 2006 via e-mail and first class mail, postage prepaid, upon counsel of record shown below.:

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi LLP
1801 K Street, NW
Washington, DC 20006

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

Richard L. Horwitz
David Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

WM1A 76614v1 04/03/06

Arthur I. Neustadt
Richard Chinn
Oblon, Spivak, McClelland,
   Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

                                  FOX ROTHSCHILD LLP

                            By:  /s/ Francis G.X. Pileggi
                                Francis G.X. Pileggi (Del. Bar No. 2624)
                                Citizens Bank Center
                                Suite 1300
                                919 North Market Street
                                Wilmington, DE  19801-2323
                                Phone:  (302) 655-3667
                                E-mail:  fpileggi@foxrothschild.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2006, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
   Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Robert A. Auchter, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

           /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)

WM1A 74640v1 03/01/06