IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-1507-SLR |
| v. ) | |
| ) | |
| BATH & BODY WORKS, INC.; LIMITED ) | |
| BRANDS, INC.; KAO BRANDS CO. ) | |
| (f/k/a THE ANDREW JERGENS ) | |
| COMPANY); and KAO CORPORATION ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF DEPOSITION PURSUANT TO RULES 26 AND 30 OF
G. STEPHEN JIZMAGIAN, Ph. D.**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30, the Court's Scheduling Order, and the Court's Local Rules, plaintiff LP Matthews, L.L.C., requests to take a deposition upon oral examination of Dr. G. Stephen Jizmagian. The deposition will commence at the offices of Oblon, Spivak, McClelland, Maier & Neustadt, P.C., 1940 Duke Street in Alexandria, Virginia on May 11, 2006 at 9:00 a.m. or at another mutually agreed-upon location. The deposition will be taken upon oral examination before a court reporter, notary public, or other person authorized by the laws of the United States to administer oaths and will be recorded using stenographic, audiographic, and/or videographic means.

          ASHBY & GEDDES

          /s/ Lauren E. Maguire
          _____
          Steven J. Balick (I.D. # 2114)
          John G. Day (I.D. # 2403)
          Lauren E. Maguire (I.D. #4261)
          222 Delaware Avenue, 17th Floor
          P.O. Box 1150
          Wilmington, Delaware 19899
          302-654-1888
          sbalick@ashby-geddes.com
          jday@ashby-geddes.com
          lmaguire@ashby-geddes.com

          *Attorneys for Plaintiff LP Matthews, L.L.C.*

*Of Counsel:*

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, DC 20006
Washington, D.C. 20006
Office: 202-775-0725

Dated: April 5, 2006
168322.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2006, the attached **NOTICE OF DEPOSITION PURSUANT TO RULES 26 AND 30 OF G. STEPHEN JIZMAGIAN, Ph.D.** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | HAND DELIVERY |
| Arthur I. Neustadt, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314 | VIA ELECTRONIC MAIL |
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Suite 1300<br>919 North Market Street<br>Wilmington, DE 19899 | HAND DELIVERY |
| John Ward, Esquire<br>Ward & Olivo<br>708 Third Avenue<br>New York, NY 10017 | VIA ELECTRONIC MAIL |

/s/ *Lauren E. Maguire*
Lauren E. Maguire