IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-1507-SLR |
| v. ) | |
| ) | |
| BATH & BODY WORKS, INC.; LIMITED ) | |
| BRANDS, INC.; KAO BRANDS CO. ) | |
| (f/k/a THE ANDREW JERGENS ) | |
| COMPANY); and KAO CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 25th day of April, 2006, **SUPPLEMENTAL EXPERT REPORT OF LARRY W. EVANS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 26(A)(2)(B)** was served upon the following counsel of record at the address and in the manner indicated:

Richard L. Horwitz, Esquire                                    VIA ELECTRONIC MAIL
Potter Anderson & Corroon, LLP                              and  HAND DELIVERY
Hercules Plaza, 6th Floor
1313 North Market
Wilmington, DE  19801

Arthur I. Neustadt, Esquire                                      VIA ELECTRONIC MAIL
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

Francis G.X. Pileggi, Esquire                                   VIA ELECTRONIC MAIL
Fox Rothschild LLP                                               and HAND DELIVERY
Suite 1300
919 North Market Street
Wilmington, DE  19801

John Ward, Esquire                                              <u>VIA ELECTRONIC MAIL</u>
Ward & Olivo
708 Third Avenue
New York, NY  10017


                                          ASHBY & GEDDES

                                          /s/ *Lauren E. Maguire*
                                          _____
                                          Steven J. Balick (I.D. # 2114)
                                          John G. Day (I.D. # 2403)
                                          Lauren E. Maguire (I.D. #4261)
                                          222 Delaware Avenue, 17th Floor
                                          P.O. Box 1150
                                          Wilmington, Delaware 19899
                                          302-654-1888
                                          <u>sbalick@ashby-geddes.com</u>
                                          <u>jday@ashby-geddes.com</u>
                                          <u>lmaguire@ashby-geddes.com</u>

                                          *Attorneys for Plaintiff LP Matthews, L.L.C.*

*Of Counsel:*

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, DC  20006

Dated:   April 25, 2006
155563.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of April, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| Arthur I. Neustadt, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 | **VIA ELECTRONIC MAIL** |
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Suite 1300<br>919 North Market Street<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| John Ward, Esquire<br>Ward & Olivo<br>708 Third Avenue<br>New York, NY  10017 | **VIA ELECTRONIC MAIL** |

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire