IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LP MATTHEWS, L.L.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-1507-SLR |
| v. | ) | |
| | ) | |
| BATH & BODY WORKS, INC.; LIMITED BRANDS, INC.; KAO BRANDS CO. (f/k/a THE ANDREW JERGENS COMPANY); and KAO CORPORATION | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S NOTICE OF DEPOSITION PURSUANT TO RULES 26 AND 30 OF G. STEPHEN JIZMAGIAN, Ph. D.**

PLEASE TAKE NOTICE that L.P. Matthews, L.L. C. hereby withdraws its Notice of Deposition Pursuant to Rules 26 and 30 of G. Stephen Jizmagian, Ph.D. [D.I. No. 223] filed on April 5, 2006, wherein the deposition of Dr. Jizmagian was noticed to be taken on May 11, 2006 at 9:00 a.m., at the offices Oblon, Spivak, McClelland, Maier & Neustadt, P.C., 1940 Duke Street in Alexandria, Virginia.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff LP Matthews, L.L.C.*

*Of Counsel:*

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, DC  20006
Washington, D.C.  20006
Office: 202-775-0725


Dated:  April 25, 2006
168924.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2006, the attached **NOTICE OF WITHDRAWAL OF PLAINTIFF'S NOTICE OF DEPOSITION PURSUANT TO RULES 26 AND 30 OF G. STEPHEN JIZMAGIAN, Ph. D.** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | HAND DELIVERY |
| Arthur I. Neustadt, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314 | VIA ELECTRONIC MAIL |
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Suite 1300<br>919 North Market Street<br>Wilmington, DE 19899 | HAND DELIVERY |
| John Ward, Esquire<br>Ward & Olivo<br>708 Third Avenue<br>New York, NY 10017 | VIA ELECTRONIC MAIL |

*/s/ Lauren E. Maguire*
Lauren E. Maguire