## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1507-SLR |
| BATH & BODY WORKS, INC., et al., | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **15th** day of **June, 2006,**

IT IS ORDERED that the mediation conference scheduled for Thursday, June 29, 2006 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE