IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LP MATTHEWS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-1507-SLR |
| v. | ) | |
| | ) | |
| BATH & BODY WORKS, INC.; LIMITED | ) | |
| BRANDS, INC.; KAO BRANDS CO. | ) | |
| (f/k/a THE ANDREW JERGENS | ) | |
| COMPANY); and KAO CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT CLAIM CONSTRUCTION STATEMENT

### Nature And Stage Of Proceedings

On December 8, 2004, plaintiff LP Matthews filed a Complaint for patent infringement against the defendants. (D.I. 1). LP Matthews amended its Complaint on February 2, 2005. (D.I. 5, 8). This Court entered a Scheduling Order on June 9, 2005. (D.I. 39). Discovery is closed. (*See* D.I. 39). As required by Paragraph 5 of the Court's Scheduling Order (D.I. 39), Plaintiff LP Matthews, L.L.C., defendants Bath & Body Works, Inc. and Limited Brands, Inc. ("the Limited defendants"), and defendants Kao Brands Co. and Kao Corporation ("the Kao defendants") submit this Joint Claim Construction Statement.

### Asserted Claims

LP Matthews asserts that the defendants infringe claims 6 and 9 of its United States Patent No. 5,063,062 ("the '062 patent") which read:

> 6.    A skin cleaning composition for external use on human tissues, comprising orange oil, a pharmaceutical acceptable moisturizer for human skin and an oat grain derivative product as an emulsifying agent, wherein said composition has a pH within a range of 4.5 to 6.0, inclusively.

9.    A cleaning composition for use on human skin comprising forty-five percent (45%) or less by volume of orange oil, forty-five percent (45%) or less by volume of oatmeal and a pharmaceutically acceptable moisturizer.

The parties agree that the preambles of claims 6 and 9 are limiting.  The parties' list of claim terms and corresponding proposed claim construction are attached.

- 3 -

*Of Counsel:*

Ronald J Schutz
Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, D.C.  20006
Tel: (202) 736-2717
Fax: (202) 223-8604

By:    /s/ *Lauren E. Maguire*

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Sbalick@ashby-geddes.com
Jday@ashby-geddes.com
Lmaguire@ashby-geddes.com

*Attorneys for Plaintiff LP Matthews, Inc.*

*Of Counsel:*

Arthur I. Neustadt
Richard L. Chinn
Oblon, Spivak, McClelland, Maier &
    Neustadt, P.C.
1755 Jefferson Davis Highway
Arlington, VA  22202
Tel: (703) 413-3000
Fax: (703) 413-2220

By:    /s/ *David E. Moore*

Richard L. Horwitz (I.D. # 2246)
David E. Moore (I.D. # 3983)
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19899-0951
Tel: (302) 984-6000
Fax (302) 658-1192
Rhorwitz@potteranderson.com
Dmoore@potteranderson.com

*Attorneys for Defendants Kao Corporation and Kao Brands Company*

*Of Counsel:*

John F. Ward
David M. Hill
Michael Zinna
Ward & Olivo
708 Third Avenue
New York, NY  10017
Tel: (212) 697-6262
Fax: (212) 972-5866

By    /s/ *Francis G.X. Pileggi*

Francis G.X. Pileggi (I.D. # 2624)
Sheldon K. Rennie (I.D. # 3772)
Fox Rothschild L.L.P
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 654-7444
Fax: (302) 654-8920
Fpileggi@foxrothschild.com
Srennie@foxrothschild.com

*Attorneys for defendants Bath & Body Works, Inc. and Limited Brands, Inc.*

Dated:  June 15, 2006

170477.1

- 3 -