# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LP MATTHEWS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1507 (SLR) |
| | ) | Honorable Sue L. Robinson |
| BATH & BODY WORKS, INC., | ) | JURY TRIAL DEMANDED |
| LIMITED BRANDS, INC., | ) | |
| KAO BRANDS CO. (f/k/a THE ANDREW | ) | |
| JERGENS COMPANY), | ) | |
| KAO CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## THE LIMITED DEFENDANTS' MOTION TO EXCLUDE
## EXPERT TESTIMONY OF CHRISTOPHER T. RHODES

Defendants Bath & Body Works, Inc. and Limited Brands, Inc. (collectively referred to as the "Limited Defendants") respectfully move this Court pursuant to Federal Rule of Evidence 702 to exclude the testimony of plaintiff's expert Christopher T. Rhodes. The grounds for granting this motion are detailed in the concurrently filed "Memorandum in Support of the Limited Defendants' Motion to Exclude Expert Testimony of Christopher T. Rhodes."

WHEREFORE, the Limited Defendants respectfully request that the Court grant this Motion.

Respectfully submitted,

FOX ROTHSCHILD LLP

Dated: June 22, 2006

By:___/s/ Francis G.X. Pileggi_____
Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
Fox Rothschild, LLP
Suite 1300

919 North Market Street
Wilmington, Delaware  19801
Phone: (302) 655-3667
Fax: (302) 656-8920
E-mail: fpileggi@foxrothschild.com
E-mail: srennie@foxrothschild.com

OF COUNSEL:

John F. Ward
David M. Hill
Michael J. Zinna
WARD & OLIVO
708 Third Avenue
New York, New York  10017
Phone: (212) 697-6262
Fax: (212) 972-5866
E-mail: wardj@wardolivo.com
E-mail: hilld@wardolivo.com
E-mail: zinnam@wardolivo.com

*Attorneys for Defendants*
Bath and Body Works, Inc.
Limited Brands, Inc.