IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LP MATTHEWS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1507-SLR |
| | ) | |
| BATH & BODY WORKS, INC.; LIMITED BRANDS, INC.; KAO BRANDS CO. (f/k/a THE ANDREW JERGENS COMPANY); and KAO CORPORATION, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**LP MATTHEWS'** ***DAUBERT*** **MOTION TO STRIKE THE EXPERT REPORTS AND EXCLUDE THE TRIAL TESTIMONY OF THE LIMITED DEFENDANTS' LIABILITY EXPERT JOHN C. CARSON**

Pursuant to the Scheduling Order entered by this Court on June 9, 2005 (D.I. 39), and as set forth in the accompanying memorandum, plaintiff LP Matthews, L.L.C. moves to strike the expert reports, opinions, and proffered trial testimony of Defendants Bath & Body Works, Inc.'s and Limited Brands, Inc.'s ("Limited defendants") alleged liability expert Mr. John C. Carson.

LP Matthews moves to strike Mr. Carson's reports, opinions, and testimony because his inadequate methodology does not meet the Supreme Court's standards for reliability. Mr. Carson's opinions and alleged experiments do not meet the standards for reliability required to be presented to a jury. His opinions depend upon expertise he admits to not having and subjective, self-evaluated experiments so devoid of scientific method that he admits they would not survive scrutiny by his peers. Mr. Carson described his own experiments: "This is by no means a rigorous study. This is by no means something that I would want to peer review or publish in a journal and I think that what I was trying to do was get a feel, get an idea as to how these products performed" and "not a super scientific test, nor well controlled." He "wouldn't

1

think of" submitting any of his studies in this case for peer review and candidly admitted, "I think the better characterization of my evaluations would be the easier method and not necessarily the most accurate."

LP Matthews does not seek the exclusion of Mr. Carson's proposed expert testimony based on the *conclusions* he reached. Rather, this motion seeks to exclude his testimony based on the *inadequate methodology* he used. This distinction between inadequate methodology on the one hand, and the purported expert's conclusions, on the other hand, lies at the heart of a proper *Daubert* inquiry.

The grounds for this *Daubert* motion are more fully set forth in LP Matthews' Opening Memorandum Supporting its *Daubert* Motion to Strike the Expert Reports and Exclude the Trial Testimony of the Limited Defendants' Liability Expert, John C. Carson, filed contemporaneously herewith

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Office: 302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Of Counsel:*

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Office:  800-553-9910

*Counsel for Plaintiff LP Matthews*

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, D.C. 20006
Office: 202-775-0725

Dated: June 22, 2006
170701.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2006, the attached **LP MATTHEWS'** *DAUBERT* **MOTION TO STRIKE THE EXPERT REPORTS AND EXCLUDE THE TRIAL TESTIMONY OF THE LIMITED DEFENDANTS' LIABILITY EXPERT JOHN C. CARSON** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Arthur I. Neustadt, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 | VIA ELECTRONIC MAIL |
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Suite 1300<br>919 North Market Street<br>Wilmington, DE  19899 | HAND DELIVERY |
| John Ward, Esquire<br>Ward & Olivo<br>708 Third Avenue<br>New York, NY  10017 | VIA ELECTRONIC MAIL |

/s/ *John G. Day*
_____
John G. Day