IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LP MATTHEWS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1507-SLR |
| | ) | |
| BATH & BODY WORKS, INC.; LIMITED BRANDS, INC.; KAO BRANDS CO. (f/k/a THE ANDREW JERGENS COMPANY); and KAO CORPORATION, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**LP MATTHEWS' *DAUBERT* MOTION TO STRIKE THE EXPERT REPORT AND EXCLUDE THE TRIAL TESTIMONY OF THE KAO DEFENDANTS' LIABILITY EXPERT ROBERT Y. LOCHHEAD**

Pursuant to the Scheduling Order entered by this Court on June 9, 2005 (D.I. 39), and as set forth in the accompanying memorandum, plaintiff LP Matthews, L.L.C. moves to strike the expert report, opinions, and proffered trial testimony of Defendants KAO Brands Company's and KAO Corporation's ("KAO Defendants") alleged liability expert Dr. Robert Y. Lochhead.

LP Matthews moves to strike Dr. Lochhead's report, opinions, and testimony because paragraphs 12(b)-(f) and 13 of Dr. Lochhead's opening report and the opinions therein do not meet the Supreme Court's requirements for admissibility. Dr. Lochhead simply regurgitates a 1997 non-final decision of the Board of Patent Appeals and Interferences handed down in an abandoned, continuation-in-part patent application involving different claims, a different examination, and a different burden of proof. Dr. Lochhead's conclusory recitation is not made from the perspective of a person of ordinary skill in the art at the time the patent application was filed, includes no independent analysis or elaboration, and is not supported by any professional or education-based knowledge of orange oil – Dr. Lochhead could not identify a single chemical

entity in orange oil other than d-limonene. Thus, his opinions track an inadmissible *post hoc* decision that did not consider the arguments made during the prosecution of the '062 patent.

The grounds for this *Daubert* motion are more fully set forth in LP Matthews' Opening Memorandum Supporting its *Daubert* Motion to Strike the Expert Report and Exclude the Trial Testimony of the Kao Defendants' Liability Expert, Robert Y. Lochhead, filed contemporaneously herewith.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Office: 302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Counsel for Plaintiff LP Matthews*

*Of Counsel:*

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Office: 800-553-9910

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, D.C. 20006
Office: 202-775-0725

Dated: June 22, 2006

170718.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2006, the attached **LP MATTHEWS'** ***DAUBERT*** **MOTION TO STRIKE THE EXPERT REPORT AND EXCLUDE THE TRIAL TESTIMONY OF THE KAO DEFENDANTS' LIABILITY EXPERT, ROBERT Y. LOCHHEAD** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Arthur I. Neustadt, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 | VIA ELECTRONIC MAIL |
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Suite 1300<br>919 North Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| John Ward, Esquire<br>Ward & Olivo<br>708 Third Avenue<br>New York, NY  10017 | VIA ELECTRONIC MAIL |

*/s/ Lauren E. Maguire*
_____
Lauren E. Maguire