IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LP MATTHEWS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 04-1507 (SLR) |
| BATH & BODY WORKS, INC.; LIMITED | ) | |
| BRANDS, INC.; KAO BRANDS CO. | ) | |
| (f/k/a THE ANDREW JERGENS | ) | |
| COMPANY); and KAO CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**KBC'S MOTION FOR SUMMARY JUDGMENT
OF NON-INFRINGEMENT**

Pursuant to Fed. R. Civ. P. 56, defendant Kao Brands Co. ("KBC") moves for

summary judgment of non-infringement as set forth in detail in the supporting

memorandum filed herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Arthur I. Neustadt
Stephen G. Baxter
Richard L. Chinn
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000
Fax: (703) 413-2220

Dated: June 29, 2006

By:  /s/ David E. Moore
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE 19899-0951
     Tel.: (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

*Attorneys for Defendants Kao Brands Co*

739117

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 29, 2006, the attached document

was hand-delivered to the following persons and was electronically filed with the Clerk

of the Court using CM/ECF which will send notification of such filing(s) to the following

and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick                          Francis G.X. Pileggi
John G. Day                               Fox Rothschild LLP
Ashby & Geddes                            919 Market Street
222 Delaware Avenue                       Suite 1300
Wilmington, DE 19801                      Wilmington, DE 19801

I hereby certify that on June 29, 2006, I have Electronically Mailed the documents

to the following non-registered participants:

Ronald J. Schutz                          Robert A. Auchter
Robins, Kaplan, Miller & Ciresi L.L.P.    Jason R. Buratti
2800 LaSalle Plaza                        Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue                        1801 K Street, NW
Minneapolis, MN 55402-2015                Washington, DC 20006
rjschutz@rkmc.com                         raauchter@rkmc.com
                                          jrburatti@rkmc.com

John F. Ward
Ward & Olivo
382 Springfield Avenue
Summit, NJ 07901
wardj@wardolivo.com

By:    /s/ David E. Moore
       Richard L. Horwitz
       David E. Moore
       Potter Anderson & Corroon LLP
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       Wilmington, DE 19899-0951
       (302) 984-6000
       rhorwitz@potteranderson.com
673089 dmoore@potteranderson.com