# EXHIBIT A

Case 1:04-cv-01507-SLR   Document 253-2   Filed 06/29/2006   Page 1 of 6

**REDACTED**

# EXHIBIT B

**REDACTED**

# EXHIBIT C

**REDACTED**