IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1507 (SLR) |
| ) | Honorable Sue L. Robinson |
| BATH & BODY WORKS, INC., ) | JURY TRIAL DEMANDED |
| and ) | |
| LIMITED BRANDS, INC., ) | |
| and ) | |
| KAO BRANDS CO. (f/k/a THE ANDREW ) | |
| JERGENS COMPANY), ) | |
| and ) | |
| KAO CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF DAVID M. HILL, ESQ. IN SUPPORT OF DEFENDANTS BATH & BODY WORKS, INC. AND LIMITED BRANDS, INC.'S OPENING CLAIM CONSTRUCTION BRIEF**

I, David M. Hill, hereby declare as follows:

1. I am a partner of Ward & Olivo, counsel of record in this action for Defendants Bath & Body Works, Inc. and Limited Brands, Inc. (collectively referred to as the "Limited Defendants"). I am a member of the Bar of the State of New York and have been admitted *pro hac vice* to represent the Limited Defendants in this action. I have personal knowledge of the matters stated in this declaration and would testify truthfully if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of United States Patent No. 5,063,062, dated November 5, 1991.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the January 14, 2006 deposition of Phillip Low.

4.      Attached hereto as Exhibit C is a true and correct copy of the Board of Patent Appeals & Interferences' Decision on Appeal regarding United States Application Ser. No. 07/786,804 ("the '804 application), dated April 15, 1997.

5.      Attached hereto as Exhibit D is a true and correct copy of is a true and correct copy of an Office Action regarding United States Patent Application Ser. No. 07/413,395 ("the '395 application), dated June 18, 1990.

6.      Attached hereto as Exhibit E is a true and correct copy of an Office Action Response regarding the '395 application, dated September 18, 1990.

7.      Attached hereto as Exhibit F is a true and correct copy of an Office Action regarding the '804 application, dated April 6, 1992.

8.      Attached hereto as Exhibit G is a true and correct copy of an Office Action Response regarding the '804 application, dated July 6, 1992.

9.      Attached hereto as Exhibit H is a true and correct copy of an excerpt from the Updated Expert Report of Christopher T. Rhodes, dated March 6, 2006.

10.     Attached hereto as Exhibit I is a true and correct copy of

11.     Attached hereto as Exhibit J is a true and correct copy of an excerpt from the Rebuttal Expert Report of John C. Carson, date March 31, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at New York, New York, this 29th day of June, 2006.

_____
David M. Hill