IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1507 (SLR) |
| ) | Honorable Sue L. Robinson |
| BATH & BODY WORKS, INC., ) | JURY TRIAL DEMANDED |
| and ) | |
| LIMITED BRANDS, INC., ) | |
| and ) | |
| KAO BRANDS CO. (f/k/a THE ANDREW ) | |
| JERGENS COMPANY), ) | |
| and ) | |
| KAO CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**(PROPOSED) ORDER GRANTING DEFENDANTS BATH &
BODY WORKS, INC. AND LIMITED BRANDS, INC.'S MOTION
FOR SUMMARY JUDGMENT FOR LACK OF STANDING**

Having reviewed the briefs submitted by the parties regarding Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment for Lack of Standing.

**IT IS ORDERED** that Defendants' Motion is granted.

_____
UNITED STATES DISTRICT JUDGE