**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LP MATTHEWS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1507 (SLR) |
| | ) | JURY TRIAL DEMANDED |
| BATH & BODY WORKS, INC., | ) | |
| and | ) | |
| LIMITED BRANDS, INC., | ) | |
| and | ) | |
| KAO BRANDS CO. (f/k/a THE ANDREW | ) | |
| JERGENS COMPANY), | ) | |
| and | ) | |
| KAO CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**(PROPOSED) ORDER GRANTING DEFENDANTS BATH & BODY WORKS,
INC. AND LIMITED BRANDS, INC.'S MOTION FOR SUMMARY
JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT 5,063,062**

Having reviewed the briefs submitted by the parties regarding Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,063,062.

**IT IS ORDERED** that Defendants' Motion is granted.

_____
UNITED STATES DISTRICT JUDGE