**SEALED DOCUMENT**

# SEALED DOCUMENT

# SEALED DOCUMENT

# SEALED DOCUMENT

# SEALED DOCUMENT

# SEALED DOCUMENT

# SEALED DOCUMENT

# SEALED DOCUMENT

# SEALED DOCUMENT

**SEALED DOCUMENT**

# SEALED DOCUMENT

# SEALED DOCUMENT

**SEALED DOCUMENT**