**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LP MATTHEWS, L.L.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-1507-SLR |
| v. | ) | |
| | ) | |
| BATH & BODY WORKS, INC.; LIMITED | ) | |
| BRANDS, INC.; Kao BRANDS CO. | ) | |
| (f/k/a THE ANDREW JERGENS | ) | |
| COMPANY); and Kao CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

**LP MATTHEWS' CROSS-MOTION FOR SUMMARY JUDGMENT OF**
**INFRINGEMENT AGAINST THE KAO DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 56 and the Local Rules of this Court,

Plaintiff LP Matthews, L.L.C. cross-moves for summary judgment that defendants Kao Brands

Co. (f/k/a The Andrew Jergens Company) and Kao Corporation (collectively "the Kao

defendants") infringe LP Matthews' U.S. Patent No. 5,063,062 ("the '062 patent").  Kao

originally filed a motion for summary judgment of non-infringement on March 8, 2005, before

this Court's scheduling order issued and before defendants Kao Corporation, Limited Brands,

Inc. and Bath & Body Works, Inc. answered the Amended Complaint.

No dispute of material fact exists that Kao's accused product, Curél Ultra Healing Daily

Moisture Therapy, contains 0.03% orange oil, a pharmaceutically-acceptable moisturizer, and

oatmeal extract (an oat grain derivative).  Claims 6 and 9 of the '062 patent call for a

composition that cleans human skin and contains orange oil, a pharmaceutically-acceptable

moisturizer, and an oat ingredient.  Only the cleaning composition and orange oil claim elements

are at issue with respect to the Kao accused products.  The Court interprets the asserted claims of

the '062 patent as a matter of law.  *See Markman v. Westview Instr., Inc.*, 517 U.S. 370, 372

(1996).  That interpretation is dispositive to the case against the Kao defendants, because no

issue of fact exists as to the composition of their accused products.

ASHBY & GEDDES

/s/ *John G. Day*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff L.P. Matthews,.L.L.C.*

*Of Counsel:*

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Office:  800-553-9910

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, D.C.  20006
Office:   202-775-0725

Dated: July 6, 2006
171020.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2006, the attached **LP MATTHEWS'**

**CROSS-MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT AGAINST THE**

**KAO DEFENDANTS** was served upon the below-named counsel of record at the address and

in the manner indicated:


Richard L. Horwitz, Esquire                          HAND DELIVERY
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801


Arthur I. Neustadt, Esquire                          VIA FEDERAL EXPRESS
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314


Francis G.X. Pileggi, Esquire                        HAND DELIVERY
Fox Rothschild LLP
Suite 1300
919 North Market Street
Wilmington, DE  19801


John Ward, Esquire                                   VIA FEDERAL EXPRESS
Ward & Olivo
708 Third Avenue
New York, NY  10017


_____
John G. Day