IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BATH & BODY WORKS, INC., ) <br> and ) <br> LIMITED BRANDS, INC., ) <br> and ) <br> KAO BRANDS CO. (f/k/a THE ANDREW ) <br> JERGENS COMPANY), ) <br> and ) <br> KAO CORPORATION, ) <br> ) <br> Defendants. ) | C.A. No. 04-1507 (SLR) <br> JURY TRIAL DEMANDED |

**DECLARATION OF DAVID M. HILL IN SUPPORT OF THE
OPENING BRIEF IN SUPPORT OF DEFENDANTS BATH & BODY
WORKS, INC. AND LIMITED BRANDS, INC.'S MOTION FOR
SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 102**

I, David M. Hill, hereby declare as follows:

1. I am a partner of Ward & Olivo, counsel of record in this action for Defendants Bath & Body Works, Inc. and Limited Brands, Inc. (collectively referred to as the "Limited Defendants"). I am a member of the Bar of the State of New York and have been admitted *pro hac vice* to represent the Limited Defendants in this action. I have personal knowledge of the matters stated in this declaration and would testify truthfully if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of United States Patent No. 5,063,062, dated November 5, 1991.

3. Attached hereto as Exhibit B is a true and correct copy of United States Patent No. 4,014,995, dated March 29, 1977.

4.  Attached hereto as Exhibit C is a true and correct copy of excerpts from George Hurst's book entitled *Soaps, A Practical Manual of the Manufacture of Domestic Toilet and Other Soaps*, Second Edition, dated 1907.

5.  Attached hereto as Exhibit D is a true and correct copy of excerpts from the January 14, 2006 deposition of Phillip Low.

6.  Attached hereto as Exhibit E is a true and correct copy of the Updated Expert Report of Christopher T. Rhodes Pursuant to Federal Rule of Civil Procedure 26(A)(2)(b), dated March 6, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at New York, New York, this 6th day of July, 2006.

_____
David M. Hill

2