IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LP MATTHEWS, L.L.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-1507-SLR |
| v. | ) | |
| | ) | |
| BATH & BODY WORKS, INC.; LIMITED | ) | |
| BRANDS, INC.; KAO BRANDS CO. | ) | |
| (f/k/a THE ANDREW JERGENS | ) | |
| COMPANY); and KAO CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

## LP MATTHEWS' MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT BY THE LIMITED DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 56 and the Local Rules of this Court, Plaintiff LP Matthews, L.L.C. moves for summary judgment that the Limited defendants infringe LP Matthews' U.S. Patent No. 5,063,062 ("the '062 patent"). The Limited defendants admit that their accused products meet each claim element of one or both of the asserted claims of the '062 patent. Applying LP Matthews' proposed claim construction, each of the Limited defendants' accused products indisputably meet every element of the asserted claims. Under either LP Matthews' or the Limited defendants' proposed claim constructions, partial summary judgment on one or more claim elements will reduce the issues for trial.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff L.P. Matthews, L.L.C.*

*Of Counsel:*

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Office:  800-553-9910

Robert A. Auchter
Jason R. Buratti
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, D.C.  20006
Office:   202-775-0725

Dated: July 6, 2006
171047.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2006, the attached **LP MATTHEWS'**

**MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT BY THE LIMITED**

**DEFENDANTS** was served upon the below-named counsel of record at the address and in the

manner indicated:

Richard L. Horwitz, Esquire                          HAND DELIVERY
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

Arthur I. Neustadt, Esquire                          VIA ELECTRONIC MAIL
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Francis G.X. Pileggi, Esquire                        HAND DELIVERY
Fox Rothschild LLP
Suite 1300
919 North Market Street
Wilmington, DE 19801

John Ward, Esquire                                   VIA ELECTRONIC MAIL
Ward & Olivo
708 Third Avenue
New York, NY 10017


                                        /s/ *Tiffany Geyer Lydon*
                                        _____
                                        Tiffany Geyer Lydon