# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BATH & BODY WORKS, INC., ) <br>   and ) <br> LIMITED BRANDS, INC., ) <br>   and ) <br> KAO BRANDS CO. (f/k/a THE ANDREW ) <br> JERGENS COMPANY), ) <br>   and ) <br> KAO CORPORATION, ) <br> ) <br>    Defendants. ) | C.A. No. 04-1507 (SLR) <br> JURY TRIAL DEMANDED |

### DEFENDANTS BATH & BODY WORKS, INC. AND LIMITED BRANDS, INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 103

Defendants Bath & Body Works, Inc. and Limited Brands, Inc. (collectively referred to as the "Limited Defendants") hereby move for summary judgment of invalidity of United States Patent No. 5,063,062 under 35 U.S.C. § 103 for the reasons set forth in the Opening Brief and Declaration filed in support of the motion.

FOX ROTHSCHILD LLP

Dated: July 6, 2006

By: /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
Fox Rothschild, LLP
Suite 1300
919 North Market Street
Wilmington, Delaware  19801
Phone: (302) 655-3667
Fax: (302) 656-8920
E-mail: fpileggi@foxrothschild.com
E-mail: srennie@foxrothschild.com

OF COUNSEL:

John F. Ward
David M. Hill
Michael J. Zinna
WARD & OLIVO
708 Third Avenue
New York, New York  10017
Phone: (212) 697-6262
Fax: (212) 972-5866
E-mail: wardj@wardolivo.com
E-mail: hilld@wardolivo.com
E-mail: zinnam@wardolivo.com

*Attorneys for Defendants*
Bath & Body Works, Inc.
Limited Brands, Inc.