# **EXHIBIT D**

Case 1:04-cv-01507-SLR     Document 270-6     Filed 07/06/2006     Page 1 of 4

TWENTY-FOURTH EDITION

# PHYSICIANS' DESK REFERENCE

to

*PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

PATENT OFFICE

FEB 16 1970

SEARCH CENTER

Publisher: ALBERT B. MILLER
General Manager: CHARLES E. BAKER, JR.
Production Manager: GEORGE E. QUIST, JR.
Compilation Editor: BARBARA B. HUFF
Medical Consultant: AUSTIN JOYNER, M.D.
Index Editor: ANN MARIE CAREY
Editorial Assistants: COLETTE CONBOY, MARGARET E. GLOVER, THERESA MULLER, F. EDYTHE PATERNITI, ETHEL S. POTTER, DIANE M. WARD
Circulation Manager: ETHEL F. McGILLICAN
Representative: DONALD E. MASTERSON

IN FIVE SECTIONS

An arbitrary page numbering plan is used to facilitate the compilation of this reference book.

SECTION ONE (Pink) ............ 101
ALPHABETICAL INDEX
SECTION TWO (Blue) ............ 201
DRUG CLASSIFICATION INDEX
SECTION THREE (Yellow) ....... 301
GENERIC AND CHEMICAL NAME INDEX
SECTION FOUR .................. 1-32
PRODUCT IDENTIFICATION SECTION
SECTION FIVE (White) .......... 501
PRODUCT INFORMATION SECTION

PUBLISHED BY MEDICAL ECONOMICS, INC.,
*a subsidiary of*

LITTON PUBLICATIONS, INC.
DIVISION OF LITTON INDUSTRIES
Oradell, New Jersey 07649

ALL RIGHTS RESERVED • © COPYRIGHT 1969 BY MEDICAL ECONOMICS, INC. • PRINTED IN U.S.A.
None of the content of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher.

Case 1:04-cv-01507-SLR  Document 270-6  Filed 07/06/2006  Page 3 of 4

## Left column (partially cut off)

Always co...

**Pharmaceutic...**
(VENSWOOD AVE.
ILL. 60640)

In each tablet, acti...
fate ..................
: ..................
lue ..................
late ..................

Urised is effecti...
, trigonitis, ureth...
tract infections wh...
isms are susceptibl...
methylene blue, ...
bococcus aureus and...
depends upon an ...
useful as a prophy...
act instrumentation...
fulminating infecti...
for symptomatic r...
ific laboratory dia...
with specific ther...

d relief of pain, ...
le spasm through ...
n of atropine an...
content decreased ...
on and Dosage: A...
, four times per day...
ild intake. Acute ...
blets every hour ...
ed by the recomme...

e-half the adult d...
Neither irritation ...
actions have been ...
pronounced dryn...
ng, or difficulty ...
ccurs, decrease ...
izziness or blurri...
tinue use immedia...
tion may be pres...
ertrophy.
Administer with ...
known idiosyncra...
tients suffering fr...
under this therap...
nts should be advi...

ions: Glaucoma...
k or pyloric...ob...
struction and ca...
ity to any of the in...
cool place. Owing ...
ture of the comp...
it is recommended ...
in glass.
: Bottles of 100, 50...

allable: Yes.

dated Midlan...
rporation
N STREET
, N.Y. 10509

toin)

Long-acting ca...
diphenylhydantoi...
ve irritation ca...
e sodium salt). P...

es: The anticonvul...
le (almost free fro...
ffects) usually lasti...
icated for the pre...
he severity and fre...
zures. Improves p...
l patterns of epil...
ry, ability to conc...
k.

...tions
...ion and Dosage: One capsule...
...the morning, is usually sufficient...
...seizures in most cases.
...: Doses higher than 500 mg...
cause headache, drowsiness,...
...y and digestive and renal...
...tation, jaundice, blood dyscrasias,...
...rash, hyperplasia, a lymphoma-like...
..., peripheral neuritis, arrhythmia,...
... have been reported.
...: Gradual withdrawal is recom-...

