# EXHIBIT F

In NO/Fee

07/786804

MAIL ROOM
NOV 4 1991
PAT. & TRADEMARK OFC.
69

## CITRUS OIL COMPOSITIONS AND USES THEREOF

The present invention is a continuation-in-part relates to my prior application identified as Serial No. 07/413,395 filed September 27, 1989 which has matured into U.S. Patent No. 5,063,062 issued November 5, 1991.

### FIELD OF THE INVENTION

5     The present invention generally relates to compounds that may be topically applied to the human skin for cleaning the skin, for treating and/or relieving skin conditions, such as acne, sunburn, rashes and the like, and as a repellent of insects.
10     Specifically, the present invention is directed to compositions of natural ingredients containing citrus oils as an active constituent.

### BACKGROUND OF THE INVENTION

    In my previous patent application of which this patent application is a continuation-in-part, the
15     composition described therein contains orange oil and other components which in combination made the composition suitable for external application to human skin tissue in order to remove unwanted substances such as tar, caulking compounds, sealants, adhesives and the
20     like. Further research has shown that the present invention has a variety of other useful attributes which

1

BBW  008368

were previously undiscovered. This composition is capable of not only removing unwanted substance from the skin but also of soothing the pain of sunburn and the pain and irritation associated with skin tissues exposed to poisonous plants. Further, it has been discovered that the ingredients in this composition act to clear up skin eruptions such as acne when topical applied to the human skin. Also, surprisingly, this composition when topically applied acts as an insect repellent.

The present product is formulated of a combination of substances which are naturally occurring plant substances and are not believed to be toxic to the human body. The chemical d-limonene which is derived from citrus fruits, has been recognized in the past to have some cleaning capabilities. However, prior to the present invention, it is not believed that the suitability of the orange oil or other citrus oils for use on human skin was realized. Orange oil by itself is a skin irritant that can cause inflammation of the tissues. When used alone, fumes from orange oil can cause headaches, dizziness and other side effects. D-limonene has been found to be suspect for use with animals. Accordingly, it has not been readily apparent that orange oil and/or citric oils alone or in combination with other substances would prove effective in a compound which was to be used directly on the tissues of the human skin. Rather, d-limonene in the

2

BBW  008369

past has been utilized in such things as cleaning solvents which produce floor cleaners, glass cleaners and the like.

5    Aloe vera extract, another component of this composition is a natural product derived from the aloe vera plant. Aloe vera extract has been recognized in the past to have some ability to soothe burn pain. Prior to the present invention however, it was not believed that small amounts of aloe vera alone or in

10    combination with citrus oil and/or moisturizers would act not only to soothe sunburn pain but also to reduce the peeling of skin after the sunburn. Furthermore, the combination of citrus oil, moisturizers and aloe vera to soothe skin irritations due to contact with poisonous

15    plants was not believed to be known. It also was not readily apparent that citrus oil in combination with aloe vera alone or in combination with other substances could prove an effective acne cleaning substance. Nor was there prior knowledge that citrus oil and aloe vera

20    when combined with other ingredients could act as a pleasant smelling insect repellent.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a skin cleaning composition useful in clearing up acne.

25    Another object of the present invention is to provide a composition for topical application to human

3

skin suitable to soothe skin pain from sunburn or from skin irritations such as those which develop after contact with poisonous plants like poison ivy, poison oak and the like.

5    Yet another object of the present invention is to provide a pleasant smelling composition useful in repelling insects.

Still another object of the present invention is to provide a non-toxic composition which, when topically 10    applied, cleanses skin tissue, soothes skin pain and protects from insect bites.

It is a further object of the present invention is to provide a skin cleaning composition that is derived from plant sources.

15    It is a still further object of the present invention to provide a new an useful compound for cleaning the human skin and packaging therefor.

A still further object of the present invention is to provide a skin cleaning compound suitable for 20    cleaning non-water soluble products such as grease, caulking, adhesives, sealants, tar, oils, ink and the like.

