IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-1507 (SLR) |
| BATH & BODY WORKS, INC.; LIMITED | ) |
| BRANDS, INC.; KAO BRANDS CO. | ) **PUBLIC VERSION** |
| (f/k/a THE ANDREW JERGENS | ) |
| COMPANY); and KAO CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION IN SUPPORT OF KBC'S MOTIONS FOR
SUMMARY JUDGMENT OF (1) NON-INFRINGEMENT AND
(2) INVALIDITY BASED UPON LACK OF WRITTEN DESCRIPTION**

OF COUNSEL:

Arthur I. Neustadt
Stephen G. Baxter
Richard L. Chinn
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000
Fax: (703) 413-2220

Dated: June 29, 2006
Public Version Dated: July 7, 2006

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel.: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Kao Brands Co.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-1507 (SLR) |
| BATH & BODY WORKS, INC.; LIMITED | ) |
| BRANDS, INC.; KAO BRANDS CO. | ) |
| (f/k/a THE ANDREW JERGENS | ) PUBLIC |
| COMPANY); and KAO CORPORATION, | ) VERSION |
| | ) |
| Defendants. | ) |

**DECLARATION IN SUPPORT OF KBC'S MOTIONS FOR SUMMARY
JUDGEMENT OF (1) NON-INFRINGEMENT AND (2) INVALIDITY BASED
UPON LACK OF WRITTEN DESCRIPTION**

David Story declares and states

1.  I currently hold the position of Research Principal, Kao Brands Co. ("KBC").

2.  I have been employed by KBC and its predecessor The Andrew Jergens Company since 1988.

3.  I am familiar with the KBC products Curél Ultra Healing Daily Moisture Therapy Lotion and the now discontinued Curél Extreme Care body lotion, body cleanser and facial wash and have been so since their introduction.

4.  Attached hereto as exhibits 1-4 are



5.  Attached hereto as exhibits 5-6 are photographs of the containers for Curél Ultra Healing Daily Moisture Therapy Lotion and Curél Extreme Care body lotion.

I declare under the penalty of perjury that the foregoing is believed to be true and correct

June 26 2006

*David C Story*
David Story

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 7, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Steven J. Balick | Francis G.X. Pileggi |
| John G. Day | Fox Rothschild LLP |
| Ashby & Geddes | 919 Market Street |
| 222 Delaware Avenue | Suite 1300 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

I hereby certify that on July 7, 2006, I have Electronically Mailed the documents to the following non-registered participants:

| | |
|---|---|
| Ronald J. Schutz | Robert A. Auchter |
| Robins, Kaplan, Miller & Ciresi L.L.P. | Jason R. Buratti |
| 2800 LaSalle Plaza | Robins, Kaplan, Miller & Ciresi L.L.P. |
| 800 LaSalle Avenue | 1801 K Street, NW |
| Minneapolis, MN 55402-2015 | Washington, DC 20006 |
| rjschutz@rkmc.com | raauchter@rkmc.com |
| | jrburatti@rkmc.com |
| John F. Ward | |
| Ward & Olivo | |
| 382 Springfield Avenue | |
| Summit, NJ 07901 | |
| wardj@wardolivo.com | |

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

673089