# EXHIBIT 1

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT 2

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT 3

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT 4

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# Exhibit 5



2045174

Curél Ultra Healing

Curél Ultra Healing Daily Moisture Therapy Lotion has all the healing power of a cream in a non-greasy lotion. Its unique formula penetrates deeply to heal and prevent extra dry skin.

Heals Like a Cream
Feels Like a Lotion™

Curél Ultra Healing Lotion heals extra dry skin better than advanced lotion formulas. It's clinically proven to quadruple skin's natural moisture level.

- Absorbs Quickly
- Non-greasy
- Fragrance Free
- Will not clog pores
- Gentle enough to use on face
- Dermatologist Tested

**Directions:** Smooth onto dry skin daily. Re-apply liberally to especially rough, chapped or ashy areas. For external use only.
**INGREDIENTS:** WATER, GLYCERIN, PETROLATUM, CETEARYL ALCOHOL, BEHENTRIMONIUM CHLORIDE, ISOPROPYL PALMITATE, AVENA SATIVA (OAT) MEAL EXTRACT, EUCALYPTUS GLOBULUS LEAF EXTRACT, CITRUS AURANTIUM DULCIS (ORANGE) OIL, CYCLOMETHICONE, DIMETHICONE, DMDM HYDANTOIN.
**Guarantee:** If not fully satisfied, return unused portion for full refund.

Toll-Free Product Information Call
1-800-572-2931
www.curel.com

Reg. U.S. Pat. & Tm. Off.
Distributed by The
Andrew Jergens Company
A Kao Group Company
Cincinnati, OH 45214
©2002
Made in U.S.A.
2705-00-303

0 19045 02706 4

# Exhibit 6




**Curél® Extreme Care** Body Lotion is designed to relieve frustrating itch problems and build healthy feeling skin. Now people with severely dry, itchy, sensitive skin, eczema or dermatitis can have relief and healthy feeling skin, too.

- Helps prevent the return of severely dry, itchy skin
- Locks in moisture to deliver superior moisturization and build healthier skin
- Leaves your skin feeling soft and smooth
- Absorbs quickly. Non-Greasy, Will Not Clog Pores
- Gentle Enough to Use on the Face

INGREDIENTS: WATER, GLYCERIN, PETROLATUM, CETEARYL ALCOHOL, BEHENTRIMONIUM CHLORIDE, CETYL-PG HYDROXYETHYL PALMITAMIDE, ISOPROPYL PALMITATE, DIMETHICONE, OAT (AVENA SATIVA) MEAL EXTRACT, EUCALYPTUS GLOBULUS EXTRACT, CHOLESTERYL ISOSTEARATE, DIMETHICONE COPOLYOL/IPDI COPOLYMER, CYCLOMETHICONE, DMDM HYDANTOIN, ORANGE (CITRUS AURANTIUM DULCIS) OIL

Toll-Free Product Information
Call 1-800-572-2931
Reg. U.S. Pat. & Tm. Off.
Distributed by The Andrew Jergens Co.
Cincinnati, OH 45214 ©2000
Made in U.S.A. 2025-00-170

**Curél® Extreme Care** Body Lotion is designed to relieve frustrating itch problems and build healthy feeling skin. Now people with severely dry, itchy, sensitive skin, eczema or dermatitis can have relief and healthy feeling skin, too.

- Helps prevent the return of severely dry, itchy skin
- Locks in moisture to deliver superior moisturization and build healthier skin
- Leaves your skin feeling soft and smooth
- Absorbs quickly. Non-Greasy, Will Not Clog Pores
- Gentle Enough to Use on the Face

INGREDIENTS: WATER, GLYCERIN, PETROLATUM, CETEARYL ALCOHOL, BEHENTRIMONIUM CHLORIDE, CETYL-PG HYDROXYETHYL PALMITAMIDE, ISOPROPYL PALMITATE, DIMETHICONE, OAT (AVENA SATIVA) MEAL EXTRACT, EUCALYPTUS GLOBULUS EXTRACT, CHOLESTERYL ISOSTEARATE, DIMETHICONE COPOLYOL/IPDI COPOLYMER, CYCLOMETHICONE, DMDM HYDANTOIN, ORANGE (CITRUS AURANTIUM DULCIS) OIL

Toll-Free Product Information
Call 1-800-572-2931
Reg. U.S. Pat. & Tm. Off.
Distributed by The Andrew Jergens Co.
Cincinnati, OH 45214 ©2000
Made in U.S.A.