**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1507 (SLR) |
| | ) Honorable Sue L. Robinson |
| BATH & BODY WORKS, INC., | ) JURY TRIAL DEMANDED |
| and | ) |
| LIMITED BRANDS, INC., | ) |
| and | ) |
| KAO BRANDS CO. (f/k/a THE ANDREW | ) PUBLIC VERSION |
| JERGENS COMPANY), | ) FILED: JULY 11, 2006 |
| and | ) |
| KAO CORPORATION, | ) DATED: JULY 3, 2006 |
| | ) |
| Defendants. | ) |

**DECLARATION OF DAVID M. HILL, ESQ. IN SUPPORT OF THE OPENING BRIEF
IN SUPPORT OF DEFENDANTS BATH & BODY WORKS, INC. AND LIMITED
BRANDS, INC.'S MOTION FOR SUMMARY JUDGMENT FOR LACK OF STANDING**

I, David M. Hill, hereby declare as follows:

1.      I am a partner of Ward & Olivo, counsel of record in this action for Defendants

Bath & Body Works, Inc. and Limited Brands, Inc. (collectively referred to as the "Limited

Defendants"). I am a member of the Bar of the State of New York and have been admitted *pro*

*hac vice* to represent the Limited Defendants in this action. I have personal knowledge of the

matters stated in this declaration and would testify truthfully if called upon to do so.

2.      Attached hereto as Exhibit A is a true and correct copy of an Assignment of

Patent Application, dated July 12, 1990.

3.      Attached hereto as Exhibit B is a true and correct copy of the Minutes of Board

and Directors and Shareholders Meeting for The GreenSpan, Company, dated July 31, 1990.

4.      Attached hereto as Exhibit C is a true and correct copy of LP Matthews, L.L.C.'s Limited Liability Company Operating Agreement, dated January 2004.

5.      Attached hereto as Exhibit D is a true and correct copy of a March 2004 Patent Assignment Agreement.

6.      Attached hereto as Exhibit E is a true and correct copy of an Assignment *Nunc Pro Tunc*, dated March 15, 2004.

7.      Attached hereto as Exhibit F is a true and correct copy of a Patent Assignment, dated March 15, 2004.

8.      Attached hereto as Exhibit G is a true and correct copy of a September 2004 letter from Douglas Greenspan to Phillip Low.

9.      Attached hereto as Exhibit H is a true and correct copy of the cover page from the Articles of Incorporation of the Greenspan Corporation as filed with the State of Colorado, Department on State on July 16, 1990.

10.     Attached hereto as Exhibit I is a true and correct copy of the Certificate of Incorporation to the Greenspan Corporation, dated July 16, 1990.

11.     Attached hereto as Exhibit J is a true and correct copy of a printout from the Greenspan Company/Adjuster International's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at New York, New York, this 3rd day of July, 2006.

_____
David M. Hill

# EXHIBIT A

EXHIBIT
A
Blumberg No. 5119

## ASSIGNMENT OF PATENT APPLICATION

WHEREAS, Douglas H. Greenspan, 200 Lois Circle, Louisville, Colorado 80027 ("Greenspan") and Phillip A. Low, 7829 West Portland Avenue, Littleton, Colorado 80123 ("Low") have invented certain new and useful products entitled "Cleaning Compositions With Orange Oil" for which an application for United States patent was filed on September 27, 1989, Serial No. 07/413,395, and

WHEREAS, Phillip A. Low desires to relinquish all his right, interest and title in the Cleaning Composition's patent application.

NOW, THEREFORE, in consideration of the promise to pay the sum of Three Thousand Dollars ($3,000.00) and other good and valuable consideration, the receipt whereof is hereby acknowledged, Low by these presents does sell, assign and transfer unto Greenspan and William J. Ingram ("Ingram") the full and exclusive right to the Cleaning Compositions invention in the United States and all countries foreign to the United States and the entire right, title and interest in and to any and all patent that may be granted therefor in the United States and all countries foreign to the United States.

NOW, THEREFORE, Low hereby authorizes and requests the Commissioner of Patents and Trademarks to issue patent to Greenspan and Ingram, as the assignees of the entire right, title, and interest in and to the same, for their sole use and benefit, to the full end of the term for which patent may be granted, as fully and entirely as the same would have been held by me had this assignment not been made.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed our seal on the date set forth hereinafter.

Date:  July 12, 1990

_Phillip A. Low_
Phillip A. Low

STATE OF COLORADO    )
                     )
COUNTY OF Jefferson  )

REEL 5426 FRAME 0581

Given under my hand and seal of office this 12th day of July, 1990.

