# DOCUMENT FILED UNDER SEAL
## Opening Brief