# EXHIBIT A

Case 1:04-cv-01507-SLR    Document 289-2    Filed 07/13/2006    Page 1 of 2

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**