# EXHIBIT 6

# REDACTED

# EXHIBIT 7

# REDACTED

# EXHIBIT 8

# REDACTED

# EXHIBIT 9

# REDACTED

# EXHIBIT 10

# REDACTED

# EXHIBIT 11

**REDACTED**

# EXHIBIT 12

# REDACTED

# EXHIBIT 13

# REDACTED