# EXHIBIT A

# United States Patent [19]

## Greenspan et al.

[11] Patent Number: **5,063,062**

[45] Date of Patent: **Nov. 5, 1991**

[54] **CLEANING COMPOSITIONS WITH ORANGE OIL**

[75] Inventors: **Douglas H. Greenspan**, Louisville; **Phillip A. Low**, Littleton, both of Colo.

[73] Assignees: **D. Greenspan; W. Ingram**, both of Louisville, Calif.

[21] Appl. No.: **413,395**

[22] Filed: **Sep. 27, 1989**

[51] Int. Cl.$^5$ ............................................... A61F 13/00
[52] U.S. Cl. ........................ 424/443; 424/195.1; 424/401; 252/142; 514/783; 514/846
[58] Field of Search .................. 424/443, 401; 514/783

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,014,995 | 3/1977 | Juliano et al. | 514/783 |
| 4,533,487 | 8/1985 | Jones | 252/173 |
| 4,620,937 | 11/1986 | Dellutri | 252/162 |

### OTHER PUBLICATIONS

D. Limonene as a Degreasing Agent Richard L. Cole-man, The Citrus Industry, vol. 56, No. 11, Nov., 1975, pp. 23–25.

Primary Examiner—Thurman K. Page
Assistant Examiner—James M. Spear
Attorney, Agent, or Firm—Timothy J. Martin

[57] **ABSTRACT**

A cleaning composition for cleaning the skin contains orange oil, a pharmaceutically acceptable moisturizer and an emulsifying agent, Preferably the orange oil accounts for between 5% and 60% by volume, and it further preferred that the composition contains 40% orange oil by volume. The moisturizer is either glycerin, aloe vera, jojoba oil, safflower oil or a combination thereof. The emulsifying agent preferably is oatmeal. The composition is constituted to have a pH of between 4.5 and 6.0, and the composition may be packaged as moistened towelettes in hermetic packets.

**12 Claims, No Drawings**

5,063,062

**1**

## CLEANING COMPOSITIONS WITH ORANGE OIL

### FIELD OF THE INVENTION

The present invention generally relates to cleaning compositions suitable for external application to human skin tissue in order to remove unwanted substances such as tar, caulking compounds, sealants, adhesives and the like. More specifically, however, the present invention is directed to a natural cleaning composition that utilizes only plant based ingredients. As such, the present invention is particularly adapted for cleaning non-water soluble products from the human skin in a safe, effective manner.

### BACKGROUND OF THE INVENTION

A wide variety of cleaning compositions are known for external application to skin tissue in order to remove dirt and unwanted materials. Among these cleaning compounds are the various hard and liquid soaps which may be used for cleaning human skin, especially the hands. However, numerous substances with which the hands may be soiled do not respond to ordinary soap compositions. Examples of substances that are difficult to remove include grease, tar, oils, ink, caulking materials, adhesives, sealants, gums, cosmetics and other non-water soluble products.

While some cleaning compositions have been developed for these materials, the typical cleaners are harsh and can damage the skin, especially after prolonged use. Examples of these compounds include turpentine, acetone, toluene and other petroleum based products as well as ammonia based products. These products, though, often damage the skin and otherwise exhibit a high level of toxicity. Further, if inhaled during use, these petroleum based products may cause respiratory damage. When absorbed through the skin, the petroleum based products can cause damage to the major organs of the body and can have a less serious side effect of drying and chaffing the skin where applied. Thus, it should be appreciated that, although petroleum is a naturally occurring product, it is not toxilogically healthy for the human body. Accordingly, there have been substantial efforts which have been made to find suitable alternative substances for skin cleaning. While some synthetically derived substances have been developed, many of these substances are medically suspect, and in some instances produce side effects making them unsuitable for use on a regular basis.

Orange oil, as a natural product derived from the rind of oranges, has been recognized in the past to have some cleaning capabilities. Prior to the present invention, however, it is not believed that the suitability of orange oil in cleaning human skin was realized. Orange oil by itself is a skin irritant that can cause inflammation of the tissues. When used by itself, fumes from orange oil may cause headaches, dizziness and other side effects. Accordingly, it has not been readily apparent that orange oil alone or in combination with other substances could prove effective in cleaning compounds otherwise difficult to remove from the tissues of the skin. Rather, efforts in the past have been directed to the combination of orange oil with other cleaning solvents to produce floor cleaners, glass cleaners and the like.

From the foregoing, it should be appreciated that the thrust of prior development of skin cleaners, other than soap, have been directed to petroleum based products and ammonia based products and the industry has ig-

**2**

nored the potential for orange oil as a constituent of skin cleaning compounds. Despite the long felt need for better cleaners, the suitability of orange oil has thus not been recognized, and the inventors of the subject invention have found success by examining this substance contrary to the direction of inquiry adopted by the industry at large.

### SUMMARY OF THE INVENTION

It is an object of the present invention to provide a new and useful compound for cleaning the human skin.

Another object of the present invention is to provide a skin cleaning compound suitable for cleaning non-water soluble products such as grease, caulking, adhesives, sealants, tar, oils, ink and the like.

Yet another object of the present invention is to provide a skin cleaning composition which is non-toxic.

It is a further object of the present invention is to provide a skin cleaning composition that is derived from natural vegetable and plant sources.

Still a further object of the present invention is to provide a skin cleaning composition that not only removes unwanted substances from the human skin but also acts to help clean and revitalize the human skin.

The present invention, then, provides a skin cleaning composition which is adapted for external use on human tissues. Broadly, this composition comprises a first ingredient being between five percent (5%) and sixty percent (60%) by volume of orange oil, a second ingredient being a pharmaceutically acceptable moisturizer for human skin and a third ingredient being an emulsifying agent. Preferably, the moisturizer is selected from a group consisting of: glycerin, aloe vera, jojoba oil, and safflower oil. Further, it is preferred that the emulsifying agent also function as an emollient. Preferably the emulsifying agent is a natural grain derivative, preferably either oat gum or oatmeal. Further, it is preferred that the first, second, and third ingredients are selected and mixed in a ratio such that the resulting skin cleaning composition has a pH range of between 4.5 and 6.0 inclusively. To this end, a fourth ingredient in the form of a buffering compound may be added to the composition.

In the more specific composition according to the preferred embodiment, the cleaning composition comprises forty-five percent (45%) or less by volume of orange oil, forty-five percent (45%) or less by volume of the emulsifying agent and the pharmaceutically acceptable moisturizer. The preferred emulsifying agent in this composition is oatmeal, and the preferred moisturizer is a mixture of jojoba oil, aloe vera and glycerin mixed by volume of approximately two parts jojoba oil, two parts aloe vera and one part glycerin. It is further desired to use a small portion of safflower oil both as a moisturizer and to help form a stable emulsion.

These and other objects of the present invention will become more readily appreciated and understood from a consideration of the following detailed description of the preferred embodiment.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention is directed to a cleaning composition utilized on skin tissues and having, as its cleaning ingredient, the commercially available substance known as orange oil derived from the rinds of oranges. In this broad form, the composition includes orange oil,

5,063,062

| 3 | 4 |

an emulsifying agent and a pharmaceutically acceptable moisturizer. In order to determine the preferred composition of the present invention, a series of samples having differing properties were evaluated to establish a desired range in pH and to establish the necessary proportion of orange oil to give suitable cleaning. These test samples are set forth below.

