**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David Moore, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801 |
| Arthur I. Neustadt, Esquire<br>Richard Chinn, Esquire<br>Oblon, Spivak, McClelland,<br>    Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314 | Robert A. Auchter, Esquire<br>Jason R. Buratti, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>1801 K Street, NW<br>Washington, D.C. 20006 |
| Ronald J. Schutz<br>Robins, Kaplan, Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 54402 | |

FOX ROTHSCHILD LLP

By:    /s/ Sheldon K. Rennie
Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
Fox Rothschild, LLP
Suite 1300
919 North Market Street
Wilmington, Delaware  19801
Phone: (302) 655-3667
Fax: (302) 656-8920
E-mail: fpileggi@foxrothschild.com
E-mail: srennie@foxrothschild.com

*Attorney for Defendants*
Bath & Body Works, Inc.
Limited Brands, Inc.