# EXHIBIT A

# <u>REDACTED</u>