# **EXHIBIT B**

**<u>REDACTED</u>**