**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2006, I served the foregoing via e-mail upon the counsel of record shown below:

| | |
|---|---|
| Richard L. Horwitz, Esquire | Steven J. Balick, Esquire |
| David Moore, Esquire | John G. Day, Esquire |
| Potter Anderson & Corroon LLP | Ashby & Geddes |
| Hercules Plaza, 6th Floor | 222 Delaware Avenue |
| 1313 North Market Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | |
| | |
| Arthur I. Neustadt, Esquire | Robert A. Auchter, Esquire |
| Richard Chinn, Esquire | Jason R. Buratti, Esquire |
| Oblon, Spivak, McClelland, | Robins, Kaplan, Miller & Ciresi LLP |
|     Maier & Neustadt, P.C. | 1801 K Street, NW |
| 1940 Duke Street | Washington, D.C. 20006 |
| Alexandria, VA 22314 | |

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 54402

                                        FOX ROTHSCHILD LLP

                                        By: /s/ Sheldon K. Rennie
                                        Francis G.X. Pileggi (Del. Bar No. 2624)
                                        Sheldon K. Rennie (Del. Bar No. 3772)
                                        Fox Rothschild, LLP
                                        Suite 1300
                                        919 North Market Street
                                        Wilmington, Delaware 19801
                                        Phone: (302) 655-3667
                                        Fax: (302) 656-8920
                                        E-mail: fpileggi@foxrothschild.com
                                        E-mail: srennie@foxrothschild.com

                                        *Attorney for Defendants*
                                        Bath & Body Works, Inc.
                                        Limited Brands, Inc.