# **EXHIBIT P**

# SEALED DOCUMENT

# **EXHIBIT Q**

Case 1:04-cv-01507-SLR    Document 337-2    Filed 07/28/2006    Page 3 of 8

# SEALED DOCUMENT

# **EXHIBIT R**

# SEALED DOCUMENT

# EXHIBIT S

# SEALED DOCUMENT