# EXHIBIT K

# SEALED DOCUMENT

# EXHIBIT L

# SEALED DOCUMENT

# EXHIBIT M

# SEALED DOCUMENT