## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2006, I served the foregoing via e-mail upon the counsel of record shown below:

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland,
    Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Robert A. Auchter, Esquire
Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi LLP
1801 K Street, NW
Washington, D.C. 20006

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 54402

FOX ROTHSCHILD LLP

By:   /s/ Sheldon K. Rennie
Francis G.X. Pileggi (Del. Bar No. 2624)
Sheldon K. Rennie (Del. Bar No. 3772)
Fox Rothschild, LLP
Suite 1300
919 North Market Street
Wilmington, Delaware  19801
Phone: (302) 655-3667
Fax: (302) 656-8920
E-mail: fpileggi@foxrothschild.com
E-mail: srennie@foxrothschild.com

*Attorney for Defendants*
Bath & Body Works, Inc.
Limited Brands, Inc.