# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 27, 2006

Ms. Rosanna DiMeo
Case Manager
United States District Court
844 North Kind Street,
Wilmington, DE 19801

VIA HAND DELIVERY

    RE:    *LP Matthews, L.L.C. v. Bath & Body Works, Inc., et al.*
             C.A. No. 04-1507-SLR

Dear Ms. DiMeo:

    In the course of preparing a redacted version of LP Matthews' Answering Brief to the Limited Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 102, filed on July 20, 2006 in the above action (D.I. 306), we have determined that the brief does not need to be sealed. Accordingly, I enclose two hard copies of D.I. 306 with the "Filed Under Seal" legend removed, and a disk containing a PDF version of D.I. 306. Would you please replace the originally filed sealed version with this unsealed version and adjust the docket entries accordingly?

    Thank you for your assistance with this matter, and my apologies for the inconvenience.

Very truly yours,

/s/ *Tiffany Geyer Lydon*

Tiffany Geyer Lydon (I.D. #3950)

171645.1

