# **EXHIBIT K**

**<u>REDACTED</u>**