# <u>EXHIBIT P</u>

# **<u>REDACTED</u>**

# **<u>EXHIBIT Q</u>**

**REDACTED**

# **<u>EXHIBIT R</u>**

# **<u>REDACTED</u>**

# <u>EXHIBIT S</u>

# __REDACTED__