IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C. | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 04-1507-SLR |
| BATH & BODY WORKS, INC.; LIMITED BRANDS, INC.; KAO BRANDS CO. (f/k/a THE ANDREW JERGENS COMPANY); and KAO CORPORATION | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7, please take notice that Jason R. Buratti, Esquire, of Robins, Kaplan, Miller & Ciresi L.L.P., lead counsel for plaintiff L.P. Matthews, L.L.C., hereby withdraws from this case, effective immediately. Robins, Kaplan, Miller & Ciresi L.L.P. shall continue to represent L.P. Matthews as lead counsel, and Ashby & Geddes shall continue to represent L.P. Matthews as Delaware counsel in this action.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888

*Attorneys for Plaintiff LP Matthews, L.L.C.*

- 2 -

*Of Counsel:*

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
800-553-9910

Robert A. Auchter
Robins, Kaplan, Miller & Ciresi L.L.P.
1801 K Street, Suite 1200
Washington, D.C.  20006
202-775-0725

Dated:  August 15, 2006
171877.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th of August, 2006, the attached **NOTICE OF WITHDRAWAL** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Arthur I. Neustadt, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 | VIA FEDERAL EXPRESS |
| Francis G.X. Pileggi, Esquire<br>Fox Rothschild LLP<br>Suite 1300<br>919 North Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| John Ward, Esquire<br>Ward & Olivo<br>708 Third Avenue<br>New York, NY  10017 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon