# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 13, 2006

The Honorable Sue L. Robinson  *VIA ELECTRONIC FILING*
United States District Court
844 King Street
Wilmington, Delaware 19801

      Re:    *L.P. Matthews LLC v. Bath & Body Works, et al.,*
               C.A. No. 04-1507-SLR

Dear Chief Judge Robinson:

      To address the concerns raised by the Court during the summary judgment hearing in this matter with respect to plaintiff L.P. Matthews's standing to enforce the patent-in-suit (U.S. Patent No. 5,063,062), L.P. Matthews filed today its Supplemental Submission in Opposition to the Limited Defendants' Motion for Summary Judgment for Lack of Standing (D.I. 355). The Supplemental Submission includes sworn affidavits by the inventors and assignees of the patent-in-suit affirming that: (1) the patent-in-suit is owned by L.P. Matthews; (2) they will be bound by the outcome of this litigation; and (3) they cannot and will not institute any other litigation seeking to enforce any claims of the patent-in-suit against the defendants in this action.

Respectfully,

*/s/ John G. Day*

John G. Day

JGD/nml
174181.1

c:     Clerk of the Court (via ECF File and Serve)
       Robert A. Auchter, Esquire (via electronic mail)
       Francis G.X. Pileggi, Esquire (by hand)
       Michael J. Zinna, Esquire (via electronic mail)
       Richard L. Horwitz, Esquire (by hand)
       Arthur I. Neustadt, Esquire (via electronic mail)