# EXHIBIT 7

**Exhibit 7**
*LP Matthews, LLC v. Bath & Body Works, Inc., et al.*
**Witnesses LP Matthews Intends to Call to Testify at Trial**

LP Matthews may call some or all of the following witnesses at trial (either live or by deposition). In addition to the witnesses listed below, LP Matthews reserves the right to call witnesses listed by either the Limited defendants or the Kao defendants, or any additional witnesses necessitated by any of the Court's pretrial rulings or any other changed circumstances. LP Matthews makes no representation that each or any of these witnesses will attend the trial.

Timothy Martin
Timothy J. Martin, P.C.
9250 W. 5th Avenue, Suite 200
Lakewood, CO 80226
Prosecution history of the '062 patent; any matters covered in his deposition, to the extent admissible.

Douglas Greenspan
President
The GreenSpan Company
P.O. Box 4656
Boulder, CO 80306
The invention disclosed in the '062 patent; any matters covered in his deposition, to the extent admissible.

Phillip Low
Vice President
Front Range Home Improvements, Ltd.
651 Garrison Street
Lakewood, CO 80215
The invention disclosed in the '062 patent; any matters covered in his deposition, to the extent admissible.

William Ingram
Vice President
The GreenSpan Company
1535 Findley Way
Boulder, CO 80303
The invention disclosed in the '062 patent; any matters covered in his deposition, to the extent admissible.

Christopher Rhodes (Liability Expert)
28 Prospect Ave.
Narragansett, RI 02882
Person of skill in the art in 1989 and prior art; the invention disclosed in the '062 patent;
ingredient composition data of the accused products and infringement by defendants; any
matters covered in his deposition, to the extent admissible.

Larry Evans (Damages Expert)
3811 Via Del Campo
San Clemente, CA 92673
Patent licensing, reasonable royalty, hypothetical negotiation, and defendants' willful
infringement; any matters covered in his deposition, to the extent admissible.

David Story
Senior Manager, Product Development
Kao Brands
Formulations of the Kao defendants' accused products; any matters covered in his
deposition, to the extend admissible.

Konstantinos Lahanas
823 Arbor Rd.
Paramus, NJ 07652
The Limited defendants' manufacture and sales of their accused products; orange oil, oat
grain derivative products, moisturizers, and pH levels pertaining to their accused
products; any matters covered in his deposition, to the extent admissible.

Phillip Wood
Financial Reporting Manager
Bath & Body Works, Inc.
Gross and net sales, profits, and financial statements pertaining to the Limited
defendants' accused products; any matters covered in his deposition, to the extent
admissible.

Kevin Wadhams
5065 Turner Close
New Albany, OH 43054
Manager of Operations and Manufacturing, Personal Care, and Toiletries
Bath & Body Works, Inc.
Pricing of the Limited defendants' accused products; any matters covered in his
deposition, to the extent admissible.

Danielle Demko
586 South 6th St.
Columbus, OH 43206
Manager of Business Planning
Bath & Body Works, Inc.

The Limited defendants' licensing and royalty negotiations, agreements, and policies for cosmetic products; any matters covered in her deposition, to the extent admissible.

Erin Elliot
1101 Pleasantville Rd
Lancaster, OH 43130
Director of Theme Execution
Bath & Body Works, Inc.
Preparation and execution of marketing, advertising, and promotional documentation pertaining to the Limited defendants' accused products; any matters covered in her deposition, to the extent admissible.

Jack Krause
Senior Vice President of Brand Development
Bath & Body Works, Inc.
Setting brand strategy, and formulating and testing benefit and technical claims; any matters covered in his deposition, to the extent admissible.

# EXHIBIT 8

**Exhibit 8**
*LP Matthews, LLC v. Bath & Body Works, Inc., et al.*
**Witnesses the Kao defendants Intend to Call to Testify at Trial**

Kao may call the following witnesses at trial either in person or by deposition.

<u>**Fact Witnesses**</u>

David Story

Douglas Greenspan

Philip Low

<u>**Expert Witnesses**</u>

1.    Dr. Robert Y. Lochhead, Ph.D

Dr. Lochhead is a technical expert. His qualifications are set forth in his CV, attached as Exhibit A to his expert reports. Dr. Lochhead is expected to testify on the issues of non-infringement and invalidity, as set forth in his expert reports.

2.    Dr. G. Stephen Jizmagian, Ph.D

Dr. Jizmagian is a patent damages expert. His qualifications are set forth in his CV, attached as Exhibit A to his rebuttal expert report. Dr. Jizmagian is expected to testify as to the determination of a reasonable royalty based on a hypothetical negotiation between a willing licensor and willing licensee, as set forth in his expert report.

*        *        *        *

Kao reserves the right to call any additional witnesses necessitated by any of the Court's pretrial or trial rulings.

# EXHIBIT 9

**Pretrial Order**
**Civil Action No. 04-1507 (SLR)**

**BBW'S WITNESS LIST**

BBW may call some or all of the following witnesses at trial (either live or by deposition). In addition to the witnesses listed below, BBW reserves the right to call witnesses listed by LP Matthews or Kao, or any additional witnesses necessitated by any of the Court's pretrial rulings or any other changed circumstances. BBW makes no representation that each or any of these witnesses will attend the trial.

A.    Fact witnesses

| | |
|---|---|
| Jack Davies | Davies Gate, LLC<br>15759 Tapia St.<br>Irwindale, CA 91706 |
| Kristi Davis | Active Organics, Inc.<br>1097 Yates Street<br>Lewisville, TX 75057 |
| Danielle Demko | Bath & Body Works, Inc.<br>7 Limited Parkway East<br>Reynoldsburg, OH 43068 |
| M. Diaz | Vege-Tech Co.<br>412 W. Cypress Street<br>Glendale, CA 91204 |
| Erin Elliott | Bath & Body Works, Inc.<br>7 Limited Parkway East<br>Reynoldsburg, OH 43068 |
| Elena Falco | Cosmetic Essence, Inc.<br>2182 Route 35 South<br>Holmdel, N.J. 07733 |
| Philip Florenzo | LP Matthews, L.L.C.<br>211 North Union Street, Suite 100<br>Alexandria, VA 22314 |

| | |
|---|---|
| Douglas H. Greenspan | 200 Lois Circle<br>Louisville, CO 80027 |
| Tanya Holcomb | Honeywell International Inc.<br>101 Columbia Road<br>Morristown, N.J. 07962 |
| William J. Ingram | 1535 Findley Way<br>Boulder, CO 80305 |
| Theodore Kesten | Belmay, Inc.<br>200 Corporate Boulevard South<br>Yonkers, N.Y. 10701 |
| Jack Krause | Sunglass Hut International<br>4000 Luxottica Place<br>Mason, Ohio 45040 |
| Konstantinos Lahanas | Beauty Avenues, Inc.<br>215 College Road<br>Paramus, N.J. 07652 |
| Lisa P. LeDonne | 45 Lenox Road<br>Summit, N.J. 07901 |
| Philip Low | 2434 South Yank Circle<br>Denver, CO 80228 |
| Sandra Lujin | Active Organics, Inc.<br>1097 Yates Street<br>Lewisville, TX 75057 |
| Colin L. McIntosh, Ph.D | Firmenich, Inc.<br>250 Plainsboro Road<br>Plainsboro, N.J. 08536 |
| Timothy J. Martin | 9250 West Fifth Avenue, Suite 220<br>Lakewood, CO 80226 |
| Paul Morrison | Vee Pak, Inc.<br>5331 Dansher Road<br>Le Grange, IL 60525 |
| Deborah Gray Nickels | International Flavors & Fragrances, Inc.<br>521 West 57th Street<br>New York, N.Y. 10019 |

| David Pannor | Murad, Inc.<br>2121 Rosecrans Avenue<br>El Segundo, CA 90245 |
|---|---|
| Catherine Ponzo-Herman | Givaudan Fragrances Corporation<br>1775 Windsor Road<br>Teaneck, N.J. 07666 |
| Renee Quimby | Burt's Bees, Inc.<br>701 Distribution Drive<br>Durham, N.C. 27709 |
| Michael Regina | Beauty Avenues, Inc.<br>215 College Road<br>Paramus, N.J. 07652 |
| Patrick Thibiant | Thibiant International, Inc.<br>20320 Prairie Street<br>Chatsworth, CA 91311 |
| Rose Trizzino-Hoyle | Beauty Avenues, Inc.<br>215 College Road<br>Paramus, N.J. 07652 |
| Kevin Wadhams | Beauty Avenues, Inc.<br>7 Limited Parkway East<br>Reynoldsburg, OH 43068 |
| Phillip Wood | Bath & Body Works, Inc.<br>7 Limited Parkway East<br>Reynoldsburg, OH 43068 |