...cations: Severe liver and renal
...and blood dyscrasias.
...ied: Bottles of 30, 100 and hospi-...

**...PACINO**
...salicylic acid [buffered]
...(INH)

...ion: Coated tablets with 0.75 Gm.
...buffered PAS and 25 mg. INH.
...and Uses: Antituberculous activity
...ged, and development of resistant
...delayed when INH and PAS
...to minimize digestive irritation)
...simultaneously. Tuberculous in-
...respond to either this product
...combined with streptomycin or
...streptomycin.
...tration and Dosage: Recommended
...ion for adults: Three to 4 tablets, four
...ly, preferably before meals. This
...provides 300 to 400 mg. INH and
...Gm. buffered PAS.
...: INH: CNS stimulation (can be
...with sedatives); peripheral neuri-
...be prevented with pyridoxine).
...gestive upset, allergic rash and fe-
...hepatitis, thyroid depression,
...disturbance, prolonged clotting
...kopenia, and psychotic reactions
...been reported.
...ications: Severe liver or renal
...clinical and latent epilepsy, psy-
...blood dyscrasias.
...plied: Bottles of 500 and 1000
...coated tablets. Hospital packing.

**...SON'S SOLUTION® w/vitamin A B**
...ition: A coating combination of
...alcohol 2%, benzyl cinnamate 1.6%,
...cinnamate 0.5% in olive oil with 10,-
...its of Vitamin A per cc.
...and Uses: Exudation, congestion,
...tion, and necrotic tissue formation
...ned. Promotes resolution of local-
...inflammation. Indicated in pelvic in-
...atory disease, diabetic and athero-
...ic retinopathies and in deafness and
...when inflammatory lesions of mid-
...are underlying factors.
...tration and Dosage: Intramuscular
...only. See package circular for
...schedule.
...plied: Boxes of 12 and 50, 1 cc.

**Cooper Laboratories, Inc.**
...ation of Aveeno Dermatologicals,
...er & Co., Wynn Pharmaceuticals, and
...Laboratories, Inc., Division)
...OSEVELT AVENUE
...TIC, CONN. 06355

**AVEENO® BAR**
**AVEENO® CREAM**
...ition: ACNAVEEN BAR: Aveeno®
...dal Oatmeal (50%); a gentle, effec-
...surfactant; sulfur (2%); salicylic acid
...; hexachlorophene (2%). The pH of
...has been adjusted to approximate
...normal skin.
...VEEN CREAM: Aveeno Colloidal
...l (8%); sulfur (2%); salicylic acid
...; hexachlorophene (1%) in a soap-
...base containing a blend of suds-
...and wetting agents.
...and Uses: For gentle, safe, cleansing

in acne, oily skin and scalp. Acnaveen therapy effectively cleanses the skin of dirt, debris and excess sebum, while providing antipruritic and anti-irritative actions through the soothing effects of Aveeno Colloidal Oatmeal. Especially useful where the skin is irritated or sensitive.
Administration and Dosage: Acne—Wet face thoroughly and massage into skin vigorously to produce lather. Allow to remain on skin for several minutes. Rinse well. Repeat 2-3 times daily.
Shampoo—Wet hair thoroughly, then massage a liberal amount of Acnaveen Cream into hair and scalp. Allow to remain five minutes. Rinse. Repeat shampoo and rinse immediately. Use twice weekly, or as required.
How Supplied: Acnaveen Bar—3.5 oz. Acnaveen Cream—4 oz. plastic tube.