Still a further object of the present invention is to provide a composition for topical application to skin 25    that acts to help revitalize the human skin.

The present invention, then, provides a skin composition which is adapted for external use on human

4

BBW   008371

tissues.  Broadly, this composition comprises  a  first ingredient being  between  five percent  (5%)  and  sixty percent  (60%) by  volume  of  citrus  oil,  a   second ingredient   being   a   pharmaceutically   acceptable

5   moisturizer  for human  skin  and  a third  ingredient  being an  emulsifying  agent.  Preferably,  the  moisturizer  is selected  from  a  group  consisting  of:  glycerin,  aloe vera,  jojoba  oil,  and  safflower  oil.   Further,  the emulsifying  agent  can  also  function  as  an  emollient.

10   Preferably  the  emulsifying  agent  is  a  natural  grain derivative,  either  oat  gum  or  oatmeal  are   good selections.   Further,  the  first,  second,  and  third ingredients  are  selected  and  mixed  in  a  ratio  such  that the  resulting  composition,  which  is  suitable  for  topical

15   skin  application,  has  a  pH  range  of  between  4.5  and  6.0 inclusively.   To  this  end,  a  fourth  ingredient  in  the form  of  a  buffering  compound  may  be  added  to  the composition.

In  the  more  specific  composition  according  to  the

20   preferred  embodiment,  the  composition  comprises  forty- five  percent  (45%)  or  less  by  volume  of  orange  oil, forty-five  percent  (45%)  or  less  by  volume  of  the emulsifying  agent  and  the  pharmaceutically  acceptable moisturizer.   The  preferred  emulsifying  agent  in  this

25   composition  is  oatmeal  or  oatgum,  and  the  preferred moisturizer  is  a  mixture  of  jojoba  oil,  aloe  vera  and glycerin  mixed  by  volume  of  approximately  four  parts

5

BBW   008372

jojoba oil, five parts aloe vera and two parts glycerin. When the composition is formulated as a cleaning composition for removal of adhesives, tar, and the like the preferred moisturizer is a mixture of jojoba oil,

5    aloe vera and glycerin mixed by volume of approximately two parts jojoba oil, two parts aloe vera and one part glycerin. It is further desired to use a small portion of safflower oil both as a moisturizer and to help form a stable emulsion.

10    Various methods of utilizing compositions as described above are also described. For example, a method for treating *damaged* animal tissue is set forth. Such *damaged* tissues may include burns, such as radiation burns. These radiation burns specifically

15    include sunburn caused by solar radiation. The damaged area comprise an inflammatory condition. Included within these conditions are acne and rashes, such as rashes caused by poisonous plants. Finally, methods incorporating the composition as an insect repellent are

20    described.

These and other objects of the present invention will become more readily appreciated and understood from a consideration of the following detailed description of the preferred embodiment:

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

25    The present invention is directed to a composition utilized on skin tissues and having, as an ingredient,

6

BBW 008373

commercially available, citrus oil derived from citrus fruit. In its broad form, the composition includes citrus oil, an emulsifying agent and a pharmaceutically acceptable moisturizer. In order to determine the

5   preferred composition of the present invention, a series of samples having differing properties were evaluated to establish a desired range in pH and to establish the necessary proportion of citrus oil to the other ingredients to permit the composition to remove unwanted

10  substances from the skin, to soothe burns, clear acne, repel insects and soothe skin contacted by poisonous plants. References herein to proportions, unless otherwise set forth, are to volumetric amounts.

In investigating this composition, several

15  different citrus oils in combination with moisturizers and an emulsifying agent were tested. The following oils were tested: lemon oil, orange oil, grapefruit oil, lime oil and tangerine oil. These citrus oils worked to varying degrees; it was determined that orange

20  oil in the range of 5% - 60% in combination with the other ingredients produced the least astringent, most soothing moisturizing product. Furthermore, orange oil in combination with the other ingredients worked best to clean substances from the skin, soothe skin pain,

25  clear-up acne and repel insects.