_Paul L. Wilkie_
Notary Public

_44 Union Blvd Suite 620_
Address

_Lakewood Co 80228_
City, State

NOTARIAL SEAL

My Commission expires:

_June 22, 1992_

RECORDED
PATENT AND TRADEMARK
OFFICE

SEP - 7 1990

LPM 000014

# <u>EXHIBIT B</u>

# **<u>REDACTED</u>**

# EXHIBIT C

**REDACTED**

# EXHIBIT D

# **<u>REDACTED</u>**

# EXHIBIT E

**<u>REDACTED</u>**

# EXHIBIT F

# REDACTED

# EXHIBIT G

**REDACTED**

# EXHIBIT H

**<u>REDACTED</u>**

# EXHIBIT I

**<u>REDACTED</u>**

# EXHIBIT J

- home
- about ai
- pressroom
- newsletters
- contact us

*we know these waters*

- Business Owners

- Homeowners

- FEMA Services

# Welcome to The Greenspan Co./Adjusters International

We're professional loss consultants who work exclusively for you. Having us on your side eliminates the inherent conflict of interest that exists when one person represents both you and your insurance company. Personalized service and proven expertise are the hallmarks of our reputation: Your successful financial recovery after a disaster is always our top priority.

We have offices in Los Angeles, San Francisco, Irvine, Sacramento, San Jose, San Diego, and Dublin, California; Las Vegas, Nevada; and Phoenix, Arizona. We are experienced with the types of natural disasters that strike, the companies that insure them, and how claims are handled. We have the resources and expertise to thoroughly investigate your loss, accurately prepare, document and submit your claim, and get you a full, fair and expedited settlement.

Our firm was founded in 1946 in Los Angeles by Sidney Greenspan, whose dedication to personalized customer service quickly became legendary throughout the region. In 1985 our firm, along with a group of leading public adjusting firms in the United States, Canada and the United Kingdom, foresaw the need for an international network of highly skilled public adjusters who could bring specific expertise to servicing any type of loss, anywhere, at any time. Adjusters International was the result.

**Who we´ve helped**

- References
- Case Studies

**What our clients say**

- Testimonials

**Helpful resources**

- Preparing for disaster
- Continuing Education
- Glossary
- Select your region



<u>NTS</u> | <u>NOWA</u> | © 2006 Adjusters International | <u>Disclaimer</u>

- home
- about ai
- pressroom
- newsletters
- contact us

*we know these waters*

- Business Owners

- Homeowners

- FEMA Services

# Contact us

- Ask a question about a current property loss
- Learn about our public adjusting services
- Learn about our FEMA consulting services
- Report a technical issue with the web site
- Inquire about employment
- Other

To speak to the office nearest you in the U.S. please call:

- **888-GREENSPAN**
- (888-473-3677)
- 24 hours a day / seven days a week
- Email us at info@greenspan.com

---

- **The Greenspan Co./Adjusters International**
- 16542 Ventura Boulevard, Suite 200
- Encino, California 91436-2092
- (818) 386-1313
- 800-228-3550
- FAX (818) 386-9008
- Email Encino Office
- **The Greenspan Co./Adjusters International**
- 400 Oyster Point Boulevard, Suite 519
- South San Francisco, California 94080-1921
- (650) 583-4300
- 800-248-3888
- FAX (650) 583-4049
- Email South San Francisco Office
- **The Greenspan Co./Adjusters International**
- 2302 Martin Street, Suite 200
- Irvine, California 92612-1449
- (949) 476-3111
- 800-399-0883

- FAX (949) 833-2439
- Email Irvine Office
- **The Greenspan Co./Adjusters International**
- 3620 American River Drive, Suite 260
- Sacramento, California 95864-5914
- 916-979-7277
- 800-453-6988
- Fax: (916) 979-7276
- Email Sacramento Office
- **The Greenspan Co./Adjusters International**
- Two North Second Street, Suite 1215
- San Jose, California 95113
- (408) 288-8811
- 888-288-3323
- FAX (408) 288-8844
- Email San Jose Office
- **The Greenspan Co./Adjusters International**
- 3900 Paradise Road, Suite 122
- Las Vegas, Nevada 89109-0932
- (702) 795-0779
- FAX (702) 795-1710
- Email Las Vegas Office
- **The Greenspan Co./Adjusters International**
- 4370 La Jolla Village Drive, Suite 400
- San Diego, California 92122-1249
- (858) 546-4898
- FAX 888-294-5348
- Email San Diego Office
- **The Greenspan Co./Adjusters International**
- 11875 Dublin Boulevard, Suite D179
- Dublin, CA 94568-2817
- (925) 803-0373
- 800-241-7818
- Fax: (925) 803-0386
- Email Dublin Office
- **The Greenspan Co./Adjusters International**
- 2415 E. Camelback Road, Suite 700
- Phoenix, Arizona 85016-4245
- 602-381-2565
- 888-473-3677
- Fax: (602) 381-2566
- Email Phoenix Office

**Who we´ve helped**

- References
- Case Studies

**What our clients say**

- Testimonials

**Helpful resources**

- Preparing for disaster
- Continuing Education
- Glossary
- Select your region



NTS | NOWA | © 2006 Adjusters International | Disclaimer