In their investigation of cleaning compositions according to the present invention, Applicants first investigated several compositions which were mixtures of orange oil, water, moisturizers and vitamin E. These samples were developed to test the cleaning properties of orange oil mixed to evaluate orange oil mixed with moisturizing agents. A test group of ten persons, male and female, were selected to subjectively evaluate the results of these samples. Initially, three such samples were prepared, and the compositions are set forth as Samples I–III, as follows:

SAMPLE I

| Ingredient | Volume Percent (Approximate) |
|---|---|
| Orange Oil | 39 |
| Water | 33 |
| Glycerin* | 12 |
| Aloe Vera* | 12 |
| Jojoba Oil* | 3 |
| Vitamin E | 1 |

*Total Moisturizers accounted for approximately 27% by volume.

SAMPLE II

| Ingredient | Volume Percent (Approximate) |
|---|---|
| Orange Oil | 34.5 |
| Water | 27.5 |
| Glycerin* | 17 |
| Aloe Vera* | 14 |
| Jojoba Oil* | 3.5 |
| Vitamin E | 3.5 |

*Total Moisturizers accounted for approximately 34.5% by volume.

SAMPLE III

| Ingredient | Volume Percent (Approximate) |
|---|---|
| Orange Oil | 37 |
| Water | 26 |
| Glycerin* | 14.75 |
| Aloe Vera* | 14.75 |
| Jojoba Oil* | 3.5 |
| Vitamin E | 4 |

*Total Moisturizers accounted for approximately 33% by volume.

Prior to presenting these samples to the test group, Applicants tested the relative acidity of the samples since it was believed desirable to avoid a composition that was either too acidic or too basic. The result of this acidity measurement, correlated to the Samples, is set forth in Table 1 below:

TABLE 1

| Sample | pH (Approximate) |
|---|---|
| I | 4.5 |
| II | 5 |
| III | 4.7 |

In each of the cases of Samples I–III, the respective components were mixed and blended in an attempt to form an emulsion. An initial problem was noted with each of these Samples, however, in that the emulsion separated, that is, "broke" after approximately one to

two days. Since it was fairly simple to re-blend the Samples, Samples I–III were submitted to the test group for evaluation. Generally, the results of the composition was excellent with each of Samples I–III readily removing polyurethane and silicone base caulking compounds, tars, grease, oil and adhesives; each of these industrial type substances are regarded as difficult to remove, from the human hands. All ten members of the test group reported comparable cleaning properties and reported that their hands were left soft after a two week period of using the compounds. Indeed, after two weeks of use, certain male members of the test group who had dry hands resulting from the use of other solvents noted substantial improvement in the texture and softness of their hands. No allergic reactions were reported by any members of the test group.

After determining that test Samples I–III performed adequately in cleaning the hands and in moisturizing the hands, it became necessary to determine whether the oil orange and moisturizer emulsion could be stabilized so that it would not break over a period of time. In order to determine if a natural ingredient could act as an emulsifying agent, the Applicants selected a grain base derivative as an emulsifying agent. To this end, Applicants tested oatmeal gum and oatmeal to act as the primary emulsifier. Accordingly, two more test samples, Samples IV and V were prepared according to the compositions set forth below:

SAMPLE IV

| Ingredient | Volume Percent (Approximate) |
|---|---|
| Orange Oil | 42.75 |
| Aloe Vera* | 7 |
| Jojoba Oil* | 3.5 |
| Safflower Oil* | 4 |
| Oatmeal Gum | 42.75 |

*Total Moisturizers accounted for approximately 14.5% by volume.

SAMPLE V

| Ingredient | Volume Percent (Approximate) |
|---|---|
| Orange Oil | 36.5 |
| Aloe Vera | 14 |
| Jojoba Oil* | 14 |
| Glycerin* | 7 |
| Safflower Oil* | 0.5 |
| Oatmeal | 28 |

*Total Moisturizers accounted for approximately 35.5% by volume.

It may be noted that, in Samples IV and V, vitamin E and water were both omitted from the composition. However, it should be noted that both the oatmeal gum in Sample IV and the oatmeal in Sample V each contain a portion of water. In Sample IV, the oatmeal gum was prepared by boiling rolled oats in water and straining the resultant mass to remove the hulls. In Sample V, rolled oats were boiled in water and the resulting mass (containing approximately 50% water) was used to prepare the composition. Relatively equal parts of orange oil and oat derivatives were used and a small portion of safflower oil was included. Again, relative acidity was tested and it was found that Sample IV had a pH of approximately 5.0 while Sample V had a pH of 5.5.

Samples IV and V were submitted to the test group to evaluate cleaning effectiveness and moisturizing ability. Further, observation of the two compositions were

5,063,062

| 5 | 6 |

made to determine whether or not the emulsions broke. The results of this study determined that the emulsion of Sample IV broke after approximately seven days while the emulsion according to Sample V did not separate over any observed duration of time (several months). The test group observed that the cleaning properties of Samples IV and V were almost, but not quite, as effective as the cleaning properties of Samples I–III, but that the cleaning effectiveness was estimated at approximately 90% of Samples I–III. With respect to Sample IV, the test group reported that their hands did not roughen, but that the sample did not feel as comfortable when on the hands. With respect to Sample V, the test group reported that the emulsion both felt comfortable on the hands and left their hands soft after approximately five days of regular usage. In each case, the emulsions were able to clean all caulking materials and tars, including silicone and polyurethane based caulking compounds as well as oil and grease from the skin. Further tests were conducted on compositions similar to Sample V were in the amount of orange oil was slightly increased while holding the amounts of the remaining ingredients constant until the emulsion broke. It was found that, with these compositions, the emulsion broke when orange oil accounted for approximately 38% by volume of the composition.

From the foregoing, Applicants determined that Sample V offered the best compromise among emulsion stability, cleaning effectiveness, and skin effect. Therefore, utilizing Sample V as a reference, Applicants adjusted the amount of orange oil (ignoring whether the emulsion broke) to determine an effective pH range wherein the composition felt comfortable on the human hands. A first set of samples set forth below as Samples VI–IX were prepared to be less acidic than Sample V, and a second set of test samples, set forth below as Samples X–XIII were tested for compositions having greater acidity than Sample V. Samples VI–IX were prepared by simply buffering Sample V with differing amounts of sodium bicarbonate. The resulting samples were buffered to have pH values according to Table 2 as follows:

TABLE 2

| Sample | pH (Approximate) |
|--------|------------------|
| VI | 9.0 |
| VII | 8.0 |
| VIII | 7.0 |
| IX | 6.0 |

Each of Samples VI–IX were evaluated by the test group. Samples VI and VII were reported to immediately make the hands dry upon first application of the respective composition and removal of the composition with water. With respect to Samples VIII and IX, the test group reported less drying than Samples VI and VII although more dryness of the hands was noted in comparison to test Sample V. These empirical observations lead Applicants to conclude that an acidity of at least ph 6.0 is desirable, that is, that the preferred composition should not be more basic than ph 6.0.