B.    Expert witnesses

| | |
|---|---|
| John Carson (technical) | Carson Product Development, Inc.<br>2310 West Street<br>Union City, N.J. 07087 |
| Professor Michael Davis (legal) | Cleveland State Univ. College of Law<br>2121 Euclid Avenue, LB 138<br>Cleveland, OH 44115 |
| Christopher L. Fern, CPA (damages) | FTI Consulting, Inc.<br>1201 Eye Street, NW, Suite 400<br>Washington, D.C. 20005 |

BBW's expert witnesses have disclosed their opinions in expert reports, expert

declarations, and/or expert depositions.

**EXHIBIT 10**

**Exhibit 10**
*LP Matthews, LLC v. Bath & Body Works, Inc., et al.*
**List of Trial Exhibits**

SW = sponsoring witness
R = relevance
NP = not produced
H = hearsay
I or ID = incomplete document
702 = improper expert opinion

F = foundation/first hand knowledge
A = authenticity
BE = best evidence
DUP = duplicate
AA = attorney argument

V = vague
JC = jury confusion
L or LO = lay opinion
P = overly prejudicial
M = misleading

| P's Ex No. | Bates No. | Description | Depo Ex | Witness | Kao Objections | BBW Objections | LPM's Basis |
|---|---|---|---|---|---|---|---|
| 1 | LPM 000091 | | Florenzo 3 | Florenzo | SW, R | H, F, LO, R, SW | 402 |
| 2 | DG 5228 | | Greenspan 2 | Greenspan | SW, R | F, M, P, R, SW | 402, 803(6) |
| 3 | DG 4758-4759 | | Greenspan 3 | Greenspan | SW, R | SW, R, F, H, P, M | 402 |
| 4 | DG 1835 | | Greenspan 4 | Greenspan | SW, R | SW, R | 402 |
| 5 | DG 1832 | | Greenspan 5 | Greenspan | SW, R | SW, R, H, F, P | 402 |
| 6 | DG 5102-5104 | | Greenspan 6 | Greenspan | SW, R | SW, M, R, F, H | 402 |
| 7 | DG 0455-0456 | | Greenspan 9 | Greenspan | SW, R | SW, P, H, R | 402, 803(6) |
| 8 | LPM 0130-0238 | | Greenspan 16 | Greenspan | | | 402 |
| 9 | BBW 8410-8412 | | Greenspan 17 | Greenspan | SW, R | R, SW | 402 |
| 10 | DG 1649-1650 | | Greenspan 26 | Greenspan | SW, R | P, SW, F, R, H | 402, 803(6) |
| 11 | WI 29-36 | | Greenspan 28 | Greenspan | SW, R | A, F, H, SW, OD, R | 402, 803(6) |

| # | Bates | Description | Exhibit | Witness | | | |
|---|---|---|---|---|---|---|---|
| 12 | DG 500-505 | | Greenspan 29 | Greenspan | SW, R | A, F, H, OD, R, SW | 402, 803(6) |
| 13 | DG 508-512 | | Greenspan 30 | Greenspan | SW, | A, F, H, OD, R, SW | 402, 803(6) |
| 14 | DG 438-440 | | Greenspan 34 | Greenspan | SW, R | LO, SW, F, P, H, R | 402, 803(6) |
| 15 | DG 2408-2409 | | Greenspan 35 | Greenspan | SW, R | LO, SW, R, F, P, H, A, M | 402, 902(6) |
| 16 | LPM 12-14 | | Ingram 4 | Ingram | SW | | 402, 901(b)(7) |
| 17 | TM 134-135 | | Martin 11 | Martin | SW | | 402 |
| 18 | KAO 469-501 | | Story 2 | Story | | | 402, 803(6) |
| 19 | KAO 469-471, 480-501 | | Story 4 | Story | | | 402, 803(6) |
| 20 | | Attachment 1 to Fern's Expert Report | | | SW, R | | 402, 803(6) |
| 21 | | Exhibit 1 to Rhodes' Expert Report | | | SW | | 402 |
| 22 | | Exhibit 4 to Rhodes' Expert Report | | | SW, R | F, SW, P, R, A, JC | 402, 901(b)(7) |
| 23 | | Exhibit 5 to Rhodes' Expert Report (Response to No. 2) | | | SW, R | SW | 402, 801(d)(2) |
| 24 | BBW 3773 | Exhibit 6 to Rhodes' Expert Report | | | SW, R | SW | 402, 803(6) |
| 25 | BBW 3774 | Exhibit 7 to Rhodes' Expert Report | | | SW, R | SW | 402, 803(6) |
| 26 | BBW 3772 | Exhibit 8 to Rhodes' Expert Report | | | SW, R | SW | 402, 803(6) |
| 27 | BBW 3775 | Exhibit 9 to Rhodes' Expert Report | | | SW, R | SW | 402, 803(6) |

| 28 | BBW 3768 | Exhibit 10 to Rhodes' Expert Report | | SW, R | SW | 402, 803(6) |
| 29 | BBW 3763 | Exhibit 11 to Rhodes' Expert Report | | SW, R | SW | 402, 803(6) |
| 30 | BBW 3770 | Exhibit 12 to Rhodes' Expert Report | | SW, R | SW | 402, 803(6) |
| 31 | | Exhibit 13 to Rhodes' Expert Report | | SW, R | SW | 402 |
| 32 | BBW 1355, 1360 | Mane Fragrance MF133158 Quantitative Formula Disclosure | | SW, R | SW | 402, 803(6) |
| 33 | BBW 1358-1359 | Exhibit 15 to Rhodes' Expert Report | | SW, R | SW | 402, 803(6) |
| 34 | BBW 3673 | Exhibit 17 to Rhodes' Expert Report | | SW, R | SW | 402, 803(6) |
| 35 | BBW 3622 | Exhibit 18 to Rhodes' Expert Report | | SW, R | SW | 402, 803(6) |
| 36 | | Exhibit 20 to Rhodes' Expert Report (Responses to Nos. 10, 11) | | SW, R | SW | 402, 801(d)(2) |
| 37 | | Exhibit 21 to Rhodes' Expert Report (Response to No. 8) | | SW, R | SW | 402, 801(d)(2) |
| 38 | BBW 3513-3514 | Exhibit 22 to Rhodes' Expert Report | | SW, R | SW | 402, 803(6) |
| 39 | BBW 1325 | Exhibit 23 to Rhodes' Expert Report | | SW, R | SW | 402, 803(6) |
| 40 | | Exhibit 25 to Rhodes' Expert Report | | SW, R | F, P, SW, BE, R | 402, 803(18) |
| 41 | | Exhibit 27 to Rhodes' Expert Report | | SW, R | P, SW | 402 |
| 42 | BBW 1326-1327 | Exhibit 30 to Rhodes' Expert Report | | SW, R | SW | 402, 803(6) |