**AMINODUR® DURA-TABS® 4½ gr.** B
(Formerly Aminophylline Dura-Tabs)
Composition: Each Aminodur Dura-Tab contains aminophylline U.S.P. 4½ gr. (approx. 0.3 Gm.) in a tablet matrix specially designed for prolonged release of the drug.
Action and Uses: For use in the treatment of chronic bronchial asthma and pulmonary emphysema. Aminophylline has the general physiological properties of theophylline. Its chief use depends upon its enhancement of blood flow, relaxation of bronchial and other smooth musculature, and stimulation of the respiratory center.
Precautions: Use cautiously in patients with poor renal function as a decreased rate of excretion may lead to untoward reactions.
Side Effects: Patients may develop gastrointestinal disturbances after prolonged use; the simultaneous administration of aluminum hydroxide decreases the incidence of this side effect.
Administration and Dosage: Adults, 1 to 2 Aminodur Dura-Tabs every 8 to 12 hours approximately 30 minutes before eating.
How Supplied: Aminodur Dura-Tabs, scored, in bottles of 100 and 250.

**AVEENO® BAR (Soap-free Cleansing Bar)**
Composition: Aveeno® Colloidal Oatmeal 50%, anionic sulfonate, lanolin derivative, hexachlorophene 2%.
Action and Uses: For use in housewives' and infantile eczema, atopic and contact dermatitis, dry skin, and prophylactically in patients with sensitive skin, or wherever soap or common detergents must be avoided. Aveeno-Bar has a pH approximating that of normal skin. It contains a mild surfactant and hypoallergenic lanolin derivative to provide gentle cleansing with a soft and silky feel.
How Supplied: 3½ oz. bar.

**AVEENO® COLLOIDAL OATMEAL**
(for soothing antipruritic colloidal baths)
Composition: Concentrated colloid producing fraction of oatmeal produced especially for skin therapy.
Action and Uses: For use in acute, wet or inflamed dermatoses, such as poison ivy, prickly heat, intertrigo, diaper rash and atopic dermatitis. Particularly valuable where soothing and anti-pruritic action is desired.
Administration and Dosage: One cup to a tub of warm water once or twice daily, or as required. For infants, add 1-2 tablespoonfuls to bathinette water.
How Supplied: 1 lb. and 4 lb. boxes.
F.S.N. 6505-200-....

**AVEENO® LOTION**
Composition: Aveeno Colloidal Oatmeal (10%) in a soothing aqueous lotion base, containing propylene glycol, isopropyl myristate and liquid petrolatum.
Action and Uses: A soothing, flexible, film-forming shake lotion, providing symp-

tomatic relief of sunburn, poison ivy, diaper rash, and other acute and subacute dermatoses. It is compatible with many agents including menthol, phenol, resorcin, sulfur, salicylic acid, liquor carbonis detergens, hydrocortisone, etc. Avoids overdrying. Cosmetic coloring blends with most skin tones.
Administration and Dosage: Apply to affected area 2 or 3 times daily, or as physician directs. Rub in gently.
How Supplied: 6 fl. oz. plastic bottles.

**AVEENO® OILATED**
Composition: Aveeno® Colloidal Oatmeal impregnated with 35% emollient oils (liquid petrolatum and hypoallergenic fractions of lanolin).
Action and Uses: For use in chronic, dry and subacute dermatoses, where anti-inflammatory and emollient effects are desired, particularly itching dermatoses such as senile pruritus, bath itch and chicken pox.
Administration and Dosage: To a tub of warm water, add 4 rounded tablespoonfuls once or twice daily, or as required.
How Supplied: 10 oz. and 2 lb. boxes.

**AVENOL™ BATH ADDITIVE**
Composition: Liquid petrolatum, beeswax, Aveeno® Colloidal Oatmeal, dewaxed lanolin derivative, emulsifier.
Action and Uses: Combines the emolliency of a bath oil with the soothing, relief-promoting properties of Aveeno Colloidal Oatmeal. For dry, itching skin conditions such as senile pruritus, winter itch, atopic dermatitis, psoriasis, ichthyosis, chicken pox and nonspecific dry skin disorders.
Administration and Dosage: Add 2-3 capfuls to the bath. Disperse well before entering tub. For infant or sponge bath use 1-2 capfuls in bath water. Pat skin dry.
How Supplied: 8 fl. oz. plastic bottles.