7

BBW   008374

A variety of moisturizers can be employed in the present invention. The preferred moisturizers are naturally occurring plant oils such as grain oils, flower oils, vegetable oils, nut oils, fruit oils and

5    the like. For example, kuki nut oil, olive oil, macadamian nut oil, jojoba oil, corn oil, coconut oil, sunflower oil and safflower oil, to name just a few, have been employed in the present composition. After substantial testing it was determined that olive oil was

10   the most effective emollient. However, due to the strong fragrance associated with olive oil it was not selected for use in the present invention. The preferred oil should have little or no odor since the composition is to be applied to the skin. Further, by

15   using an oil with minimal odor, the fragrance produced by the citrus oil does not have to compete with the moisturizing fragrance. Thus, the preferred oils are macadamian nut oil and jojoba oil. The most preferred being jojoba oil due to availability and cost.

20        Another moisturizer which is included in the present invention is relatively pure aloe vera plant extract. The aloe vera is an emollient with a recognized capability to soothe burn pain. When mixed with the citrus oil the aloe vera which has a pH of

25   approximately 8 and acts to buffer the acidic pH of the citrus oil. This in turn renders the composition less astringent and more soothing to the skin.

8

BBW   008375

To make a smooth composition, additional moisturizers can be added. Specifically, stabilizers and carriers can be added such as safflower oil and glycerin. These moisturizers tend to give the composition a more consistent texture. The moisturizer, thus, is a mixture of jojoba oil, aloe vera and glycerin mixed by volume of approximately two parts jojoba oil, two parts aloe vera and one part glycerin when formulated as a cleaning composition. Approximately four parts jojoba oil, five parts aloe vera, two parts glycerin and one part or less than one part safflower oil is employed when the composition is not formulated for cleaning.

The third ingredient in the present invention is an emulsifier. Originally a 87% aloe vera lotion having a variety of emulsifying constituents was added to the citrus oil and the moisturizers. Further, research revealed that grain based emulsifiers such as corn, wheat, barley rice, and oats provided the desired texture and provided some water which helped buffer the pH of the composition.

Wheat and oats were the grain based derivatives most preferred as emulsifying agents. Wheat, however, did not provide the desired texture to the composition. Oatmeal provided the best texture for a composition employed as a cleaning composition or as an acne

9

BBW 008376

cleaning and treatment composition as it was slightly abrasive.

Oatmeal is prepared by boiling rolled oats in water. The resulting mass (containing approximately 50% water) is used in the composition. Oatgum which is prepared by boiling oats in water and straining the resultant mass to remove hulls and particulate material provided the best texture for insect repellent and for a composition employed to soothe skin pain due to burns and poisonous plant contact.

The pH of the composition is based on the total percentage of citrus oil in the composition. The more citrus oil the more acidic the composition. Preferably the composition will be formulated to have a pH between 4.0 - 6.5 inclusively. More preferably a pH of 5.5 appears to provide the best characteristics to the composition.

The composition can be formulated with between 5%-60% citrus oil, pharmaceutically accepted moisturizers for skin and a one or more emulsifier. In the preferred embodiment of the present invention the moisturizers comprise 10%-35% of the composition with the emulsifying agent making up the rest of the available percentage. 2%-3% vitamin E can also be added to the composition, however, this is an optional constituent and it is not employed in the preferred embodiment due to cost.

10

The preferred embodiment of the present invention has 10%-45% citrus oil. The preferred embodiment of the present invention when formulated as a cleaning composition has 30%-45% volume of citrus oil. The

5    preferred embodiment of the present invention when formulated as other than a cleaning compound has 10%-20% citrus oil, specifically orange oil. When the composition is utilized as an insect repellent the preferable amount of orange oil is 15%-20%. When the

10   composition is utilized for skin pain soothing, such as burns and poisonous plant irritations or to relieve acne, the preferred amount of orange oil is 10%-15%.