To evaluate test compositions for excess acidity, Applicants merely increased the amount of orange oil in test Sample V while holding the amounts of the remaining ingredients constant to obtain desired acidity levels according to Table 3, below:

TABLE 3

| Sample | pH (Approximately) |
|--------|--------------------|
| X | 2.5 |
| XI | 3.0 |
| XII | 3.5 |
| XIII | 4.0 |

Test Sample X had a volume percent of approximately 80% orange oil, Sample IX had orange oil of approximately 70% by volume, Sample XII had orange oil of approximately 60% by volume, and Sample XIII had orange oil of approximately 50% by volume.

It had previously been found that orange oil alone exhibited excellent cleaning properties, but left the hands feeling too dry and too astringent. With respect to Samples X–XIII, in each case no emulsion formed. The test group reported that each of Samples X–XIII had excellent cleaning properties, but the emulsions felt too astringent on the hands even after limited use. Applicants accordingly concluded that it was desirable that the emulsified composition have a pH that is approximately 4.5. Thus, Applicants further concluded that the composition according to the preferred embodiment of the present invention should have a pH of between 4.5 and 6.0, inclusively.

As noted in the above examples, the emulsions according to Sample V broke at approximately 38% orange oil by volume. In order to evaluate cleaning properties as a function of percent volume of orange oil, additional samples were prepared wherein the weight percentages of the ingredients other than orange oil was held constant while the amount of orange oil was varied to provide differing volume percentages of orange oil. Accordingly, Samples XIV–XVII were prepared to have volume percents of orange oil approximately 5%, 10%, 15% and 25%, respectively. In each case, the emulsions were stable. These Samples XIV–XVII were given to the test group to subjectively evaluate cleaning effectiveness. With respect to Sample XIV, the test group reported that cleaning properties were substantially reduced; Sample XIV could not effectively clean tar or caulking compounds. Indeed, Sample XIV was only effective in removing cosmetics from the skin. Sample XV eventually was able to remove silicone caulking compounds but was unable to remove polyurethane caulkings or tar. With respect to Sample XVI, the test group reported about 50%–60% of the cleaning effectiveness of Sample V with no marked increase in benefits in skin softening. Sample XVII was reported to have approximately 80% of the cleaning effectiveness of Sample V in removing all of the tested materials, but again there was no report of skin enhancements over Sample V.

From these tests, Applicants concluded that, with respect to cosmetics, a composition according to the present invention could have as little as 5% by volume of orange oil although it was preferable to have a cleaning composition having at least 25% by volume of orange oil.

To determine whether the moisturizers had any effect on the composition or whether pH was the dominant skin effecting property, Applicants prepared yet another sample, Sample XVIII, wherein 100% orange oil was buffered with sodium bicarbonate so that it had a pH of 5.5. This Sample XVIII was tested and it was determined that it was exceptionally drying and astrin-

5,063,062

| 7 | 8 |

gent on the human hands. Indeed, Sample XVIII proved almost as drying and astringent as Sample X.

In order to increase the amount of orange oil, Applicants further tested a variation on Sample V wherein both the amount of orange oil and the amount of oatmeal were increased while the amount of moisturizers was decreased. This Sample XIX, was prepared as follows:

### SAMPLE XIX

| Ingredient | Volume Percent (Approximate) |
|---|---|
| Orange Oil | 40.5 |
| Aloe Vera* | 7.75 |
| Jojoba Oil* | 7.75 |
| Glycerin* | 4.5 |
| Safflower Oil* | .5 |
| Oatmeal | 39 |

*Total Moisturizers accounted for 20.5% by volume.

From Sample XIX, it was concluded that orange oil could be increased, along with a corresponding increase in an oat grain derivative, until approximately 45% by volume of orange oil was included in the composition. Any amount of orange oil in excess of this amount would result in the diminishment of moisturizers so as to negate the softening effect of the hand cleaning composition according to the preferred invention.

Other samples, set forth below as Samples XX–XXIII were prepared utilizing other materials. These samples are as follows:

### SAMPLE XX

| Ingredient | Volume Percent (Approximate) |
|---|---|
| Orange Oil | 50 |
| Olive Oil | 25 |
| Jojoba Oil | 25 |
| Baking Soda | Trace |

### SAMPLE XXI

| Ingredient | Volume Percent (Approximate) |
|---|---|
| Orange Oil | 50 |
| Glycerin | 50 |

### SAMPLE XXII

| Ingredient | Volume Percent (Approximate) |
|---|---|
| Orange Oil | 50 |
| Aloe Vera | 50 |

### SAMPLE XXIII

| Ingredient | Volume Percent (Approximate) |
|---|---|
| Orange Oil | 12.5 |
| Vitamin E | 87.5 |

Sample XX was found to have a pH of approximately 8.5. While Sample XX was deemed effective in cleaning, there was some reduction of cleaning effectiveness over Sample V and the composition left a dryness when wiped off of the skin. Further, the emulsion broke almost immediately. With respect to Samples XXI and XXII, both samples left a sticky residue on the hands but were approximately equal in cleaning effectiveness to Sample V. Sample XXI had a pH a little greater than 2.0 while Sample XXII had a pH of approximately 3.5.

It was thus observed that aloe vera had some buffering effect on the acidity of the orange oil. Each of Samples XXI and XXII were highly astringent and left the test groups hands dry after washing with water. With respect to Sample XXIII, again this sample proved effective in removing cosmetics, but the sample was not effect in removing heavier, industrial substances such as caulking compounds, adhesives, tars and the like. The orange oil and Vitamin E, however, did mix without separation and a resulting acidity of pH 5.0.

From the information derived form all of the aforementioned samples, Applicants determined that glycerin and safflower oil are both desirable in the preferred compositions. On one hand glycerin appears both to stabilize the emulsion and perform as a moisturizer while, on the other hand, safflower oil appears to act as an emulsion stabilizer, as an emulsifying agent and as a moisturizer.

According to the above, Applicants prefer the compositions set forth in Sample V and Sample XIX for use in cleaning unwanted materials from human skin. In order to test administration of the preferred composition, Applicants applied the compound directly to the skin as a liquid emulsion and removed the emulsion from the hands by washing with water. In addition, Applicants were successful in soaking towellets, formed of standard absorbent material such as paper, cloth and the like, in the liquid emulsion so that a towellet would become impregnated with the cleaning composition. These towellets can be hermetically sealed in standard foil packages, as known in the industry, so that the user can simply remove from the skin any of the described unwanted materials with a pre-moistened towellet. This is particularly useful in situations where water is not readily available. Further, individualized packets of pre-moistened towellets are convenient for portability and on-the-job use.

From the foregoing, the inventors have concluded that a suitable skin cleaning composition can be prepared wherein the skin composition has a first ingredient of between 5% and 60% by volume of orange oil, a second ingredient being a pharmaceutical acceptable moisturizer for human skin and a third ingredient being an emulsifying agent. Preferably, the moisturizer is either one or more of a group of moisturizes selected from the following: glycerin, aloe vera, jojoba oil, safflower oil. However, other pharmaceutically acceptable moisturizers are within the scope of this invention as could be developed without undue experimentation by the ordinarily skilled chemist according to the teachings of the present invention. One example of such a moisturizer is glycerin stearate. These other compositions are thus intended, unless otherwise specifically limited, to be encompassed by the general phrase "moisturizer" both in this specification and in the appended claims. In any event, it is preferred that the resultant composition have a pH between 4.5 to 6.0 and can be so buffered if necessary by the utilization of aloe vera or a buffering agent, such as baking soda.