| 43 | BBW 1328 | Exhibit 33 to Rhodes' Expert Report | | SW, R | SW | 402, 803(6) |
| 44 | M 00004 | Exhibit 34 to Rhodes' Expert Report | | SW, R, NP | SW | 402, 803(6) |
| 45 | M 00006 | Exhibit 35 to Rhodes' Expert Report | | SW, R, NP | SW | 402, 803(6) |
| 46 | M 00007-00008 | Exhibit 36 to Rhodes' Expert Report | | SW, R, NP | SW | 402, 803(6) |
| 47 | M 00009 | Exhibit 37 to Rhodes' Expert Report | | SW, R, NP | SW | 402, 803(6) |
| 48 | M 00001-00002 | Exhibit 38 to Rhodes' Expert Report | | SW, R, NP | SW | 402, 803(6) |
| 49 | M 00003 | Exhibit 39 to Rhodes' Expert Report | | SW, R, NP | SW | 402, 803(6) |
| 50 | M 00010-00011 | Exhibit 40 to Rhodes' Expert Report | | SW, R, NP | SW | 402, 803(6) |
| 51 | M 00013-00014 | Exhibit 41 to Rhodes' Expert Report | | SW, R, NP | SW | 402, 803(6) |
| 52 | M 00015 | Exhibit 42 to Rhodes' Expert Report | | SW, R, NP | SW | 402, 803(6) |
| 53 | BBW 1323-1324 | Exhibit 48 to Rhodes' Expert Report | | SW, R | SW | 402, 803(6) |
| 54 | BBW 1315-1316 | Exhibit 49 to Rhodes' Expert Report | | SW, R | SW | 402, 803(6) |
| 55 | BBW 1339-1340 | Exhibit 50 to Rhodes' Expert Report | | SW, R | SW | 402, 803(6) |
| 56 | BBW 1337-1338 | Exhibit 52 to Rhodes' Expert Report | | SW, R | SW | 402, 803(6) |
| 57 | BBW 1319-1320 | Exhibit 53 to Rhodes' Expert Report | | SW, R | SW, R | 402, 803(6) |
| 58 | BBW 1341-1342 | Exhibit 55 to Rhodes' Expert Report | | SW, R | SW, R | 402, 803(6) |

| | | | | | SW, R, NP | SW, R, NP | 402, 803(6) |
|---|---|---|---|---|---|---|---|
| 59 | M 00012 | Exhibit 56 to Rhodes' Expert Report | | | SW, R, NP | SW, R, NP | 402, 803(6) |
| 60 | | Exhibit 57 to Rhodes' Expert Report (Response to No. 3) | | | R | SW, R | 402, 801(d)(2) |
| 61 | 000047, 00042 | Exhibit 59 to Rhodes' Expert Report | | | | SW | 402, 803(6) |
| 62 | | Exhibit 62 to Rhodes' Expert Report | | | SW, R | A, SW, H, F, P,R | 402 |
| 63 | | Exhibit 63 to Rhodes' Expert Report | | | SW, R | SW | 402 |
| 64 | BB 0000000025, 30, 39, 48 | Exhibit 64 to Rhodes' Expert Report | | | SW, R, NP | A, P, SW, BE, H | 402, 803(6) |
| 65 | BB 000000034, 7, 44, 53, 30, 39, 48 | Exhibit 65 to Rhodes' Expert Report | | | SW, R, NP | SW, A, P | 402, 803(6) |
| 66 | BB 000066 | Exhibit 67 to Rhodes' Expert Report | | | SW, R, NP | A, P, R, SW, BE, | 402, 803(6) |
| 67 | BB 000067 | Exhibit 68 to Rhodes' Expert Report | | | SW, R, NP | A, P, R, SW | 402, 803(6) |
| 68 | | Exhibit 69 to Rhodes' Expert Report | | | SW, R, NP | SW | 402 |
| 69 | BBW 9512-9517 | Exhibit 70 to Rhodes' Expert Report | | | SW, R | R, SW | 402 |
| 70 | | Exhibit A to Evans' Expert Report | | | SW | SW | 402 |
| 71 | | U.S. Patent No. 5,063,062 | | | | | 402, 901(b)(7) |
| 72 | | Exhibit B to Evans' Expert Report | | | SW, R | M, P, SW | 402 |
| 73 | | Exhibit C to Evans' Expert Report | | | SW, R | R, 702, SW | 402, 702, 703, 704 |
| 74 | | Exhibit D to Evans' Expert Report | | | SW, R | M, 702, R, SW | 402 |

| No. | ID | Description | Exhibit | Witness | | | |
|---|---|---|---|---|---|---|---|
| 75 | | Second Updated Expert Report of Christopher T. Rhodes Pursuant to FRCP 26(A)(2)(b) | | | SW, R | 702, R, SW | 402, 702, 703, 704 |
| 76 | | License Agreement | Fern 114 | Fern | SW, R | F | 402 |
| 77 | | Expert Report of Larry Evans Pursuant to FRCP 26(A)(2)(b) | Evans 1 | Evans | SW, R | 702, R, SW | 402, 702, 703, 704 |
| 78 | | Supplemental Expert Report of Larry Evans Pursuant to FRCP 26(A)(2)(b) | Evans 2 | Evans | SW, R | 702, R, SW | 402, 702, 703, 704 |
| 79 | BBW 8668-8686 | | Evans 4 | Evans | SW, R | F, SW | 402 |
| 80 | BBW 8665-8667 | | Evans 7 | Evans | SW, R | F, SW | 402 |
| 81 | KAO 1 | | Lochhead 15 | Lochhead | | | 402, 801(d)(2) |
| 82 | KAO 4 | | Lochhead 16 | Lochhead | | | 402, 801(d)(2) |
| 83 | | Curriculum Vitae of Christopher Rhodes | Rhodes 1 | Rhodes | SW, R | SW, R | 402 |
| 84 | | Expert Report of Christopher Rhodes Pursuant to FRCP 26(A)(2)(b) | Rhodes 2 | Rhodes | SW, R | SW, R, 702 | 402, 702, 703, 704 |
| 85 | | Updated Expert Report of Christopher Rhodes Pursuant to FRCP 26(A)(2)(b) | Rhodes 3 | Rhodes | SW, R | R, 702, SW | 402, 702, 703, 704 |
| 86 | | U.S. Patent No. 5,013,485 | Rhodes 5 | Rhodes | SW, R | R, SW | 402, 901(b)(7) |
| 87 | | Responsive Expert Report of Christopher Rhodes Pursuant to FRCP 26(A)(2)(b) | Rhodes 6 | Rhodes | SW, R | R, 702, SW | 402, 702, 703, 704 |
| 88 | | E-mail transmissions between counsel for LPM and counsel for Ltd | Rhodes 7 | Rhodes | SW, R | M, P, H, L, R, SW | 402, 801(d)(2) |