**ELIXOPHYLLIN®** B
Composition: Each 15 cc. (tablespoonful) contains theophylline (anhydrous) 80 mg., in a palatable, aromatic base. alcohol 20%.
Action and Uses: For symptomatic relief of bronchial asthma, pulmonary emphysema and other pulmonary diseases with bronchospasm, angina pectoris and cardiac dyspnea.
Contraindications: May be contraindicated in peptic ulcer.
Precautions: Do not use concurrently with other theophylline preparations.
Note: Diabetic information: Each 15 cc. (tablespoonful) contains approximately 20 calories, 0.9 Gm. carbohydrate.
Administration and Dosage: SEVERE ASTHMA ATTACK: Adults, 75 cc. (5 tablespoonfuls). Children, 0.5 cc. per pound of body weight. Do not repeat within six hours. MAINTENANCE 24-HOUR THERAPY: Adults, for first 6 doses—45 cc. (3 tbsp.) before breakfast, at 3 p.m., and at bedtime, then 30 cc. (2 tbsp.) doses at the same times. Children, 0.3 cc. per pound of body weight 3 times daily as above, then 0.2 cc.
How Supplied: Bottles of 16 fl. oz., 32 fl. oz., 1 gal., a red, pleasant tasting solution.

**ELIXOPHYLLIN®-KI** B
Composition: Each 15 cc. (tablespoonful) contains theophylline (anhydrous) 80 mg., potassium iodide 130 mg., alcohol 10%; in a palatable, aromatic base.
Indications: For excessive tenacious mucus in chronic asthma, severe, chronic and allergic bronchitis, chronic obstructive pulmonary emphysema.
Contraindications: Contraindicated in patients with hyperthyroidism or known sensitivity to iodides. May be contraindicated in peptic ulcer or gout.

Continued on next page

BBW 004405

## Cooper—Cont.

Side Effects: Possible erythema, slight rhinitis, mild sore throat. If these symptoms develop, discontinue use.
Precautions: Do not use other theophylline preparations concurrently. Caution is recommended in patients during pregnancy. In some patients prolonged use of iodides can lead to hypothyroidism.
Note: Diabetic Information: Each 15 cc. (tablespoonful) contains approximately 24.5 calories, 4 Gm. carbohydrate.
Dosage: Adults, 30 cc. (2 tablespoonfuls) t.i.d. on arising, at 3 p.m. and on retiring. Children, 0.2 cc. per pound of body weight, t.i.d. as above.
How Supplied: Bottles of 8 fl. oz. and 32 fl. oz. (one quart)

### EMULAVE™ BAR
(Cleansing Bar for Dry Skin)

Composition: A combination of vegetable oils and dewaxed lanolin fraction (25%), Aveeno® Colloidal Oatmeal (22%) and hexachlorophene (2%) in solid bar form containing a blend of sudsing and wetting agents.
Action and Uses: A completely soapless cleansing bar for dry skin conditions, containing 25% emollients, which deposit a persistently adherent lipid moisture barrier on the skin. In addition, the Aveeno Colloidal Oatmeal content provides a gentle, soothing effect.
How Supplied: 3 oz. bar.