Approximately 7%-14% aloe vera is added to the composition. The preferred amount of aloe vera being

15   10%. When formulated as a cleaning composition approximately two parts jojoba oil, two parts aloe vera and one part glycerin is used. It is desirable to add a small portion of safflower oil as an emulsion stabilizer, as an emulsifying agent and as a

20   moisturizer. The remaining percentage is an emulsifier. When formulated other than as a cleaning composition twenty percent less plant oil is employed than the amount of aloe vera. Thus, when 10% aloe vera, or 5 parts aloe vera is employed in the preferred embodiment

25   8% jojoba, or 4 parts jojoba is added. Between .5%-2% safflower oil, approximately one part or less, and 3%-6% or approximately 2 parts glycerin is added to stabilize

11

BBW  008378

the composition. The remaining percentage is an emulsifier.

For all applications and formulations of the composition, the primary emulsifier is formulated from a

5    grain derivative product such as oatmeal or oatmeal gum. The composition can be thickened for ease of application if so desired by the addition of corn starch or potato starch or flour or any other naturally occurring thickening agents. To formulate the preferred

10   embodiment the various ingredients are added to the oatmeal paste with the citrus oil being added last. The ingredients are then blended to form a smooth homogenized composition.

### A.   Cleaning Compositions

In our investigation of cleaning compositions

15   according to the present invention, we first investigated several compositions which were mixtures of orange oil, water, moisturizers and vitamin E. These samples were developed to test the cleaning properties of orange oil and to evaluate orange oil mixed with

20   moisturizing agents. A test group of ten persons, male and female, were selected to subjectively evaluate the results of these samples. Initially, three such samples were prepared, and the compositions are set forth as Samples I-III, as follows:

12

<u>SAMPLE I</u>

| Ingredient | Volume Percent (Approximate) |
|---|---|
| Orange Oil | 39 |
| Water | 33 |
| Glycerin* | 12 |
| Aloe Vera* | 12 |
| Jojoba Oil* | 3 |
| Vitamin E | 1 |

* Total Moisturizers accounted for approximately 27%  by volume.

<u>SAMPLE II</u>

| Ingredient | Volume Percent (Approximate) |
|---|---|
| Orange Oil | 34.5 |
| Water | 27.5 |
| Glycerin* | 17 |
| Aloe Vera* | 14 |
| Jojoba Oil* | 3.5 |
| Vitamin E | 3.5 |

*  Total Moisturizers accounted for approximately  34.5% by volume.

<u>SAMPLE III</u>

| Ingredient | Volume Percent (Approximate) |
|---|---|
| Orange Oil | 37 |

13

BBW  OO8380

| | |
|---|---|
| Water | 26 |
| Glycerin* | 14.75 |
| Aloe Vera* | 14.75 |
| Jojoba Oil* | 3.5 |
| Vitamin E | 4 |

* Total Moisturizers accounted for approximately 33% by volume.

Prior to presenting these samples to the test group, Applicants tested the relative acidity of the samples since it was believed desirable to avoid a composition that was either too acidic or too basic. The result of this acidity measurement, correlated to the Samples, is set forth in Table 1 below:

TABLE 1

| Sample | pH (Approximate) |
|---|---|
| I | 4.5 |
| II | 5 |
| III | 4.7 |

In each of the cases of Samples I-III, the respective components were mixed and blended in an attempt to form an emulsion. An initial problem was noted with each of these Samples, however, in that the emulsion separated, that is, "broke" after approximately one to two days. Since it was fairly simple to re-blend the Samples, Samples I-III were submitted to the test

14

group for evaluation. Generally, the results of the composition was excellent with each of Samples I-III readily removing polyurethane and silicone base caulking compounds, tars, grease, oil and adhesives; each of

5   these industrial type substances are regarded as difficult to remove, from the human hands. All ten members of the test group reported comparable cleaning properties and reported that their hands were left soft after a two week period of using the compounds. Indeed,

10   after two weeks of use, certain male members of the test group who had dry hands resulting from the use of other solvents noted substantial improvement in the texture and softness of their hands. No allergic reactions were reported by any members of the test group.