Accordingly, the present invention has been described with some degree of particularity directed to the preferred embodiment of the present invention. It should be appreciated, though, that the present invention is defined by the following claims construed in light of the prior art so that modifications or changes may be made to the preferred embodiment of the present inven-

5,063,062

9

10

tion without departing from the inventive concepts contained herein.

We claim:

1. A skin cleaning composition adapted for external use on human tissues, comprising a first ingredient being between five percent (5%) and sixty percent (60%) by volume of orange oil, a second ingredient being a pharmaceutically acceptable moisturizer for human skin and a third ingredient being an emulsifying agent in the form of an oat grain derivative product.

2. A skin cleaning composition according to claim 1 wherein said moisturizer is selected from a group consisting of: glycerin, aloe vera, jojoba oil, and safflower oil.

3. A skin cleaning composition according to claim 1 wherein said oat grain derivative product is one of oat gum and oatmeal.

4. A skin cleaning composition according to claim 1 wherein said first, second and third ingredients are selected and mixed in a ratio such that the resulting skin cleaning composition has a pH range of between 4.5 to 6.0, inclusively.

5. A skin cleaning composition according to claim 1 including as a fourth ingredient a buffering compound in a proportion such that the resulting composition is pH balanced within a range of 4.5 to 6.0, inclusively.

6. A skin cleaning composition for external use on human tissues, comprising orange oil, a pharmaceutically acceptable moisturizer for human skin and an oat grain derivative product as an emulsifying agent, wherein said composition has a pH within a range of 4.5 to 6.0, inclusively.

7. A skin cleaning composition according to claim 5 including a buffering compound.

8. A skin cleaning composition according to claim 5 wherein said moisturizer is selected from a group consisting of: glycerin, aloe vera, jojoba oil, safflower oil and glycerol stearate.

9. A cleaning composition for use on human skin comprising forty-five percent (45%) or less by volume of orange oil, forty-five percent (45%) or less by volume of oatmeal and a pharmaceutically acceptable moisturizer.

10. A cleaning composition according to claim 8 wherein said moisturizer is a mixture of jojoba oil, aloe vera and glycerin.

11. A cleaning composition according to claim 1 wherein said mixture includes by volume two parts jojoba oil, two parts aloe vera and one part glycerin.

12. A cleaning composition according to claim 9 wherein said mixture includes safflower oil.

* * * * *

30

35

40

45

50

55

60

65

# EXHIBIT B

**REDACTED**

# EXHIBIT C

**REDACTED**

# EXHIBIT D

**REDACTED**

# EXHIBIT E

# REDACTED

# EXHIBIT F

# REDACTED

# EXHIBIT G

# REDACTED

# EXHIBIT H

# CTFA
# Cosmetic Ingredient
# Handbook

## First Edition

# CTFA
# Cosmetic Ingredient
# Handbook

### First Edition

**Editor**

Joanne M. Nikitakis

**Consulting Authors**

Martin M. Rieger, Ph.D. and Gordon T. Hewitt, Ph.D.

**Editorial Advisory Board**

James M. Akerson, Chairman
Americo V. Calogero
Lou Calvo
John C. Chang
Emanuel Kroll
Edward Levy, Ph.D.
Justin McCarthy

*Published by*

The Cosmetic, Toiletry and Fragrance Association, Inc.
1110 Vermont Avenue, N.W.
Washington, D.C. 20005

Copyright © 1988
The Cosmetic, Toiletry and Fragrance Association, Inc.

No portion of the CTFA Cosmetic Ingredient Handbook
may be reproduced in whole or in part in any form or by
any electronic or mechanical means, including
information storage and retrieval systems, without prior
permission from the Cosmetic, Toiletry and Fragrance
Association, Inc., 1110 Vermont Avenue, N.W.,
Washington, D.C. 20005


Library of Congress Catalog Card No. 88-071506

PRINTED IN THE UNITED STATES OF AMERICA

Laserset by Computer & Communications Services, Inc.

Finally, reducing agents have the ability to split disulfide bonds in hair and, therefore, find use as *hair waving/straightening agents* and *depilating agents*.

| | | |
|---|---|---|
| Ammonium Bisulfite | Mercaptopropionic Acid | Sodium Metabisulfite |
| Ammonium Sulfate | Potassium Metabisulfite | Sodium Sulfite |
| Ammonium Sulfite | Potassium Sulfite | Sodium Thioglycolate |
| Ammonium Thioglycolate | Potassium Thioglycolate | Thioglycerin |
| Cysteine | Sodium Bisulfite | Thioglycolic Acid |
| Cysteine HCl | Sodium Hydrosulfite | Thiosalicylic Acid |
| Ethanolamine Thioglycolate | Sodium Hydroxymethane Sulfonate | Zinc Formaldehyde Sulfoxylate |
| Hydroquinone | | |

## SKIN BLEACHING AGENTS

Skin bleaching agents are the active ingredients used in over-the-counter (OTC) skin bleaching drug products. In a proposed rule published by the U.S. Food and Drug Administration, "Skin Bleaching Drug Products for Over-the-Counter Human Use" (47 Fed. Reg. 39108, September 3, 1982), a skin bleaching active ingredient is defined as "an agent designed to bleach or otherwise lighten limited areas of hyperpigmented skin through the suppression of melanin pigment formation within skin cells."

The listing below identifies those ingredients that were included in 47 Fed. Reg. 39108 as safe and effective in skin bleaching drug products and which have also been published in the CTFA Cosmetic Ingredient Dictionary. These ingredients have been reported to have a purely cosmetic purpose in cosmetic formulations, in addition to being safe and effective as active ingredients in drug products. To identify the currently allowed skin bleaching agents, or for information on ingredient use limitations, etc., the reader is directed to contact CTFA or the Food and Drug Administration for the most recent information concerning this drug category.

The names cited below are the established drug names as presented in 47 Fed. Reg. 39108. Whenever CTFA adopted names differ, they are presented parenthetically.