| | Table | Rhodes 8 | Rhodes | SW, R | R, SW | 402 |
|---|---|---|---|---|---|---|
| 89 | | | | | | |
| 90 | LPM's Amended Complaint | 2 | Story | SW, R | SW, R | 402 |
| 91 | Story Declaration | 4 | Story | | SW, R | 402, 801(d)(2) |
| 92 | Curél Press Release Entitled "Brighten Up This Holiday Season Let Curél Lotions Put the Celebration Back in Your Skin" | 14 | Story | | SW, R | 402, 803(6), 803(17) |
| 93 | Curél Press Release Entitled "Curél's Total Transformation Offers Freedom From Dry Skin" | 15 | Story | | SW, R | 402, 803(6), 803(17) |
| 94 | Assignment and Assumption Agreement Relating to the Patent License Agreement | 16 | Story | SW, R | SW, R | 402 |
| 95 | Patent License Agreement | 17 | Story | SW, R | SW, R | 402 |
| 96 | Design and Computation Lab Notebook of The Andrew Jergens Co. during February 5 and April 2, 1999 | 18 | Story | SW, R | SW, R | 402, 803(6) |
| 97 | Kao Brands Co. Master Formula – Section 1 of 2; Compounding Formula 2 of 2 | 19 | Story | | SW, R | 402, 803(6) |
| 98 | Kao Brands Co. Finished Product Specification | 20 | Story | | SW, R | 402, 803(6) |
| 99 | Document Entitled "The Andrew Jergens Company regarding Group Approval, Final Approval and Notification for Specification and Shipment of Curél UH and Curél EC Lotions" | 21 | Story | SW, R | SW, R | 402, 803(6), 803(17) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 100 | BBW's and Ltd's Response to LPM's First Set of Interrogatories (Response to No. 2) | 25 | Trizzino-Hoyle | SW, R | SW, R | 402, 801(d)(2) |
| 101 | Kao Corp.'s Annual Report for 2004 | 29 | Azekura | SW, R | R, SW | 402, 803(6), 803(17) |
| 102 | Curél Extreme Care facial wash ingredient identification and function | 32 | Story | SW, R | R, SW | 402, 803(6) |
| 103 | Certificate of Analysis Orange Oil 0228900020 | 33 | Story | SW, R | R, SW | 402, 803(6) |
| 104 | Curél Extreme Care body wash ingredient identification and function | 35 | Story | SW, R | R, SW | 402, 803(6) |
| 105 | Curél Ultra Healing lotion … ingredient identification and function | 36 | Story | SW, R | R, SW | 402, 803(6) |
| 106 | KBC's Responses to LPM's Second Set of Interrogatories (Response to No. 7) | 37 | Story | SW, R | R, SW | 402, 801(d)(2) |
| 107 | Kao and KBC privilege log 10/11/99 and 10/13/99 | 38 | Story | SW, R | R, SW | 402, 801(d)(2) |
| 108 | Web Printout, orange oil | 39 | Story | SW, R | R, SW | 402 |
| 109 | Response to LPM's Third Set of Interrogatories to KBC and Kao Corp. (Responses to Nos. 13, 14) | 41 | Story | SW, R | R, SW | 402, 801(d)(2) |
| 110 | OSHA MSDS orange oil | 43 | Story | SW, R | R, SW | 402, 803(6) |
| 111 | Curél P&Ls, 2000 – Nov. 2005 | 45 | Story | | R, SW | 402, 803(6) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 112 | | Documents as to amounts of products sold by year, quality, dollar sales | 46 | Story | | SW, R | 402, 803(6) |
| 113 | | Extreme Care line sales, case units | 47 | Story | | R, SW | 402, 803(6) |
| 114 | | Document showing parts for completing product line | 48 | Story | SW, R | R, SW | 402, 803(6) |
| 115 | | Document reflecting inventory control, manufacturing, cost of parts used to form finished-good number | 49 | Story | SW, R | R, SW | 402, 803(6) |
| 116 | | Document showing resources for manufacture, labor costs for Curél Extreme Care products | 50 | Story | SW, R | R, SW | 402, 803(6) |
| 117 | | Document reflecting allocation for bulk Ultra Healing lotion product based on resources used to manufacture | 51 | Story | SW, R | R, SW | 402, 803(6) |
| 118 | BBW 2974-2984 | | 53 | Lahanas | SW, R | R, H, M, JC | 402, 803(18) |
| 119 | | BBW's and Ltd's January 13, 2006 Supplemental Response to LPM's First Set of Interrogatories (Responses to Nos. 2, 6) | 54 | Lahanas | SW, R | | 402, 801(d)(2) |
| 120 | BBW 3710, 3629, 3638 | | 56 | Lahanas | SW, R | R | 402, 803(6) |
| 121 | BBW 1308-1309 | | 57 | Lahanas | SW, R | | 402, 803(6) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 122 | BBW 3518 | | 58 | Lahanas | SW, R | P | 402, 803(6) |
| 123 | BBW 1242 | | 59 | Lahanas | SW, R | | 402, 803(6) |
| 124 | | BBW's and Ltd's January 13, 2006 Supplemental Response to Plaintiff's Interrogatories (Response to No. 8) | 60 | Lahanas | SW, R | | 402, 801(d)(2) |
| 125 | BBW 3519-3520, 1243-1244 | | 61 | Lahanas | SW, R | | 402, 803(6) |
| 126 | BBW 1270-1271 | | 62 | Lahanas | SW, R | R, JC | 402, 803(6) |
| 127 | BBW 1304-1305 | | 63 | Lahanas | SW, R | | 402, 803(6) |
| 128 | BBW 1291 | | 64 | Lahanas | SW, R | | 402, 803(6) |
| 129 | BBW 1235-1236 | | 65 | Lahanas | SW, R | R, JC | 402, 803(6) |
| 130 | BBW 1352 | | 66 | Lahanas | SW, R | | 402, 803(6) |
| 131 | BBW 3521 | | 67 | Lahanas | SW, R | P | 402, 803(6) |
| 132 | BBW 3522-3523 | | 68 | Lahanas | SW, R | | 402, 803(6) |
| 133 | BBW 1343-1344 | | 69 | Lahanas | SW, R | | 402, 803(6) |
| 134 | BBW 1331 | | 70 | Lahanas | SW, R | | 402, 803(6) |
| 135 | BBW 3510 | | 71 | Lahanas | SW, R | | 402, 803(6) |
| 136 | BBW 1332 | | 72 | Lahanas | SW, R | | 402, 803(6) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 137 | BBW 1233-1234 | | 73 | Lahanas | SW, R | | 402, 803(6) |
| 138 | BBW 1326-1327 | | 74 | Lahanas | SW, R | | 402, 803(6) |
| 139 | BBW 1298-1299 | | 75 | Lahanas | SW, R | P | 402, 803(6) |
| 140 | BBW 1306-1307 | | 76 | Lahanas | SW, R | R, JC | 402, 803(6) |
| 141 | BBW 1321-1322 | | 77 | Lahanas | SW, R | | 402, 803(6) |
| 142 | BBW 3540-3545 | | 78 | Lahanas | SW, R | | 402, 803(6) |
| 143 | BBW 1289-1290 | | 79 | Lahanas | SW, R | P, R | 402, 803(6) |
| 144 | BBW 1329-1330 | | 80 | Lahanas | SW, R | | 402, 803(6) |
| 145 | BBW 3529 | | 81 | Lahanas | SW, R | | 402, 803(6) |
| 146 | BBW 1312-1313 | | 82 | Lahanas | SW, R | | 402, 803(6) |
| 147 | BBW 1245-1250 | | 83 | Lahanas | SW, R | | 402, 803(6) |
| 148 | BBW 1317-1318 | | 84 | Lahanas | SW, R | | 402, 803(6) |
| 149 | BBW 1310-1311 | | 85 | Lahanas | SW, R | | 402, 803(6) |
| 150 | BBW 1345-1346 | | 86 | Lahanas | SW, R | | 402, 803(6) |
| 151 | | Amended Notice of Deposition Pursuant to Rule 30(b)(6) of BBW | 87 | Krause | SW, R | P, R, PL | 402 |
| 152 | BBW 3795-3813 | | 88 | Krause | SW, R | F | 402 |
| 153 | BBW 3776-3794 | | 89 | Krause | SW, R | F | 402 |