### ENURETROL®

Composition: Each tablet contains: Ephedrine Sulfate—7.5 mg., Atropine Sulfate—0.15 mg., in a palatable, chewable base.
Action and Uses: As an adjunct for the control of nocturnal (functional) enuresis.
Effects: 1. Reduces bladder pressure, and also diminishes the amplitude and frequency of bladder contractions, thus increasing its capacity.
2. Stimulates the internal vesical sphincter, thus allowing the bladder to retain its contents.
Contraindications: Acute glaucoma, prostatic hypertrophy, or hypersensitivity to parasympathetic depressants or sympathomimetic agents.
Precautions: Should be used with caution in patients with coronary or cardiovascular disease and/or severe hypertension, hyperthyroidism, or diabetes mellitus.
Adverse Reactions: In large doses, effects such as rapid pulse, blurred vision, dryness of mouth, dizziness, flushing, constipation or sleeplessness may occur.
Administration and Dosage: Should be administered twice daily according to the age and weight of the patient for a minimum period of 4 to 6 weeks. A suggested initial dosage is: children 5 to 10 years, 1 tablet in the morning and 1 at bedtime; children 11 to 15 years, 2 tablets in the morning and 2 at bedtime; patients over 15 years, 3 tablets in the morning and 3 at bedtime. Once the patient no longer exhibits symptoms of enuresis, gradually curtail medication over a two-week period. At the end of the initial 4 to 6 week period, if the patient has not responded to therapy under careful supervision of the physician, dosage can be raised to the limits of tolerance. (Tolerance limits are readily recognized by the appearance of blurred vision, dryness of mouth, flushing, etc.) Best results with Enuretrol are obtained if bladder training is practiced on a regular basis by the patient during the daytime medication period. The patient should drink larger than normal amounts of liquids during the day and retain urine to the point of discomfort. This will cause the bladder to distend and thereby increase its capacity. However, as dry a diet as possible should be used during the evening hours. Tablets may be swallowed, chewed or, where indicated, crushed in a little water.
How Supplied: Enuretrol is supplied in bottles of 50 and 500 scored, cherry-flavored, chewable tablets.

### ERGOMAR®
(ergotamine tartrate)

Composition: Each sublingual tablet contains specially processed ergotamine tartrate, 2.0 mg.
Indication: Migraine.
Effects: Ergomar (ergotamine tartrate) exerts a direct effect on cranial bloodvessels, causing vasoconstriction with concomitant decrease in the pulsations probably responsible for migraine symptoms. It is thus generally considered to be a specific agent for the therapy of this condition.
Administration and Dosage: All efforts should be made to initiate therapy as soon as possible after the first symptoms of the attack are noted, since success is proportional to rapidity of treatment, and lower dosages will be effective. At the first sign of an attack, or to relieve the symptoms of the full-blown attack, one tablet is placed beneath the tongue. Another tablet should be taken at half-hourly intervals thereafter, if necessary, but dosage must not exceed 3 tablets in any 24-hour period. Limit dosage to not more than 10 mg. in any one week.
Side Effects: No serious complications have been reported from the use of Ergomar (ergotamine tartrate) in the absence of contraindications and in recommended dosages. Unpleasant side effects which may occur include nausea and vomiting, weakness in the legs, muscle pains in the extremities, numbness and tingling of fingers and toes, precordial distress and pain, and transient tachycardia or bradycardia. Localized edema and itching may occur in the rare sensitive patient. Side effects are usually not such as to necessitate interruption of therapy.
Precautions and Contraindications: Avoid prolonged administration or dosage in excess recommended because of the danger of ergotism and gangrene. Contraindicated in sepsis, occlusive vascular disease (thromboangiitis obliterans, luetic arteritis, severe arteriosclerosis, coronary artery disease, thrombophlebitis, Raynaud's disease), hepatic disease, renal disease, severe pruritus, and pregnancy.

### FERRONORD®
(brand of ferroglycine sulfate complex)*

Composition: Each enteric coated tablet contains: 250 mg. of ferrous iron amino acid complex equivalent to 40 mg. Ferrous Iron.
Action and Uses: For treatment of iron deficiency anemias.
Adult Dosage: One tablet 3 to 4 times daily, after meals and before retiring.
Children's Dosage: 5 to 12 years; one tablet 2 to 3 times daily after meals. For higher dosage or for younger children, as directed by physician.
How Supplied: Bottles of 100's.
*U.S. Patent Nos. 2,877,253; 2,957,806

### FERRONORD®-DLA
(brand of ferroglycine sulfate complex)*

Composition: Each capsule contains 400 mg. of ferrous iron-amino acid complex (equivalent to 75 mg. Ferrous Iron).
Action and Uses: For treatment of iron deficiency anemias.
Dosage: 1 or 2 capsules daily or as directed by a physician.
How Supplied: Bottles of 30's.
*Patent Nos. 2,877,253; 2,957,806.