15   After determining that test Samples I-III performed adequately in cleaning the hands and in moisturizing the hands, it became necessary to determine whether the oil orange and moisturizer emulsion could be stabilized so that it would not break over a period of

20   time. In order to determine if a natural ingredient could act as an emulsifying agent, a grain base derivative was selected as an emulsifying agent. To this end, tests of oatmeal gum and oatmeal as the primary emulsifier were performed. Accordingly, two

25   more test samples, Samples IV and V were prepared according to the compositions set forth below:

15

BBW    008382

### SAMPLE IV

| Ingredient | Volume Percent (Approximate) |
|------------|------------------------------|
| Orange Oil | 42.75 |
| Aloe Vera* | 7 |
| Jojoba Oil* | 3.5 |
| Safflower Oil* | 4 |
| Oatmeal Gum | 42.75 |

* Total Moisturizers accounted for approximately 14.5% by volume.

### SAMPLE V

| Ingredient | Volume Percent (Approximate) |
|------------|------------------------------|
| Orange Oil | 36.5 |
| Aloe Vera | 14 |
| Jojoba Oil* | 14 |
| Glycerin* | 7 |
| Safflower Oil* | 0.5 |
| Oatmeal | 28 |

* Total Moisturizers accounted for approximately 35.5% by volume.

It may be noted that, in Samples IV and V, vitamin E and water were both omitted from the composition. However, it should also be noted that both the oatmeal gum in Sample IV and the oatmeal in Sample V each contain a portion of water. In Sample IV, the oatmeal gum was prepared by boiling rolled oats in water and

5

16

BBW   008383

straining the resultant mass to remove the hulls. In Sample V, rolled oats were boiled in water and the resulting mass (containing approximately 50% water) was used to prepare the composition. Relatively equal parts

5   of orange oil and oat derivatives were used and a small portion of safflower oil was included. Again, relative acidity was tested and it was found that Sample IV had a pH of approximately 5.0 while Sample V had a pH of 5.5.

        Samples IV and V were submitted to the test group

10  to evaluate cleaning effectiveness and moisturizing ability. Further, observation of the two compositions were made to determine whether or not the emulsions broke. The results of this study determined that the emulsion of Sample IV broke after approximately seven

15  days while the emulsion according to Sample V did not separate over any observed duration of time (several months). The test group observed that the cleaning properties of Samples IV and V were almost, but not quite, as effective as the cleaning properties of

20  Samples I-III, but that the cleaning effectiveness was estimated at approximately 90% of Samples I-III. With respect to Sample IV, the test group reported that their hands did not roughen, but that the sample did not feel as comfortable when on the hands. With respect to

25  Sample V, the test group reported that the emulsion both felt comfortable on the hands and left their hands soft after approximately five days of regular usage. In each

17

BBW   008384

case, the emulsions were able to clean all caulking materials and tars, including silicone and polyurethane based caulking compounds as well as oil and grease from the skin. Further tests were conducted on compositions

5    similar to Sample V were in the amount of orange oil was slightly increased while holding the amounts of the remaining ingredients constant until the emulsion broke. It was found that, with these compositions, the emulsion broke when orange oil accounted for approximately 38% by

10   volume of the composition.

From the foregoing, Applicants determined that Sample V offered the best compromise among emulsion stability, cleaning effectiveness, and skin effect.