Hydroquinone

## SKIN CONDITIONING AGENTS

A large number of cosmetic ingredients function as skin conditioning agents. In order to define the specific function performed by these ingredients more precisely, they have been divided into four groups: *skin conditioning agents - emollient; skin conditioning agents - humectant; skin conditioning agents - miscellaneous;* and *skin conditioning agents - occlusive.*

## SKIN CONDITIONING AGENTS – EMOLLIENT

Skin conditioning agents - emollient are cosmetic ingredients which help to maintain the soft, smooth, and pliable appearance of skin. Emollients function by their ability to remain on the skin surface or in the stratum corneum to act as lubricants, to reduce flaking, and to improve the skin's appearance. Similar functions are served by *skin conditioning agents - humectant; skin conditioning agents - miscellaneous;* and especially *skin conditioning agents - occlusive.*

## SKIN CONDITIONING AGENTS – EMOLLIENT (Cont.)

Acetyl Trioctyl Citrate
Apricot Kernel Oil PEG-6 Esters
Arachidyl Propionate
Avocado Oil
Bay Oil
Behenyl Erucate
Bisphenylhexamethicone
Butyl Acetyl Ricinoleate
Butyl Myristate
Butyl Oleate
Butyl Stearate
C18-36 Acid Glycol Ester
C12-15 Alcohols Benzoate
C12-15 Alcohols Lactate
C12-15 Alcohols Octanoate
C14-15 Alcohols
C15-18 Glycol
C18-20 Glycol Isostearate
C14-16 Glycol Palmitate
C13-14 Isoparaffin
C13-16 Isoparaffin
C20-40 Isoparaffin
C11-15 Pareth-3 Oleate
C11-15 Pareth-3 Stearate
C11-15 Pareth-12 Stearate
C12-15 Pareth-9 Hydrogenated Tallowate
C12-15 Pareth-12 Oleate
C30-46 Piscine Oil
Caprylic/Capric/Diglyceryl Succinate
Caprylic/Capric Glycerides
Caprylic/Capric/Isostearic/Adipic Triglycerides
Cetearyl Alcohol
Cetearyl Isononanoate
Cetearyl Octanoate
Cetearyl Palmitate
Cetyl Acetate
Cetyl Alcohol
Cetylarachidol
Cetyl Esters
Cetyl Lactate
Cetyl Myristate
Cetyl Octanoate
Cetyl Palmitate
Cetyl Ricinoleate
Cetyl Stearate
Coco-Caprylate/Caprate
Cocoglycerides
Coconut Alcohol
Corn Oil PEG-6 Esters
Cottonseed Glyceride
Cottonseed Oil
Cyclomethicone
Decyl Alcohol
Decyl Isostearate
Decyl Oleate
Decyl Succinate
Decyltetradecanol
Dibutyl Adipate
Dibutyl Sebacate
Di-C12-15 Alcohols Adipate
Dicapryl Adipate
Dicetyl Adipate
Diethylene Glycol Dibenzoate
Diethyl Palmitoyl Aspartate
Diethyl Sebacate
Dihexyl Adipate
Dihydrocholesteryl Octyldecanoate

Dihydrophytosteryl Octyldecanoate
Dihydroxyethyl Soyamine Dioleate
Dihydroxyethyl Tallowamine Oleate
Diisobutyl Adipate
Diisocetyl Adipate
Diisodecyl Adipate
Diisopropyl Adipate
Diisopropyl Dilinoleate
Diisopropyl Sebacate
Diisostearyl Adipate
Diisostearyl Dilinoleate
Diisostearyl Malate
Dilauryl Citrate
Dimethicone Copolyol
Dimethicone
Dioctyl Adipate
Dioctyl Dilinoleate
Dioctyl Sebacate
Dioctyl Succinate
Dipropylene Glycol Dibenzoate
Ditridecyl Adipate
Dodecyltetradecanol
Ethyl Arachidonate
Ethyl Laurate
Ethyl Linoleate
Ethyl Linolenate
Ethyl Morrhuate
Ethyl Myristate
Ethyl Palmitate
Ethyl Pelargonate
Ethyl Persate
Ethyl Stearate
Fish Glycerides
Glyceryl Behenate
Glyceryl Caprate
Glyceryl Caprylate
Glyceryl Caprylate/Caprate
Glyceryl Cocoate
Glyceryl Dilaurate
Glyceryl Dioleate
Glyceryl Distearate
Glyceryl Erucate
Glyceryl Hydroxystearate
Glyceryl Isostearate
Glyceryl Lanolate
Glyceryl Laurate
Glyceryl Linoleate
Glyceryl Myristate
Glyceryl Oleate
Glyceryl Palmitate Lactate
Glyceryl Ricinoleate
Glyceryl Sesquioleate
Glyceryl Stearate
Glyceryl Stearate Citrate
Glyceryl Stearate Lactate
Glyceryl Triacetyl Hydroxystearate
Glyceryl Triacetyl Ricinoleate
Glyceryl Trioctanoate
Glyceryl Triundecanoate
Glycol Dioctanoate
Glycol Hydroxystearate
Glycol Oleate
Glycol Ricinoleate
Glycol Stearate
Heptylundecanol
Hexyl Laurate
Hydrogenated Coco-Glycerides

Hydrogenated Lard Glyceride
Hydrogenated Lard Glycerides
Hydrogenated Palm Glycerides
Hydrogenated Palm Kernel Glycerides
Hydrogenated Palm Oil Glyceride
Hydrogenated Palm Oil Glycerides
Hydrogenated Palm/Palm Kernel Oil
   PEG-6 Esters
Hydrogenated Polyisobutene
Hydrogenated Soybean Oil Glycerides
Hydrogenated Soy Glyceride
Hydrogenated Tallow Glyceride
Hydrogenated Tallow Glyceride Citrate
Hydrogenated Tallow Glyceride Lactate
Hydrogenated Tallow Glycerides
Hydrogenated Tallow Glycerides Citrate
Hydrogenated Vegetable Glyceride
Hydrogenated Vegetable Glycerides
Hydrogenated Vegetable Glycerides
   Phosphate
Hydroxylated Lanolin
Hydroxyoctacosanyl Hydroxystearate
Isoamyl Laurate
Isobutyl Myristate
Isobutyl Palmitate
Isobutyl Pelargonate
Isobutyl Stearate
Isocetyl Alcohol
Isocetyl Isodecanoate
Isocetyl Palmitate
Isocetyl Stearate
Isocetyl Stearoyl Stearate
Isodecyl Hydroxystearate
Isodecyl Isononanoate
Isodecyl Laurate
Isodecyl Myristate
Isodecyl Neopentanoate
Isodecyl Oleate
Isodecyl Palmitate
Isohexyl Laurate
Isohexyl Palmitate
Isononyl Isononanoate
Isopropyl Isostearate
Isopropyl Lanolate
Isopropyl Laurate
Isopropyl Linoleate
Isopropyl Methoxycinnamate
Isopropyl Myristate
Isopropyl Oleate
Isopropyl Palmitate
Isopropyl Ricinoleate
Isopropyl Stearate
Isopropyl Tallowate
Isostearyl Alcohol
Isostearyl Benzoate
Isostearyl Isostearate
Isostearyl Lactate
Isostearyl Neopentanoate
Isostearyl Palmitate
Isotridecyl Isononanoate
Laneth-9 Acetate
Laneth-10 Acetate
Lanolin
Lanolin Alcohol
Lanolin Oil
Lanolin Wax
Lard Glycerides