| No. | Pyramid | No. | Krause | SW, R | R, F, H, A | |
|---|---|---|---|---|---|---|
| 154 | | 90 | | | | 402 |
| 155 | BBW 3849-3884, 4676-4686, 4699, 4709, 4710, 4722-4725, 4730, 4731 | 91 | Wadhams | SW, R | V, I, P, F | 402, 803(6) |
| 156 | BBW 4467-4479 | 92 | Wadhams | SW, R | V, I | 402, 803(6) |
| 157 | BBW 4188-4190 | 93 | Wadhams | SW, R | R, F, H, LO | 402, 803(6) |
| 158 | BBW 5776-5803 | 94 | Wadhams | SW, R | F, P, R, H | 402 |
| 159 | BBW 4203-4224 | 95 | Wadhams | SW, R | P, R, H, F | 402 |
| 160 | BBW 4225-4237 | 96 | Wadhams | SW, R | I, V, P, F, R | 402 |
| 161 | BBW 4296-4308 | 97 | Wadhams | SW, R | H, F, R | 402 |
| 162 | BBW 4309-4318 | 98 | Wadhams | SW, R | F, R | 402 |
| 163 | BBW 4262-4283 | 99 | Wadhams | SW, R | P, R, F | 402 |
| 164 | BBW 4284-4295 | 100 | Wadhams | SW, R | R, P, F | 402 |
| 165 | BBW 4238-4261 | 101 | Wadhams | SW, R | P, R, H | 402 |
| 166 | BBW 4191-4197 | 102 | Wadhams | SW, R | P, R, H | 402, 803(6) |
| 167 | BBW 4673-4675 | 103 | Wadhams | SW, R | V, R | 402, 803(6) |
| 168 | BBW 8342-8353 | 104 | Wadhams | SW, R | V, R | 402, 803(6) |
| 169 | BBW 8354-8355 | 105 | Wadhams | SW, R | R | 402, 803(6) |
| 170 | BBW 8356-8358 | 106 | Wadhams | SW, R | R | 402, 803(6) |
| 171 | BBW 8359-8361 | 107 | Wadhams | SW, R | R | 402, 803(6) |
| 172 | BBW 7617-7618 | 108 | Wadhams | SW, R | R, P | 402 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 173 | BBW 8657-8664 | | 111 | Wood | SW, R | I, V, F, A, R | 402, 803(6) |
| 174 | BBW 4732-4738, 4028-4048, 4010-4019, 4049-4058, 4020-4027 | | 112 | Wood | SW, R | I, V, F, H, L, R | 402, 803(6) |
| 175 | BBW 3845-3848 | License Agreement between Procter & Gamble and Bath & Body Works | 113 | Wood | SW, R | R, P | 402, 803(6) |
| 176 | | | 114 | Demko | SW, R | | 402 |
| 177 | BBW 4319-4333 | | 116 | Demko | SW, R | | 402 |
| 178 | | Addendum No. 1 to License Agreement between Disperse Ltd and BBW | 117 | Demko | SW, R | | 402 |
| 179 | BBW 5804-5813 | | 118 | Elliott | SW, R | H, R, P, V, F, A | 402, 803(6) |
| 180 | BBW 5814-5822 | | 119 | Elliott | SW, R | H, L, V, F, A, R | 402, 803(6) |
| 181 | BBW 5823-5898 | | 120 | Elliott | SW, R | H, L, V, F, A, R | 402, 803(6) |
| 182 | BBW 5899 | | 121 | Elliott | SW, R | I, R, F | 402, 803(6) |
| 183 | BBW 4480-4501 | | 122 | Elliott | SW, R | H, L, V, I, F, | 402, 803(6) |
| 184 | BBW 4592-4672 | | 123 | Elliott | SW, R | H, L, V, I, F, P, R | 402, 803(6) |
| 185 | BBW 2942-2943 | | 124 | Elliott | SW, R | R, H | 402, 803(6) |
| 186 | BBW 2948 | | 126 | | SW, R | R, F, A | 402, 803(6) |

| 187 | BBW 2910-2923 | | 128 | Elliott | SW, R | | 402, 803(6) |
|---|---|---|---|---|---|---|---|
| 188 | BBW 2924-2970 | | 129 | Elliott | SW, R | R, H | 402, 803(6) |
| 189 | BBW 2926-2927 | | 130 | Elliott | SW, R | R, H | 402, 803(6) |
| 190 | BBW 2928 | | 131 | Elliott | SW, R | A, P, H, L, R | 402, 803(6) |
| 191 | BBW 2930-2931 | | 132 | Elliott | SW, R | H, L, R, BE | 402, 803(6) |
| 192 | BBW 2932-2939 | | 133 | Elliott | SW, R | H, L, R | 402, 803(6) |
| 193 | BBW 2940-2941 | | 134 | Elliott | SW, R | R, H | 402, 803(6) |
| 194 | BBW 2949 | | 135 | Elliott | SW, R | R, BE | 402, 803(6) |
| 195 | BBW 2950 | | 136 | Elliott | SW, R | R, BE | 402, 803(6) |
| 196 | BBW 2952 | | 137 | Elliott | SW, R | R, BE | 402, 803(6) |
| 197 | BBW 2954 | | 138 | Elliott | SW, R | R, BE | 402, 803(6) |
| 198 | BBW 2955 | | 139 | Elliott | SW, R | R, BE | 402, 803(6) |
| 199 | BBW 2958 | | 140 | Elliott | SW, R | R, BE | 402, 803(6) |
| 200 | BBW 2959 | | 141 | Elliott | SW, R | R, BE | 402, 803(6) |
| 201 | BBW 2962 | | 142 | Elliott | SW, R | R, BE | 402, 803(6) |
| 202 | BBW 2966 | | 143 | Elliot | SW, R | R, BE | 402, 803(6) |

| 203 | BBW 2967 | | 144 | Elliott | SW, R | R, BE | 402, 803(6) |
| 204 | BBW 2968 | | 145 | Elliott | SW, R | R, BE | 402, 803(6) |
| 205 | BBW 2969 | | 146 | Elliott | SW, R | R, BE | 402, 803(6) |
| 206 | BBW 2970 | | 147 | Elliott | SW, R | R, BE | 402, 803(6) |
| 207 | BBW 2964 | | 148 | Elliott | SW, R | R, BE | 402, 803(6) |
| 208 | BBW 2965 | | 149 | Elliott | SW, R | R, BE | 402, 803(6) |
| 209 | BBW 8280-8284 | | 150 | Elliott | SW, R | R, P | 402, 803(6) |
| 210 | BBW 3532-3535 | | 151 | Lahanas | SW, R | | 402, 803(6) |
| 211 | BBW 3524-3525 | | 153 | Lahanas | SW, R | | 402, 803(6) |
| 212 | BBW 1314 | | 154 | Lahanas | SW, R | R, JC | 402, 803(6) |
| 213 | BBW 1237-1238 | | 159 | Lahanas | SW, R | | 402, 803(6) |
| 214 | BBW 1275 | | 161 | Lahanas | SW, R | A | 402, 803(6) |
| 215 | BBW 1335-1336 | | 162 | Lahanas | SW, R | R, JC | 402, 803(6) |
| 216 | BBW 1274 | | 164 | Lahanas | SW, R | A | 402, 803(6) |
| 217 | BBW 1281-1286 | | 165 | Lahanas | SW, R | | 402, 803(6) |
| 218 | BBW 1333 | | 167 | Lahanas | SW, R | | 402, 803(6) |