### KAY CIEL™ Elixir
(potassium chloride)

Composition: Each 15 cc. (one tablespoonful) contains potassium chloride 1.5 Gm. supplying 20 mEq. of elemental potassium in a cherry-flavored, palatable base, alcohol 4%. Contains no sugar.
Action and Uses: For the treatment of potassium deficiency occurring especially during thiazide diuretic or corticosteroid therapy, digitalis intoxication, low dietary intake of potassium, or as a result of excessive vomiting and diarrhea.
Contraindications: Impaired renal function, untreated Addison's Disease, dehydration, heat cramps, and hyperkalemia.
Precautions: Potassium chloride should be administered with caution and adjusted to the requirements of the individual, since the amount of deficiency and responding daily dose is often not known. Excessive or even therapeutic dosage may result in potassium intoxication. The patient should be checked frequently by periodic ECG and/or plasma potassium levels made. High plasma concentrations of potassium ion may cause cardiac depression, arrhythmias or arrest. Use with caution in patients with cardiac disease, hypokalemic states, attention should be directed toward the correction of the frequently associated hypochloremic acidosis.
Adverse Reactions: Vomiting, nausea, abdominal discomfort, and diarrhea may occur.
Administration and Dosage: Adults, one tablespoonful (15 cc.) diluted in one glass of water, tomato or orange juice, daily after morning and evening meals. Larger doses may be indicated according to the individual patient's requirements and should be administered under close supervision, due to the possibility of potassium intoxication. Patients should be cautioned to follow directions explicitly in regard to dilution of KAY CIEL Elixir to prevent gastrointestinal injury.
Toxicity: Symptoms and signs of potassium intoxication include listlessness, confusion, paresthesia of the extremities, weakness of the legs, flaccid paralysis, fall in blood pressure, cardiac arrhythmias, heart block. When hyperkalemia exists, should be promptly treated with the discontinuance of potassium administration; other steps to lower serum levels indicated, since sudden shift in plasma may induce potentially dangerous arrhythmias.
How Supplied: 4 fl. oz., 16 fl. oz (one pint) and 128 fl. oz. (one gallon) bottles.

### LUASMIN® CAPSULES

Description: Each blue and white capsule contains phenobarbital sodium (warning—may be habit-forming) 30 mg. (½ gr.), theophylline sodium acetate 0.2 Gm. (gr.) equivalent to 0.12 Gm. theophylline, ephedrine sulfate 30 mg. (½ gr.).
Action and Uses: For prophylaxis and temporary relief of bronchial spasm. A unique buffered xanthine derivative, theophylline sodium acetate, together with ephedrine sulfate provides bronchodilation and fast relief of bronchospasm, the full therapeutic dose of phenobarbital sodium, helps allay anxiety and moderate to some extent, the possible stimulant effects of the bronchodilating agents.
Contraindications: Porphyria and sensitivity to any of the ingredients.
Precautions: Use cautiously in patients with cardiovascular disease, severe tension, hyperthyroidism, prostatic hypertrophy, or glaucoma. In combination with digitalis, serious disturbances of rhythm may occur. As with all medication use cautiously in pregnant patients, especially during the first trimester.
Adverse Reactions: Mild gastrointestinal irritation, difficulty in voiding, palpitation, insomnia, nervousness and drowsiness occasionally occur.
Dosage and Administration: Adult capsule every 3 to 4 hours.