In order to increase the amount of orange oil,

15   Applicants further tested a variation on Sample V wherein both the amount of orange oil and the amount of oatmeal were increased while the amount of moisturizers was decreased. This Sample VI, was prepared as follows:

### SAMPLE VI

| Ingredient | Volume Percent (Approximate) |
| --- | --- |
| Orange Oil | 40.5 |
| Aloe Vera* | 7.75 |
| Jojoba Oil* | 7.75 |
| Glycerin* | 4.5 |
| Safflower Oil* | .5 |

18

BBW   008385

Oatmeal                           39

* Total Moisturizers accounted for 20.5% by volume

From Sample VI, it was concluded that orange oil
could be increased, along with a corresponding increase
in an oat grain derivative, until approximately 45% by
volume of orange oil was included in the composition.
5      Any amount of orange oil in excess of this amount would
result in the diminishment of moisturizers so as to
negate the softening effect of the hand cleaning
composition according to the preferred invention.

The preferred cleaning composition may be packaged
10     in towellets, formed of standard absorbent material such
as paper, cloth, and the like. These towellets can be
hermetically sealed in standard foil packages, as know
in the industry, so that the user can employ the pre-
moistened towellet to topically apply the composition to
15     the skin. This is particularly useful for application
to acne in situations where water is not readily
available. Further, individualized packets of pre-
moistened towellets are convenient for portability and
packaging.


B. **Composition As After Sun Lotion**

20     In the investigation of the characteristics of the
composition according to the present invention, Twenty-
two people initially tested the preferred embodiment
having 10%-20% orange oil and having 10% by volume of


19

BBW  008386

aloe vera as an after sun lotion. The people ranged in age from 6 months to 54 years of age. Four of the subjects were dark skinned or olive skinned with dark hair. Six of the subjects were lighter skinned but

5  reported that they tanned readily. The remaining 12 subjects had fair complexions with blonde or red hair. The fair complexion subjects reported that their skin was highly sun sensitive and that sun exposure produced sunburn not suntan.

10  A representative sample of the subjects were exposed to the sun at sea level a sufficient length of time to produce a sunburn. The remaining ten subjects were exposed to the sun at an elevation of one mile above sea level. Depending on the complexion of the

15  subjects the sunburns ranged from a mild red tint to a deep red color. Immediately after sun exposure, the subjects applied a liberal amount of the preferred embodiment of the present invention formulated as an after sun lotion to their sunburnt skin. A follow up

20  application of the composition was applied the next day if the sunburnt skin felt dry. Only seven subjects required application of the composition the next day.

All subjects reported that the red skin which was causing sunburn pain was soothed by the composition and

25  the skin felt moisturized. Furthermore, each subject reported the red skin color disappeared by the second day after application of the composition and a tan

20

resulted.  After one week, none of the subjects reported peeling of the skin in the area of application, a condition they had previously reported for sunburns of comparable intensity.

5    Because aloe vera, an ingredient in the preferred embodiment of the present invention is known to have a soothing, healing effect on sunburned skin, a test comparing two after sun lotions, the first being the present composition having 10% aloe vera and the second

10   being 97% aloe vera gel, was performed.

A subject that had a fair complexion and was sun sensitive had his back exposed to three hours of sun radiation which resulted in a severe sunburn. Immediately after radiation exposure 2 teaspoons of the

15   composition was applied to approximately 35% of the back, and 2 teaspoons of 97% aloe vera gel was applied to approximately another 35% of the back; a two inch band running down the middle of the back was untreated. Two teaspoons of each product was applied to the

20   respective sunburned areas at the same time of day for the following three days. The subject reported that relief from sunburn pain was provided equally by each product.  The subject also reported the aloe vera gel was sticky and therefore less comfortable than the

25   present composition.  The subject further reported extreme discomfort from the pain of the untreated band of skin.

21

By the third day the center band of untreated skin had peeled and the skin on the aloe vera treated area had peeled, however, the skin treated by the present composition had not peeled. On the fourth day, the

5    margin area treated with the present composition that was immediately bordering the untreated band peeled. The remaining area that was treated with the present invention did not peel.