## SKIN CONDITIONING AGENTS – EMOLLIENT (Cont.)          SKIN CONDITIONING AGENTS – HUMECTANT

| | | |
|---|---|---|
| Laureth-2 Benzoate | Octyl Myristate | PPG-5 Lanolin Wax Glyceride |
| Lauryl Alcohol | Octyl Palmitate | PPG-9 Laurate |
| Lauryl Glycol | Octyl Pelargonate | PPG-4 Lauryl Ether |
| Lauryl Isostearate | Octyl Stearate | PPG-3 Myristyl Ether |
| Lauryl Lactate | Oleyl Acetate | PPG-4 Myristyl Ether |
| Lauryl Myristate | Oleyl Alcohol | PPG-26 Oleate |
| Lauryl Palmitate | Oleyl Arachidate | PPG-36 Oleate |
| Methyl Acetyl Ricinoleate | Oleyl Erucate | PPG-10 Oleyl Ether |
| Methyl Caproate | Oleyl Lanolate | PPG-20 Oleyl Ether |
| Methyl Caprylate | Oleyl Myristate | PPG-23 Oleyl Ether |
| Methyl Caprylate/Caprate | Oleyl Oleate | PPG-30 Oleyl Ether |
| Methyl Cocoate | Oleyl Stearate | PPG-37 Oleyl Ether |
| Methyl Dehydroabietate | Palm Kernel Alcohol | PPG-50 Oleyl Ether |
| Methyl Glucose Sesquioleate | Palm Kernel Glycerides | PPG-9-Steareth-3 |
| Methyl Glucose Sesquistearate | Palm Oil Glycerides | PPG-11 Stearyl Ether |
| Methyl Hydrogenated Rosinate | PEG-6 Caprylic/Capric Glycerides | PPG-15 Stearyl Ether |
| Methyl Hydroxystearate | PEG-2 Castor Oil | Propylene Glycol Isostearate |
| Methyl Laurate | PEG-3 Castor Oil | Propylene Glycol Hydroxystearate |
| Methyl Linoleate | PEG-4 Castor Oil | Propylene Glycol Laurate |
| Methyl Myristate | PEG-5 Castor Oil | Propylene Glycol Myristate |
| Methyl Oleate | PEG-8 Castor Oil | Propylene Glycol Myristyl Ether |
| Methyl Palmitate | PEG-9 Castor Oil | Propylene Glycol Myristyl Ether Acetate |
| Methyl Pelargonate | PEG-10 Castor Oil | Propylene Glycol Oleate |
| Methyl Ricinoleate | PEG-10 Coconut Oil Esters | Propylene Glycol Ricinoleate |
| Methyl Rosinate | PEG-5 Glyceryl Triisostearate | Propylene Glycol Soyate |
| Methyl Stearate | PEG-5 Hydrogenated Castor Oil | Propylene Glycol Stearate |
| Mineral Oil | PEG-7 Hydrogenated Castor Oil | Silica Silylate |
| Mink Oil | PEG-5 Hydrogenated Corn Glycerides | Soybean Oil Unsaponifiables |
| Myreth-3 Caprate | PEG-8 Hydrogenated Fish Glycerides | Soy Sterol |
| Myreth-3 Laurate | PEG-20 Methyl Glucose Sesquistearate | Soy Sterol Acetate |
| Myreth-3 Myristate | Pentaerythrityl Rosinate | Squalene |
| Myreth-3 Palmitate | Pentaerythrityl Tetracaprate | Stearoxytrimethylsilane |
| Myristyl Alcohol | Pentaerythrityl Tetraoleate | Stearyl Acetate |
| Myristeicosanol | PPG-4-Ceteth-1 | Stearyl Alcohol |
| Myristeicosyl Stearate | PPG-8-Ceteth-1 | Stearyl Citrate |
| Myristyl Isostearate | PPG-8-Ceteth-2 | Stearyl Lactate |
| Myristyl Lactate | PPG-10 Cetyl Ether | Sucrose Distearate |
| Myristyl Lignocerate | PPG-10 Cetyl Ether Phosphate | Sulfurized Jojoba Oil |
| Myristyl Myristate | PPG-28 Cetyl Ether | Sunflower Seed Oil Glycerides |
| Myristyl Neopentanoate | PPG-30 Cetyl Ether | Tall Oil Glycerides |
| Myristyloctadecanol | PPG-50 Cetyl Ether | Tallow Glyceride |
| Myristyl Propionate | PPG-17 Dioleate | Tallow Glycerides |
| Myristyl Stearate | PPG-3 Hydrogenated Castor Oil | Tridecyl Alcohol |
| Neopentyl Glycol Dicaprate | PPG-30 Isocetyl Ether | Triisocetyl Citrate |
| Neopentyl Glycol Dioctanoate | PPG-5 Lanolate | Triisostearin PEG-6 Esters |
| Nonyl Acetate | PPG-2 Lanolin Alcohol Ether | Trimethylsilylamodimethicone |
| Octyl Acetoxystearate | PPG-5 Lanolin Alcohol Ether | Triolein PEG-6 Esters |
| Octyldodecanol | PPG-10 Lanolin Alcohol Ether | Tris(Tributoxysiloxy)Methylsilane |
| Octyldodecyl Neodecanoate | PPG-20 Lanolin Alcohol Ether | Undecylpentadecanol |
| Octyl Hydroxystearate | PPG-30 Lanolin Alcohol Ether | Vegetable Glycerides Phosphate |
| Octyl Isononanoate | PPG-5 Lanolin Wax | Wheat Germ Glycerides |

## SKIN CONDITIONING AGENTS – HUMECTANT

Skin conditioning agents - humectant are cosmetic ingredients intended to increase the water content of the top layers of skin. This group of ingredients includes primarily hygroscopic agents employed for this specific purpose. A similar function is attributed to *skin conditioning agents - emollient; skin conditioning agents - miscellaneous;* and *skin conditioning agents - occlusive.*

| | | |
|---|---|---|
| Acetamide MEA | Glucamine | Glucose Glutamate |
| Lactose | Glucose | Glucuronic Acid |

**SKIN CONDITIONING AGENTS – HUMECTANT (Cont.)**          **SKIN CONDITIONING AGENTS – MISCELLANEOUS**

Glutamic Acid
Glycereth-7
Glycereth-12
Glycereth-26
Glycerin
Histidine
Honey
Hydrogenated Honey
Hydrogenated Starch Hydrolysate
Lactose

Maltitol
Mannitol
Methyl Gluceth-10
Methyl Gluceth-20
PCA
PEG-10 Propylene Glycol
Polyamino Sugar Condensate
Propylene Glycol
Pyridoxine Dilaurate
Saccharide Hydrolysate

Saccharide Isomerate
Sodium Lactate
Sodium PCA
Sorbitol
Sucrose
TEA-Lactate
TEA-PCA
Urea
Xylitol

# SKIN CONDITIONING AGENTS – MISCELLANEOUS

Skin conditioning agents - miscellaneous are cosmetic ingredients used to create special effects on skin. This group includes substances which enhance the appearance of dry skin and substantive materials which adhere to the skin to reduce flaking. A similar effect is attributed to *skin conditioning agents - emollient; skin conditioning agents - humectant; and skin conditioning agents - occlusive.*