| 219 | BBW 1272 | | 168 | Lahanas | SW, R | R, JC | 402, 803(6) |
| 220 | BBW 1334 | | 169 | Lahanas | SW, R | R, JC | 402, 803(6) |
| 221 | BBW 1268-1269 | | 171 | Lahanas | SW, R | | 402, 803(6) |
| 222 | BBW 6073-6104, 6058-6072 | VWR Scientific Products Basic Benchtop pH/ISE Meters Instruction Manual | 172 | Lahanas | SW, R | | 402 |
| 223 | BBW 3584 | | 173 | Lahanas | SW, R | I, R, P | 402, 803(6) |
| 224 | BBW 3560 | | 174 | Lahanas | SW, R | P | 402, 803(6) |
| 225 | BBW 3587 | | 175 | Lahanas | SW, R | P | 402, 803(6) |
| 226 | | Product Specification for CEI's Ginger Rejuvenating PS Hand Cream | 176 | Lahanas | SW, R | | 402, 803(6) |
| 227 | BBW 3699-3701 | | 177 | Lahanas | SW, R | P, R | 402, 803(6) |
| 228 | BBW 3574 | | 178 | Lahanas | SW, R | A, OD, R, P | 402, 803(6) |
| 229 | BBW 3553 | | 179 | Lahanas | SW, R | R, JC | 402, 803(6) |
| 230 | BBW 3552 | | 180 | Lahanas | SW, R | R, JC | 402, 803(6) |
| 231 | BBW 3624-3626 | | 181 | Lahanas | SW, R | R, P, JC | 402, 803(6) |
| 232 | BBW 3572 | | 182 | Lahanas | SW, R | P, R | 402, 803(6) |
| 233 | BBW 3566 | | 183 | Lahanas | SW, R | P, R | 402, 803(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 234 | BBW 3576 | 184 | Lahanas | SW, R | P | 402, 803(6) |
| 235 | BBW 3582-3586 | 185 | Lahanas | SW, R | P, R | 402, 803(6) |
| 236 | Certificates of Analysis, BBW Mango Mandarin Creamy Body Wash | 187 | Lahanas | SW, R | | 402, 803(6) |
| 237 | Certificates of Analysis, Pure Simplicity Oat Oil-Control Face Cleanser | 188 | Lahanas | SW, R | R, JC | 402, 803(6) |
| 238 | Certificates of Analysis, True Blue Spa Better Lather Than Never Bubble Bath and Shower Cream | 189 | Lahanas | SW, R | | 402, 803(6) |
| 239 | Certificates of Analysis, BBW Cool Citrus Basil Creamy Body Wash | 190 | Lahanas | SW, R | | 402, 803(6) |
| 240 | Certificates of Analysis, Pure Simplicity Everlasting Flower Night Nourisher | 191 | Lahanas | SW, R | | 402, 803(6) |
| 241 | Certificates of Analysis, BBW Mango Mandarin Skin Refining Body Scrub | 192 | Lahanas | SW, R | | 402, 803(6) |
| 242 | Certificates of Analysis, True Blue Spa Good Clean Foam Face Wash | 193 | Lahanas | SW, R | | 402, 803(6) |
| 243 | Certificates of Analysis, Mango Mandarin Skin Renewal Anti-Aging Body Wash | 194 | Lahanas | SW, R | | 402, 803(6) |
| 244 | Certificates of Analysis, True Blue Spa Three-Ring Citrus Facial Scrub | 195 | Lahanas | SW, R | R, JC | 402, 803(6) |

| | | | | | |
|---|---|---|---|---|---|
| 245 | Certificates of Analysis, Pure Simplicity Ginger Rejuvenating Shower Foam | 196 | Lahanas | SW, R | 402, 803(6) |
| 246 | Certificates of Analysis, Pure Simplicity Ginger Rejuvenating Body Scrub | 197 | Lahanas | SW, R | 402, 803(6) |
| 247 | Certificates of Analysis, BBW Mango Mandarin Body Lotion | 198 | Lahanas | SW, R | 402, 803(6) |
| 248 | Certificates of Analysis, Pure Simplicity Ginger Rejuvenating Body Lotion | 199 | Lahanas | SW, R | 402, 803(6) |
| 249 | Certificates of Analysis, BBW Cool Citrus Basil Body Lotion | 200 | Lahanas | SW, R | 402, 803(6) |
| 250 | Certificates of Analysis, Pure Simplicity Ginger Rejuvenating Hand and Nail Cream | 201 | Lahanas | SW, R | 402, 803(6) |
| 251 | Certificates of Analysis, Pure Simplicity Fig Hydrating Hand and Nail Cream | 202 | Lahanas | SW, R | 402, 803(6) |
| 252 | Certificates of Analysis, Pure Simplicity Oat Oil-Control Face Moisturizer | 203 | Lahanas | SW, R | 402, 803(6) |
| 253 | Certificates of Analysis, Pure Simplicity Burdock Root Skin Mattifier | 204 | Lahanas | SW, R | 402, 803(6) |
| 254 | Certificates of Analysis, BBW Mango Mandarin Hand Repair and Healing Hand Cream | 205 | Lahanas | SW, R | 402, 803(6) |

| No. | Description | BBW No. | Exhibit | Witness | | | Rule |
|---|---|---|---|---|---|---|---|
| 255 | Certificates of Analysis, BBW Skin Repair and Healing Mango Mandarin Body Butter | | 206 | Lahanas | SW, R | | 402, 803(6) |
| 256 | Certificates of Analysis, Pure Simplicity Salt Toning Body Balm | | 207 | Lahanas | SW, R | | 402, 803(6) |
| 257 | Certificates of Analysis, Pure Simplicity Cocoa Restorative Body Balm | | 208 | Lahanas | SW, R | R, JC | 402, 803(6) |
| 258 | Certificates of Analysis, Pure Simplicity Ginger Rejuvenating Body Balm | | 209 | Lahanas | SW, R | | 402, 803(6) |
| 259 | Certificates of Analysis, Pure Simplicity Fig Hydrating Body Balm | | 210 | Lahanas | SW, R | | 402, 803(6) |
| 260 | | BBW 1332A | 211 | Lahanas | SW, R | | 402, 803(6) |
| 261 | Counsel for LPM's 12/23/04 Letter to Neil S. Fiske | | 212 | Lahanas | SW, R | AA, JC, P, R | 402, 801(d)(2) |
| 262 | U.S. Patent No. 6,306,384 B1 | | 213 | Lahanas | SW, R | R, JC< | 402, 901(b)(7) |
| 263 | | BBW 8775-8855 | 216 | Wadhams | SW, R | R, P, A | 402, 803(6) |
| 264 | | BBW 8751-8774 | 217 | Wadhams | SW, R | R, P, V | 402, 803(6) |
| 265 | | BBW 8692-8685 | 218 | Wadhams | SW, R | P, JC, I, M | 402, 803(6) |
| 266 | | BBW 8696-8750 | 219 | Wadhams | SW, R | V, P | 402, 803(6) |
| 267 | | BBW 8691 | 220 | Wadhams | SW, R | V, P | 402, 803(6) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 268 | BBW 8913-9082 | | | 221 | Wood | SW, R | V, I | 402, 803(6) |
| 269 | BBW 8856-8912 | | | 222 | Wood | SW, R | V, I | 402, 803(6) |
| 270 | BBW 9083 | | | 223 | Wadhams | SW, R | I, V, A, | 402, 803(6) |
| 271 | BBW 674-741 | The Limited, Inc. 1995 Annual Report | | | | SW, R | R, BE, H, L | 402, 803(6), 803(17) |
| 272 | BBW 742-786 | Limited Inc. 96 | | | | SW, R | V, R, H, L | 402, 803(6), 803(17) |
| 273 | BBW 787-832 | Limited Inc. 1997 Annual Report | | | | SW, R | R, BE | 402, 803(6), 803(17) |
| 274 | BBW 833-879 | The Limited Inc. 1998 Annual Report | | | | SW, R | H, L, R, BE | 402, 803(6), 803(17) |
| 275 | BBW 880-924 | Limited Inc. 1999 Annual Report to Shareholders | | | | SW, R | H, L, R, BE | 402, 803(6), 803(17) |
| 276 | BBW 925-964 | The Limited Inc. Annual Report 2000 | | | | SW, R | H, L, R, BE | 402, 803(6), 803(17) |
| 277 | BBW 965-1010 | The Limited, Inc. 2001 Annual Report | | | | SW, R | H, L, R, BE | 402, 803(6), 803(17) |
| 278 | BBW 1011-1057 | Limited Brands Annual Report 2002 | | | | SW, R | H, L, R, BE | 402, 803(6), 803(17) |
| 279 | BBW 1058-1149 | Limited Brands 2003 Annual Report | | | | SW, R | H, L, R, BE | 402, 803(6), 803(17) |