It was highly surprising to discover that the

10    present composition which contains only 10% Aloe Vera has the same soothing effect as an equal amount of 97% Aloe vera gel, and resulted in less skin peeling than did the aloe vera gel. Further, while these tests were conducted for solar radiation burns, it is believed that

15    any radiation burn, such as x-ray or cancer related radiation burns are susceptible to treatment with these compositions.

### C. <u>Composition As An Acne Application</u>

A sample group in excess of ten individuals ranging in age from fourteen to fifty-eight applied the

20    preferred embodiment of the present invention as formulated as an acne cleanser to acne eruptions on the face and neck area. Each of thee individuals evidenced skin eruptions caused by an acne condition. The composition was applied on a daily basis for between 1-6

25    months.

22

BBW    OO8389

Approximately one-half of these individuals used the composition as a facial wash. These individuals reported a decrease in the amount of acne after a few days of application. The remaining portion of the test

5   individuals applied the composition and lightly scrubbed their face with a cloth. After the cleansing application was rinsed off, a second application was applied and left on the skin. These test individuals all reported a marked improvements in their complexions

10  after a few days of applications; eventually substantially all of the acne cleared up. When the treatments were discontinued, the acne condition reasserted itself.

D.  <u>Composition As An Insect Repellent</u>

Seventeen individuals underwent three rounds of

15  testing in various areas of the United States. Four test individuals were in Colorado, three in Wisconsin, five in New Jersey and five in California. In the first round of testing, the present invention, formulated as an insect repellent having 20% citrus oil, was applied

20  to all exposed areas of the body. Although untreated individuals reported insect bites, the test individuals were not bitten.

In the second round of testing, the composition was applied only to the hands. In the third round of

25  testing the composition was applied only to the facial

23

area.   Again, although untreated individuals reported insect bites, the test individuals were not bitten.  The test individuals further reported that the orange scent of the present invention was pleasant unlike the scent

5   of most topical insect repellants.

### E.   Composition For Use On Skin Irritations Due To Encounters With Poisonous Plants

In four test situations an individual that had previously encountered the poisonous plant and thus had experience with the length of time required for the exposed skin to heal was used.  The test subjects were

10   exposed to poison sumac (one test subject had 60% of his body exposed and others had hands and legs exposed). After exposure the preferred embodiment of the present invention was applied to the exposed skin.  The individuals reported that the invention soothed the

15   itching feeling and cleared up the skin irritations faster than if the composition was not employed. Furthermore, the individuals reported that the composition seemed to keep the irritation from spreading.

### F.  Conclusion

20   From the foregoing, the present composition is capable of removing unwanted substances from the skin giving skin pain relief, acne relief, and protection from insect bites.  This composition has a first

24

BBW   008391

ingredient of between 5% and 60% by volume of orange oil, a second ingredient being a pharmaceutical acceptable moisturizer for human skin and a third ingredient being an emulsifying agent. Preferably, the

5  moisturizer is either one or more of a group of moisturizers selected from the following: glycerin, aloe vera, jojoba oil, safflower oil. However, other pharmaceutically acceptable moisturizers are within the scope of this invention as could be developed without

10  undue experimentation by the ordinarily skilled person in the art according to the teachings of the present invention. One example of such moisturizer is glycerin sterate. The other compositions are thus intended, unless otherwise specifically limited, to be encompassed

15  by the general phrase "moisturizer" both in this specification and in the appended claims. In any event, it is preferred that the resultant composition have a pH between 4.5 to 6.0 and can be buffered if necessary by the utilization of aloe vera or a buffering agent, such

20  as baking soda.

Accordingly, the present invention has been described with some degree of particularity directed to the preferred embodiment of the present invention. It should be appreciated, though, that the present

25  invention is defined by the following claims construed in light of the prior art so that modifications or

25

changes may be made to the preferred embodiment of the present invention without departing from the inventive concepts contained herein.

26

BBW    008393

We Claim:

1.  A composition adapted for external use on ~~tissues~~ human skin, comprising a first ingredient being between five percent (5%) and sixty percent (60%) by volume of citrus oil, a second ingredient being a pharmaceutically acceptable moisturizer for human skin and a third ingredient being an emulsifying agent.