Adenosine Phosphate
Adenosine Triphosphate
Alanine
Albumen
Aldioxa
Allantoin
Allantoin Ascorbate
Allantoin Biotin
Allantoin Calcium Pantothenate
Allantoin Galacturonic Acid
Allantoin Glycyrrhetinic Acid
Allantoin Polygalacturonic Acid
Aloe
Animal Collagen Amino Acids
Animal Elastin Amino Acids
Animal Keratin Amino Acids
Arginine
Asparagine
Aspartic Acid
C10-11 Isoparaffin
C10-13 Isoparaffin
C11-12 Isoparaffin
C11-13 Isoparaffin
C12-14 Isoparaffin
Camphor
Caprylyl/Capryl Glucoside
Casein
Cetyl Betaine
Chlorodeceth-14
Cholesterol
Cocamidoethyl Betaine
Cocamidopropyl Betaine
Cocamidopropyl Hydroxysultaine
Cocamidopropyl Lauryl Ether
Coco-Betaine
Coco/Oleamidopropyl Betaine
Coco-Sultaine
Cod Liver Oil
Cysteine
Cysteine HCl
Cystine
Decyl Betaine

Desamido Animal Collagen
Dicaprylyl Cystine
Diethyl Aspartate
Diethylene Tricaselnamide
Diethyl Glutamate
Dihydrocholesterol
Dipalmitoyl Hydroxyproline
Disodium Adenosine Triphosphate
Dried Buttermilk
Dried Egg Yolk
Egg
Egg Oil
Egg Yolk
Egg Yolk Extract
Ethyl Aspartate
Ethyl Ester of Hydrolyzed Animal Protein
Ethyl Glutamate
Ethyl Serinate
Ethyl Urocanate
Folic Acid
Fructose
Glutamic Acid
Glutamine
Glyceryl Lanolate
Glycine
Glycogen
Guanosine
Hexamethyldisiloxane
Hexyl Nicotinate
Histidine
Human Placental Protein
Hyaluronic Acid
Hydrogenated Animal Glyceride
Hydrogenated Honey
Hydrogenated Palm Oil
Hydrogenated Tallow Betaine
Hydrogenated Tallowtrimonium Chloride
Hydrogenated Laneth-5
Hydrolyzed Animal Elastin
Hydrolyzed Animal Keratin
Hydrolyzed Animal Protein
Hydrolyzed Casein

Hydrolyzed Human Placental Protein
Hydrolyzed Mucopolysaccharides
Hydrolyzed Silk
Hydrolyzed Soy Protein
Hydrolyzed Vegetable Protein
Hydrolyzed Yeast Protein
Hydroxylated Lanolin
Hydroxyproline
Isobutylated Lanolin Oil
Isoleucine
Isostearamidopropyl Betaine
Isostearyl Diglyceryl Succinate
Keratin
Laneth-4 Phosphate
Laneth-5
Lanolinamide DEA
Lanosterol
Lard Glycerides
Lauramidopropyl Betaine
Lauryl Aminopropylglycine
Lauryl Betaine
Lauryl Diethylenediaminoglycine
Lauryl Sultaine
Lecithin
Leucine
Linoleic Acid
Linolenic Acid
Lysine
Magnesium Aspartate
Magnesium Lanolate
Magnesium Sulfate
MEA-Hydrolyzed Animal Protein
Methionine
2-Methyl-4-Hydroxypyrrolidine
Milk
Mixed Isopropanolamines Lanolate
Mixed Mucopolysaccharides
Monosaccharide Lactate Condensate
Myristamidopropyl Betaine
Myristyl Betaine
Niacinamide
Nonfat Dry Milk

## SKIN CONDITIONING AGENTS – MISCELLANEOUS (Cont.)    SKIN CONDITIONING AGENTS – OCCLUSIVE

| | | |
|---|---|---|
| Norvaline | PPG-16 Butyl Ether | Sodium Laneth Sulfate |
| Oleamidopropyl Betaine | PPG-18 Butyl Ether | Sodium Mannuronate Methylsilanol |
| Oleamidopropyl Hydroxysultaine | PPG-22 Butyl Ether | Sodium PCA Methylsilanol |
| Oleyl Betaine | PPG-24 Butyl Ether | Sodium Riboflavin Phosphate |
| Orotic Acid | PPG-30 Butyl Ether | Sodium Urocanate |
| Palmamidopropyl Betaine | PPG-33 Butyl Ether | Soluble Animal Collagen |
| Palmitamidopropyl Betaine | PPG-40 Butyl Ether | Sorbitol |
| Palmitamidopropyl Dimethylamine | PPG-53 Butyl Ether | Soyaethyl Morpholinium Ethosulfate |
| Palmitoyl Animal Collagen Amino Acids | PPG-2 Isostearate | Soy Protein |
| PEG-5 Hydrogenated Lanolin | PPG-10 Methyl Glucose Ether | Stearamidoethyl Diethylamine |
| PEG-10 Hydrogenated Lanolin | PPG-20 Methyl Glucose Ether | Stearamidoethyl Diethylamine Phosphate |
| PEG-2 Milk Solids | PPG-20 Methyl Glucose Ether Acetate | Stearamidopropyl Betaine |
| PEG-6 Soya Sterol Undecylenate | PPG-2 Myristyl Ether Propionate | Stearamidopropyl Dimethylamine |
| Phenylalanine | Pregnenolone Acetate | Stearyl Betaine |
| Polyglyceryl-2 Lanolin Alcohol Ether | Proline | Sulfur |
| Potassium Aspartate | Pyridoxine | Sulfurized Jojoba Oil |
| Potassium Caseinate | Pyridoxine Dicaprylate | Tall Oil Sterol |
| Potassium DNA | Pyridoxine Dilaurate | Tallowamidopropyl Betaine |
| PPG-9 | Pyridoxine Dioctenoate | Tallowamidopropyl Hydroxysultaine |
| PPG-12 | Pyridoxine Dipalmitate | Thiamine HCl |
| PPG-15 | Pyridoxine HCl | Thiamine Nitrate |
| PPG-17 | Pyridoxine Tripalmitate | Threonine |
| PPG-20 | Resorcinol Acetate | Tocopheryl Acetate |
| PPG-26 | Retinol | Tocopheryl Linoleate |
| PPG-30 | Retinyl Acetate | Tocopheryl Nicotinate |
| PPG-34 | Retinyl Palmitate | Tocopheryl Succinate |
| PPG-2-Buteth-3 | Ribonucleic Acid | Tridecyl Salicylate |
| PPG-3-Buteth-5 | Ricinoleamidopropyl Betaine | Tridecyl Stearate |
| PPG-5-Buteth-7 | Salicylic Acid | Tryptophan |
| PPG-7-Buteth-10 | Serine | Tyrosine |
| PPG-9-Buteth-12 | Serum Albumin | Undecylenyl Alcohol |
| PPG-12-Buteth-16 | Serum Proteins | Undecylpentadecanol |
| PPG-15-Buteth-20 | Silk | Uric Acid |
| PPG-20-Buteth-30 | Silk Amino Acids | Urocanic Acid |
| PPG-24-Buteth-27 | Silk Powder | Vegetable Oil |
| PPG-26-Buteth-26 | Sodium Caseinate | Wheat Germamidopropyl Betaine |
| PPG-28-Buteth-35 | Sodium Chondroitin Sulfate | Wheat Germamidopropyl |
| PPG-33-Buteth-45 | Sodium DNA | Dimethylamine Lactate |
| PPG-4 Butyl Ether | Sodium Gluconate | Whey Protein |
| PPG-5 Butyl Ether | Sodium Glutamate | Whole Dry Milk |
| PPG-9 Butyl Ether | Sodium Hyaluronate | Witch Hazel Distillate |
| PPG-14 Butyl Ether | Sodium Lactate Methylsilanol | Witch Hazel Extract |
| PPG-15 Butyl Ether | | |