| | | | | | |
|---|---|---|---|---|---|
| 280 | BBW 1150-1227 | Limited Brands 2004 Annual Report | | SW, R | H, L, R, BE | 402, 803(6), 803(17) |
| 281 | BBW 8687-8688 | Jack Krause's 6/13/05 Letter to Brad Trucksis | | SW, R | H, M, L, R | 402, 803(6) |
| 282 | KAO 137-198 | Kao Corp.'s Annual Report 2003 | | SW, R | R | 402, 803(6), 803(17) |
| 283 | KAO 199-257 | Kao Corp.'s Annual Report 2002 | | SW, R | R | 402, 803(6), 803(17) |
| 284 | KAO 258-316 | Kao Corp.'s Annual Report 2001 | | SW, R | R | 402, 803(6), 803(17) |
| 285 | KAO 317-372 | Kao Corp.'s Annual Report 2000 | | SW, R | R | 402, 803(6), 803(17) |
| 286 | KAO 373-424 | Kao Corp.'s Annual Report 1999 | | SW, R | R | 402, 803(6), 803(17) |
| 287 | KAO 889 | Curél P&L Statement | | | R | 402, 803(6) |
| 288 | | Counsel for Ltd's 1/4/05 Facsimile to Counsel for LPM | | SW, R | H, F, R | 402, 801(d)(2) |
| 289 | | Counsel for LPM's 1/11/05 Letter to Counsel for Ltd | | SW, R | H, F, R | 402 |
| 290 | | Counsel for Ltd's 1/18/05 Facsimile to Counsel for LPM | | SW, R | H, F, R | 402, 801(d)(2) |
| 291 | | Counsel for LPM's 4/8/05 Letter to Counsel for Ltd | | SW, R | H, P, R, I, V | 402 |

| | | | | |
|---|---|---|---|---|
| 292 | Counsel for LPM's 12/23/04 Letter to William Genther | | SW, R | R | 402 |
| 293 | Counsel for KAO/KBC's 1/7/05 Facsimile to Counsel for LPM | | SW, R | R | 402, 801(d)(2) |
| 294 | Counsel for LPM's 1/12/05 Letter to Counsel for KAO/KBC | | SW, R | R | 402 |
| 295 | Counsel for KAO/KBC's 1/21/05 Facsimile to Counsel for LPM | | SW, R | R | 402, 801(d)(2) |
| 296 | Counsel for LPM's 1/21/05 Letter to Counsel for KAO/KBC | | SW, R | R | 402 |
| 297 | Counsel for LPM's 1/26/05 Letter to Counsel for KAO/KBC | | SW, R | R | 402 |
| 298 | Counsel for KAO/KBC's 1/27/05 Facsimile to Counsel for LPM | | SW, R | R | 402, 801(d)(2) |
| 299 | Counsel for LPM's 2/2/05 Letter to Counsel for KAO/KBC | | SW, R | R | 402 |
| 300 | Counsel for KAO/KBC's 2/3/05 Facsimile to Counsel for LPM | | SW, R | R | 402, 801(d)(2) |
| 301 | Counsel for LPM's 2/4/05 Letter to KAO/KBC | | SW, R | R | 402 |
| 302 | Counsel for KAO/KBC's 2/7/05 Facsimile to Counsel for LPM | | SW, R | R | 402, 801(d)(2) |
| 303 | Counsel for LPM's 2/16/06 Letter to Counsel for Ltd | | SW, R | M, P, H, F, L, R | 402 |

| | | | | | |
|---|---|---|---|---|---|
| 304 | Counsel for KAO/KBC's 2/18/05 E-mail to Counsel for LPM | | | SW, R | R | 402, 801(d)(2) |
| 305 | DG 417 | Article | | SW, R | H, F, L, R | 402, 902(6) |
| 306 | DG 418 | Article | | SW, R | F, H, L, R | 402, 902(6) |
| 307 | DG 419 | Article | | SW, R, I | A, H, F, L, R, I | 402, 1004, 902(6) |
| 308 | DG 420 | Article | | SW, R, I | A, H, L, F, R, I | 402, 902(6), 1004 |
| 309 | DG 427 | | | SW, R, I | A, F, H, L, R, I | 402, 902(6), 1004 |
| 310 | DG 436 | Article | | SW, R | H, L, F,R, I | 402, 902(b) |
| 311 | DG 441 | Handwritten letter | | SW, R, H | A, H, L, F, R, I | 402, 803(1) |
| 312 | DG 442 | Typed letter | | SW, R, H | A, H, L, F, R | 402, 803(1) |
| 313 | DG 443 | Handwritten letter | | SW, R, H | A, H, L, F, R, V | 402, 807 |
| 314 | | KBC's Supplemental Response to LPM's Interrogatory 3 (Response to No. 3) | | SW, R | R | 402, 801(d)(2) |
| 315 | | Declaration of Celeste Lutrario | | SW, R, NP | SW | 402 |
| 316 | BBW 1356-1357 | Quantitative Formula Disclosure Fragrance MF137282 | | SW, R | | 402, 803(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 317 | BBW 1363 | Quantitative Formula Disclosure Fragrance MF120586 | | SW, R | | 402, 803(6) |
| 318 | BBW 3764 | Gingermint Pear 125887 B | | SW, R | | 402, 803(6) |
| 319 | BBW 3769 | Gingermint Pear 125887 | | SW, R | | 402, 803(6) |
| 320 | BBW 3771 | White Grapefruit Citrus 143935 B | | SW, R | | 402, 803(6) |
| 321 | BBW 3577 | Formula – BBW Unitanical Everlasting Flower R10623 | | SW, R | R, P, JC | 402, 803(6) |
| 322 | BBW 3593 | Formula – BBW Unitanical Cucumber R10618 | | SW, R | R, P, JC | 402, 803(6) |
| 323 | BBW 3603 | Formula – BBW Unitanical Chamomile WS R10676 | | SW, R | R, P, JC | 402, 803(6) |
| 324 | BBW 3621 | Formula – BBW Unitanical Chicory WS R10661 | | SW, R | R, P, JC | 402, 803(6) |
| 325 | BBW 3632 | Formula – BBW Unitanical Chicory R10591 | | SW, R | R, P, JC | 402, 803(6) |
| 326 | BBW 3639 | Formula – BBW Unitanical Ginger WS R10659 | | SW, R | R, P, JC | 402, 803(6) |
| 327 | BBW 3640 | Formula – BBW Unitanical Calendula WS R10667 | | SW, R | R, P, JC | 402, 803(6) |
| 328 | BBW 3652 | Formula – BBW Unitanical Calendula R10601 | | SW, R | R, P, JC | 402, 803(6) |
| 329 | BBW 3658 | Formula – BBW Unitanical Ginger IN R10636 | | SW, R | R, P, JC | 402, 803(6) |
| 330 | BBW 3659 | Formula – BBW Unitanical Rosemary R10588 | | SW, R | R, P, JC | 402, 803(6) |
| 331 | BBW 3665 | Formula – BBW Unitanical Ginger R10616 | | SW, R | R, P, JC | 402, 803(6) |
| 332 | BBW 3674 | Formula – BBW Unitanical Bamboo R10598 | | SW, R | R, P, JC | 402, 803(6) |