2.  A ~~composition~~ *method* according to claim 1 wherein said moisturizer is selected from a group consisting of: glycerin, aloe vera, jojoba oil, and safflower oil.

3.  A composition according to claim 1 wherein said emulsifying agent is an oat grain derivative product.

4.  A composition according to claim 3 wherein said oat grain derivative product is one of oat gum and oatmeal.

5.  A ~~composition~~ *method* according to claim 1 wherein said first, second and third ingredients are selected and mixed in a ratio such that the resulting composition has a pH range of between 4.5 to 6.0, inclusively.

6.  A ~~composition~~ *method* according to claim 1 including as a fourth ingredient a buffering compound in a proportion such that the resulting composition is pH balanced within a range of 4.5 to 6.0, inclusively.

7.  A method of treating damaged tissue by applying to a damaged tissue area the composition of

27

BBW   008394

claim 1.

8.    A method according to claim 7 wherein the damaged ~~tissue~~ *human skin* area comprises a burn.

9.    A method according to claim 8 wherein the burn is a radiation burn.

10.    A method according to claim 9 wherein the burn is a sunburn caused by over-exposure of the ~~tissue~~ *human skin* area to ~~harmful~~ solar radiation.

11.    A method according to claim 7 wherein the damaged ~~tissue~~ *human skin* area comprises an inflammatory condition of the skin.

12.    A method according to claim 11 wherein the inflammatory condition is acne.

13.    A method according to claim 11 wherein the inflammatory condition is a rash.

14.    A method according to claim 13 wherein the inflammatory condition is a rash caused by contact with a ~~rash-causing poisonous~~ *dermatitis-causing* plant.

15.    A method for soothing a sunburned area on human skin and for reducing peeling of the human skin resulting from said sunburn by topically applying to the sunburned area the composition of claim 1.

16.    A method of repelling insects from human ~~tissue~~ *skin* by topically applying to the human ~~tissue~~ *skin* the composition of claim 1.

17.    A composition for topical use on acne on human skin comprising forty-five percent (45%) or less

28

by volume of citrus oil, forty-five percent (45%) or less by volume of an emulsifying agent, and a pharmaceutically acceptable moisturizer.

18.  A composition according to claim 17 wherein said emulsifying agent is oatmeal.

19.  A composition according to claim 17 wherein said moisturizer is a mixture of jojoba oil, aloe vera and glycerin.

20.  A composition according to claim 17 wherein said mixture includes by volume four parts jojoba oil, five parts aloe vera and two parts glycerin.

21.  A composition according to claim 17 wherein said mixture includes safflower oil.

22.  A skin cleaning composition adapted for external use on human tissues, comprising a first ingredient being between five percent (5%) and sixty percent (60%) by volume of orange oil, a second ingredient being a pharmaceutically acceptable moisturizer for human skin and a third ingredient being an emulsifying agent.

23.  A skin cleaning composition for external use on human tissues comprising orange oil, a pharmaceutically acceptable moisturizer for human skin and an emulsifying agent, wherein said composition has a pH within a range of 4.5 to 6.0, inclusively.

24.  A cleaning composition for use on human skin comprising forty-five percent (45%) or less by volume of

29

orange oil, forty-five percent (45%) or less by volume of ~~an~~ *a grain based* emulsifying agent, and a pharmaceutically acceptable moisturizer.

25. A cleaning product comprising a towellet formed of an absorbent material, said towellet being impregnated with a cleaning composition and hermetically sealed in a packet member wherein said cleaning composition comprises a first ~~ingredient~~ ingredient being between five percent (5%) and sixty percent (60%) by volume of orange oil, a second ingredient being a pharmaceutically acceptable moisturizer for human skin and a third ingredient being ~~an~~ *a grain based* emulsifying agent.

30