## SKIN CONDITIONING AGENTS – OCCLUSIVE

Skin conditioning agents – occlusive are cosmetic ingredients which retard the evaporation of water from the skin surface. By blocking the evaporative loss of water, occlusive materials increase the water content of skin. Occlusive agents are generally lipids which tend to remain on the skin surface. Occlusivity is frequently attributed to *skin conditioning agents - emollient. Skin conditioning agents - humectant* and *skin conditioning agents - miscellaneous* sometimes exhibit occlusive properties upon application to the skin.

| | | |
|---|---|---|
| Acetylated Castor Oil | Acetylated Lanolin | Aluminum Isostearates/Myristates |
| Acetylated Glycol Stearate | Acetylated Lanolin Alcohol | Aluminum Isostearates/Palmitates |
| Acetylated Hydrogenated Cottonseed Glyceride | Acetylated Lanolin Ricinoleate | Aluminum Isostearates/Stearates |
| | Acetylated Lard Glyceride | Aluminum Lanolate |
| Acetylated Hydrogenated Lard Glyceride | Acetylated Palm Kernel Glycerides | Aluminum Myristates/Palmitates |
| Acetylated Hydrogenated Tallow Glyceride | Acetylated Sucrose Distearate | Aluminum Stearate |
| Acetylated Hydrogenated Tallow Glycerides | Aluminum Isostearates/Laurates/Palmitates | Aluminum Stearates |
| Acetylated Hydrogenated Vegetable Glyceride | Aluminum Isostearates/Laurates/Stearates | Aluminum Tristearate |

SKIN CONDITIONING AGENTS – OCCLUSIVE (Cont.)                SKIN PROTECTANTS

Apricot Kernel Oil
Avocado Oil
Avocado Oil Unsaponifiables
Batyl Alcohol
Batyl Isostearate
Batyl Stearate
Bayberry Wax
Bisphenylhexamethicone
Butter
C18–36 Acid Triglyceride
C30–46 Piscine Oil
C10–18 Triglycerides
Caprylic/Capric/Isostearic/Adipic
  Triglycerides
Caprylic/Capric/Lauric Triglyceride
Caprylic/Capric/Linoleic Triglyceride
Caprylic/Capric/Stearic Triglyceride
Caprylic/Capric Triglyceride
Castor Oil
Chaulmoogra Oil
Cherry Pit Oil
Cocoa Butter
Coconut Oil
Cod Liver Oil
Corn Oil
Cottonseed Oil
Dihydrogenated Tallow Phthalate
Diisostearyl Dilinoleate
Dilinoleic Acid
Dimethicone
Dioctyl Diinoleate
Ditridecyl Dilinoleate
Egg Oil
Erucyl Arachidate
Erucyl Erucate
Ethiodized Oil
Glyceryl Tribehenate
Glycol Dibehenate
Grape Seed Oil
Hazel Nut Oil
Hexadecyl Methicone
Hexanediol Distearate
Hybrid Safflower Oil
Hydrogenated C6–14 Olefin Polymers
Hydrogenated Castor Oil
Hydrogenated Coconut Oil
Hydrogenated Cottonseed Oil
Hydrogenated Jojoba Oil
Hydrogenated Jojoba Wax
Hydrogenated Lanolin
Hydrogenated Lard
Hydrogenated Menhaden Oil
Hydrogenated Palm Kernel Oil
Hydrogenated Palm Oil
Hydrogenated Peanut Oil

Hydrogenated Rice Bran Wax
Hydrogenated Shark Liver Oil
Hydrogenated Soybean Oil
Hydrogenated Tallow
Hydrogenated Vegetable Oil
Isobutylated Lanolin Oil
Isostearyl Erucate
Isostearyl Stearoyl Stearate
Jojoba Butter
Jojoba Oil
Jojoba Wax
Lanolin Linoleate
Lanolin Ricinoleate
Lard
Lauryl Stearate
Linseed Oil
Menhaden Oil
Methicone
Mineral Oil
Mink Oil
Mink Wax
Moringa Oil
Neatsfoot Oil
Octyldodecyl Myristate
Octyldodecyl Stearate
Octyldodecyl Stearoyl Stearate
Oleostearine
Oleyl Lanolate
Oleyl Linoleate
Olive Husk Oil
Olive Oil
Olive Oil Unsaponifiables
Palm Kernel Oil
Palm Oil
Paraffin
Peach Kernel Oil
Peanut Oil
Pengawar Djambi Oil
Pentadesma Butter
Pentaerythrityl Hydrogenated Rosinate
Pentaerythrityl Tetraabietate
Pentaerythrityl Tetrabehenate
Pentaerythrityl Tetrastearate
Pentahydrosqualene
Petrolatum
Phenyl Trimethicone
Pristane
Propylene Glycol Dicaprylate
Propylene Glycol Dicaprylate/Dicaprate
Propylene Glycol Dicocoate
Propylene Glycol Dilaurate
Propylene Glycol Dioctanoate
Propylene Glycol Dipelargonate
Propylene Glycol Distearate

Propylene Glycol Diundecanoate
Rapeseed Oil
Rapeseed Oil Unsaponifiables
Rice Bran Oil
Rice Bran Wax
Safflower Oil
Sesame Oil
Shark Liver Oil
Shea Butter
Shea Butter Unsaponifiables
Shellac Wax
Soybean Oil
Soybean Oil Unsaponifiables
Soy Sterol Acetate
Squalane
Stearoxy Dimethicone
Stearyl Caprylate
Stearyl Caprylate/Caprate
Stearyl Erucate
Stearyl Heptanoate
Stearyl Octanoate
Stearyl Stearate
Stearyl Stearoyl Stearate
Sunflower Seed Oil
Sweet Almond Oil
Synthetic Jojoba Oil
Synthetic Wax
Tall Oil
Tallow
Tallow Glycerides
Tricaprin
Trihydroxystearin
Triisononanoin
Triisopropyl Trilinoleate
Triisostearin
Triisostearyl Trilinoleate
Trilaurin
Trilauryl Citrate
Trilinoleic Acid
Trilinolein
Trimethylolpropane Triisostearate
Trimethylolpropane Trioctanoate
Trimethylsiloxysilicate
Trimyristin
Trioctyl Citrate
Triolein
Trioleyl Phosphate
Tripalmitin
Tristearin
Tristearyl Citrate
Vegetable Oil
Walnut Oil
Wheat Bran Lipids
Wheat Germ Oil

# SKIN PROTECTANTS

Skin protectants are the active ingredients used in over-the-counter (OTC) skin protectant drug products. In a proposed rule published by the U.S. Food and Drug Administration, "Skin Protectant Drug Products for Over-the-Counter Human Use" (48 Fed. Reg. 6820, February 15, 1983), a skin protectant is defined as "a drug which protects injured or exposed skin or mucous membrane surface from harmful or annoying stimuli."

# EXHIBIT I

# REDACTED