| 333 | BBW 3675 | Formula – BBW Unitanical Marine Algae R10622 | | SW, R | R, P, JC | 402, 803(6) |
|---|---|---|---|---|---|---|
| 334 | BBW 3682 | Formula – BBW Unitanical Burdock Root IN R10674 | | SW, R | R, P,JC | 402, 803(6) |
| 335 | BBW 3683 | Formula – BBW Unitanical Rosemary WS R10657 | | SW, R | R, P, JC | 402, 803(6) |
| 336 | BBW 3684 | Formula – BBW Unitanical Green Tea WS R10656 | | SW, R | R, P, JC | 402, 803(6) |
| 337 | BBW 3685 | Formula – BBW Unitanical Lavender WS R10680 | | SW, R | R, P, JC | 402, 803(6) |
| 338 | BBW 3686 | Formula – BBW Unitanical Fig WS R10682 | | SW, R | R, P, JC | 402, 803(6) |
| 339 | BBW 3693 | Formula – BBW Unitanical Green Tea R10589 | | SW, R | R, P, JC | 402, 803(6) |
| 340 | BBW 3694 | Formula – BBW Unitanical Yucca R10613 | | SW, R | R, P, JC | 402, 803(6) |
| 341 | BBW 3702 | Formula – BBW Unitanical Fig Infusion R10634 | | SW, R | R, P, JC | 402, 803(6) |
| 342 | BBW 3705 | Formula – BBW Unitanical Fig R10592 | | SW, R | R, P, JC | 402, 803(6) |
| 343 | BBW 3706 | Formula – BBW Unitanical Arnica R10615 | | SW, R | R, P, JC | 402, 803(6) |
| 344 | BBW 3707 | Formula – BBW Unitanical Licorice R10596 | | SW, R | R, P, JC | 402, 803(6) |
| 345 | BBW 3708 | Formula – BBW Unitanical Red Clover R10673 | | SW, R | R, P, JC | 402, 803(6) |
| 346 | BBW 3709 | Formula – BBW Unitanical Apple R10608 | | SW, R | R, P, JC | 402, 803(6) |
| 347 | BBW 3718 | Formula – BBW Unitanical Marshmallow R10617 | | SW, R | R, P, JC | 402, 803(6) |
| 348 | BBW 3719 | Formula – BBW Unitanical Cocoa IN R10688 | | SW, R | R, P, JC | 402, 803(6) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 349 | BBW 3720 | Formula – BBW Unitanical Cocoa R10687 | | SW, R | R, P, JC | 402, 803(6) |
| 350 | BBW 3616 | Finished Product Specification re PS Oil Control Face Cleanser – Oat | | SW, R | R, JC | 402, 803(6) |
| 351 | BBW 3548 | Finished Product Specification re TBS Better Lather Than Never Shower Cream | | SW, R | - | 402, 803(6) |
| 352 | BBW 3565 | Finished Product Specification re Creamy Body Wash – Cool Citrus Basil | | SW, R | - | 402, 803(6) |
| 353 | BBW 3575 | Finished Product Specification re PS Everlasting Night Nourisher – Everlasting Flower | | SW, R | P | 402, 803(6) |
| 354 | BBW 3552 | Finished Product Specification re TBS Foaming Face Wash | | SW, R | R, JC | 402, 803(6) |
| 355 | BBW 3571 | Finished Product Specification re ST Renewing Body Wash – Mango Mandarin | | SW, R | P, R | 402, 803(6) |
| 356 | BBW 3553 | Finished Product Specification re True Blue Spa – Three Ring Citrus Scrub | | SW, R | R, JC | 402, 803(6) |
| 357 | BBW 3608 | Finished Product Specification re PS Rejuvenating Shower Foam – Ginger | | SW, R | | 402, 803(6) |

| 358 | BBW 3598 | Finished Product Specification re PS Rejuvenating Body Scrub – Ginger | | SW, R | | 402, 803(6) |
|-----|----------|----------------------------------------------------------------------|--|-------|--|-------------|
| 359 | BBW 3560 | Finished Product Specification re DBR Moisture Rich Body Lotion – Mango Mandarin | | SW, R | P | 402, 803(6) |
| 360 | BBW 3562 | Finished Product Specification re DBR Moisture Rich Body Lotion – Mango Mandarin | | SW, R | P | 402, 803(6) |
| 361 | BBW 3587 | Finished Product Specification re PS Revitalizing Body Lotion – Ginger | | SW, R | P | 402, 803(6) |
| 362 | BBW 3557 | Finished Product Specification re DBR Moisture Rich Body Lotion – Cool Citrus Basil | | SW, R | | 402, 803(6) |
| 363 | BBW 3627 | Finished Product Specification re PS Oil Control Face Moisturize – Oat | | SW, R | | 402, 803(6) |
| 364 | BBW 3573 | Finished Product Specification re ST Renew and Repair Hand Treatment – Mango | | SW, R | | 402, 803(6) |
| 365 | BBW 3569 | Finished Product Specification re ST Healing Body Butter – Mango Mandarin | | SW, R | | 402, 803(6) |

| 366 | BBW 3666 | Finished Product Specification re PS Body Balm – Salt | | SW, R | | 402, 803(6) |
| 367 | BBW 3642 | Finished Product Specification re PS Body Balm – Ginger | | SW, R | | 402, 803(6) |
| 368 | BBW 3687 | Finished Product Specification re PS Body Balm – Fig | | SW, R | | 402, 803(6) |
| 369 | BBW 6052-6054 | Interoffice Memorandum from K. Lahanas and T. Bowe to M. Darlak and B. Talbot re Definitions for Naturals Line | | SW, R | H, R, P, L, A | 402, 801(d)(2) |
| 370 | BBW 6055 | Direct Deposit (Disperse Technology) | | SW, R | A, I, V, | 402 |
| 371 | BBW 6056-6057 | BBW Memorandum from K.M. Lahanas to G. Kort | | SW, R | H, F, A, L | 402, 801(d)(2) |
| 372 | BBW 3564 | Finished Product Specification re DBR Creamy Body Wash – Mango Mandarin | | SW, R | | 402, 803(6) |
| 373 | KBC 831-888 | The Andrew Jergens Co. Design & Computation Book No. 3 | | SW, R | R | 402, 803(6) |
| 374 | | CRC Handbook of Chemistry and Physics 82nd edition | | SW, R, NP | | 402, 803(18), 902(5) |
| 375 | | Principles of Colloid and Surface Chemistry 3rd edition, revised and expanded | | SW, R, NP | P, V | 402, 803(18), 902(5) |

| | | | | | |
|---|---|---|---|---|---|
| 376 | Pharmaceutical Dosage Forms: Disperse Systems Vol. 2, 2nd edition, revised and expanded | | SW, R, NP | P, R | 402, 803(18), 902(5) |
| 377 | The Merck Index 11th edition | | SW, R, NP | P, R, NP, JC | 402, 803(18), 902(5) |
| 378 | Oats: Chemistry and Technology | | SW, R, NP | P, V, R, I, NP, JC | 402, 803(18), 902(5) |
| 379 | Pharmaceutical Dosage Forms: Disperse Systems Vol. 1, 2nd edition, revised and expanded | | SW, R, NP | P, V, R, NP, JC | 402, 803(18), 902(5) |
| 380 | The Chemistry and Manufacture of Cosmetics Vol. 1 – Basic Science | | SW, R, NP | P, V, R, NP, JC | 402, 803(18), 902(5) |
| 381 | CTFA Cosmetic Ingredient Handbook | | SW, R, NP | I, V, NP, JC | 402, 803(18), 902(5) |
| 382 | Emulsion Text | | SW, R, NP | I, V, NP, JC | 402, 803(18), 902(5) |
| 383 | Fruits of Warm Climates | | SW, R, NP | | 402, 803(18), 902(5) |
| 384 | Handbook of Pharmaceutical Excipients 3rd edition | | SW, R, NP | V, NP, JC | 402, 803(18), 902(5) |
| 385 | Handbook of Pharmaceutical Excipients | | SW, R, NP | V, I, NP, JC | 402, 803(18), 902(5) |

| 386 | Harry's Cosmeticology, 7th edition | | | SW, R, NP | P, V, R, NP, JC | 402, 803(18), 902(5) |
|-----|-----|---|---|---|---|---|
| 387 | | | | | V, I, R, NP | |
| 388 | International Cosmetic Ingredient Dictionary and Handbook (9th edition) | | | SW, R, NP | P, V, R, NP, JC | 402, 803(18), 902(5) |
| 389 | Micellization, Solubilization, and Microemulsion | | | SW, R, NP | P, V, R, I, NP, JC | 402, 803(18), 902(5) |
| 390 | Pharmaceutical Dosage Forms: Disperse Systems 2nd edition, revised and expanded, Vol. 1 | | | SW, R, NP | P, V, R, NP, JC | 402, 803(18), 902(5) |