# EXHIBIT 12A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LP MATTHEWS, L.L.C.

        Plaintiff,

        v.

BATH & BODY WORKS, INC.; LIMITED
BRANDS, INC.;
KAO BRANDS CO.
(f/k/a THE ANDREW JERGENS
COMPANY); and KAO CORPORATION

        Defendants.

Civil Action No. 04-1507 (SLR)

## PLAINTIFF LP MATTHEWS' OBJECTIONS TO BATH & BODY WORKS, INC. AND LIMITED BRANDS, INC.'S PROPOSED TRIAL EXHIBITS

Plaintiff LP Matthews, LLC ("LP Matthews") submits the schedule at Exhibit 12A setting forth its specific objections to the proposed trial exhibits of defendants Bath & Body Works, Inc. and Limited Brands, Inc. (collectively "the Limited defendants"). LP Matthews also asserts the following General Objections to the Limited defendants' proposed trial exhibits:

1.      LP Matthews reserves the right to assert objections to any exhibits offered by the Limited defendants based upon the manner in which the Limited defendants may ultimately seek to introduce such exhibits at trial. In that regard, because the relevancy and/or prejudicial nature of certain exhibits is not clear, even after a review of the exhibit itself, LP Matthews may have objections in addition to the objections set forth in the attached schedule. Thus, in an effort to minimize relevancy, prejudice and other objections at this time, LP Matthews will make such other objections as may be appropriate when the purpose for which the Limited defendants will offer the exhibit at trial becomes clear.

2.     LP Matthews reserves the right to seek limiting instructions as to any proposed trial exhibit which this Court ultimately finds admissible. LP Matthews also reserves the right to offer evidence in response to the Limited defendants' trial exhibits to which LP Matthews objects, but which are admitted over such objections.

3.     LP Matthews reserves the right to object to the admission of any proposed trial exhibit on grounds of improper foundation unless and until a proper foundation is established at trial.

4.     LP Matthews reserves the right to object to the admission of any trial exhibit for which no witness testifies at trial either live or by deposition.

## SPECIFIC OBJECTIONS

The specific objections in the attached schedule are divided into evidentiary categories. Each category of objections is explained below.

A.     Authenticity Objections ("A"). Refers to proposed exhibits as to which LP Matthews questions the authenticity, including exhibits about which no witness has testified, exhibits for which no foundation has been laid, exhibits containing unidentified handwriting, and exhibits whose source or date of origin is not clear from the document. *See* Fed. R. Evid. 901.

B.     Best Evidence Objections ("BE"). Refers to exhibits that are only duplicates of original writings – not the originals – are otherwise illegible copies, or copies of tangible objects. *See* Fed. R. Evid. 1002.

C.     Cumulative Objections ("C"). Refers to exhibits that are merely cumulative of other exhibits and therefore ought to be excluded based on considerations of waste of time and needless presentation of evidence. *See* Fed. R. Evid. 403, 611.

D.      Document Request Objections ("DRO").  Refers to LP Matthews' discovery responses to requests for documents that are identified on the Limited defendants' trial exhibit list.  This objection incorporates LP Matthews' general and specific objections made in those discovery responses.

E.      Hearsay Objections ("H").  Refers to proposed exhibits which contain out-of-court statements to prove the truth of the matter asserted, including exhibits that do not appear to constitute party-opponent admissions or record a regularly conducted business activity.  *See* Fed. R. Evid. 802.

F.      Incomplete Document Objections ("ID").  Refers to exhibits that are missing pages or only represent a portion of the whole document, which taken out of context may mislead or confuse the jury.  *See* Fed. R. Evid. 106, 403.

G.      Interrogatory Objections ("IO").  Refers to LP Matthews' discovery responses to interrogatory requests that are identified on the Limited defendants' trial exhibit list.  This objection incorporates LP Matthews' general and specific objections made in those discovery responses.

H.      Misrepresents Evidence Objections ("M").  Refers to exhibits that, unless read in conjunction with other documents, may mislead the jury.  *See* Fed. R. Evid. 106, 403.

I.      Relevance Objections ("R").  Refers to exhibits that do not appear to have any probative link to any of the claims or defenses asserted in this action.  *See* Fed. R. Evid. 402.

J.      Inadequate Description Objections ("V").  Refers to exhibits identified on the Limited defendants' trial exhibit list that do not contain a sufficient description to enable LP Matthews to ascertain the nature of the exhibit.  *See* D. Del. L.R. 16.4(d)(6).

K.    <u>Request for Admission Objections ("RFAO")</u>.  Refers to LP Matthews' discovery responses to requests for admissions that are identified on the Limited defendants' trial exhibit list.  This objection incorporates LP Matthews' general and specific objections made in those discovery responses.

L.    <u>Improper Expert Opinion Objections ("702")</u>.  Refers to exhibits pertaining to expert materials that are inadmissible in that they contain expert opinions that are not based on good grounds or are otherwise unreliable.  *See* Fed. R. Evid. 702.

M.    <u>Attorney Argument Objections ("AA")</u>.  Refers to exhibits that contain attorney argument and are otherwise argumentative, including exhibits prepared for trial or for purposes of litigation, and pleadings that contain arguments previously submitted to the Court.  All such materials constitute hearsay, include attorney argument and the parties' contentions, and are irrelevant to the matters that are to be tried to the jury.  *See* Fed. R. Evid. 402, 403, 802.

N.    <u>Pleadings Objections ("PL")</u>.  Refers to briefs, motions, and other pleadings included on the Limited defendants' trial exhibit list.  All such materials constitute hearsay, include attorney argument and the parties' contentions, and are irrelevant to the matters that are to be tried to the jury.  *See* Fed. R. Evid. 402, 403, 802.

O.    <u>Undesignated Discovery Responses ("DR")</u>.  Refers to discovery responses included on the Limited defendants' trial exhibit list, but without an indication of which specific response they intend to rely upon at trial as required by the Court's Scheduling Order.  Accordingly, LP Matthews objects to the wholesale designation of such responses.  *See* D. Del. L.R. 16.4(d)(6).

P.     <u>Correspondence Objections ("CO")</u>.  Refers to cover letters and other written communication by counsel on the Limited defendants' trial exhibit list.  Such communications are hearsay and/or are not relevant.  *See* Fed. R. Evid. 402, 802.

Q.     <u>Declarations and Reports Produced by Experts ("EX")</u>.  Refers to declarations and reports produced by the Limited defendants' experts in connection with this litigation.  All such reports and declarations constitute hearsay.  *See* Fed. R. Evid. 702, 802.

R.     <u>Unfairly Prejudicial Objections ("UP")</u>.  Refers to exhibits whose probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues and/or misleading the jury.  *See* Fed. R. Evid. 403.

Dated:  October 16, 2005          By:  _____
                                       Steven J. Balick, Esq.
                                       John G. Day, Esq.
                                       ASHBY & GEDDES
                                       222 Delaware Avenue
                                       17th Floor
                                       P.O. Box 1150
                                       Wilmington, Delaware 19899
                                       Office: 302-654-1888

Of Counsel:

Ronald J. Schutz, Esq. (*pro hac vice*)
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Office:  800-553-9910

Robert A. Auchter, Esq. (*pro hac vice*)
David P. Swenson, Esq. (*pro hac vice*)
Jeffrey I. Frey, Esq. (*pro hac vice*)
T. Monique Jones, Esq. (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
1801 K Street, Suite 1200
Washington, DC 20006
Office:  202-775-0725

# EXHIBIT 12B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LP MATTHEWS, L.L.C.,

    Plaintiff,

    v.

BATH & BODY WORKS, INC.; LIMITED BRANDS,
INC.; KAO BRANDS CO. (f/k/a THE ANDREW
JERGENS COMPANY); and KAO CORPORATION,

    Defendants.

C.A. No. 04-1507 (SLR)

## PLAINTIFF LP MATTHEWS' OBJECTIONS TO THE LIMITED DEFENDANTS' TRIAL EXHIBITS LIST

### INDEX OF ABBREVIATION

| | | | |
|---|---|---|---|
| **A** | Authenticity | **BE** | Best Evidence |
| **DRO** | Document Request Objections | **H** | Hearsay |
| **IO** | Interrogatory Objections | **M** | Misrepresents Evidence |
| **V** | Inadequate Description | **702** | Improper Expert Opinion |
| **PL** | Pleadings | **DR** | Undesignated Discovery Responses |
| **RFAO** | Request for Admission Objections | **EX** | Declaration and reports by experts |

| | | | |
|---|---|---|---|
| **C** | Cumulative |
| **ID** | Incomplete Document |
| **R** | Relevance |
| **AA** | Attorney Argument |
| **CO** | Correspondence |
| **UP** | Unfairly Prejudicial |

45690040-1

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 1 | LPM 000001-000006 | US Patent 5,063,062 | R, C, A |
| 2 | BBW 000080 | US Patent 1,550,026 | R, C, A |
| 3 | BBW 008627-008629 | US Patent 2,165,828 | R, C, A |
| 4 | BBW 004367-004371 | US Patent 2,273,062 | R, C, A |
| 5 | BBW 004372-004374 | US Patent 2,282,808 | R, C, A |
| 6 | BBW 000092-000094 | US Patent 3,095,381 | R, C, A |
| 7 | BBW 000128-000131 | US Patent 3,733,277 | R, C, A |
| 8 | BBW 000434-000438 | US Patent 3,988,432 | R, C, A |
| 9 | BBW 000439-000460 | US Patent 4,014,995 | A |
| 10 | BBW 000218-000222 | US Patent 4,336,151 | R, C, A |
| 11 | BBW 000223-000226 | US Patent 4,336,152 | A |
| 12 | BBW 000227-000229 | US Patent 4,362,638 | R, C, A |
| 13 | BBW 000230-000237 | US Patent 4,414,128 | R, C, A |
| 14 | BBW 000238-000245 | US Patent 4,438,009 | R, C, A |
| 15 | BBW 000260-000265 | US Patent 4,511,488 | R, C, A |
| 16 | BBW 000266-000269 | US Patent 4,533,487 | R, C, A |
| 17 | BBW 000387-000389 | US Patent 4,540,505 | R, C, A |
| 18 | BBW 000270-000275 | US Patent 4,565,644 | R, C, A |
| 19 | BBW 000461-000463 | US Patent 4,620,937 | A |
| 20 | BBW 000407-000410 | US Patent 4,704,225 | R, C, A |
| 21 | BBW 000464-000468 | US Patent 4,790,951 | R, C, A |
| 22 | BBW 000411-000416 | US Patent 4,859,359 | R, C, A |
| 23 | BBW 000496-000501 | EU Patent 0 080 749 | R, C, A |
| 24 | BBW 000522-000536 | EU Patent Application 0 174 711 | R, C, A |
| 25 | BBW 009228-009264 | GB Patent 1,468,295 | R, C, A |
| 26 | BBW 000478-000480 | Coleman, Richard. *D-Limonene as a Degreasing Agent*, The Citrus Industry, Vol. 56, No. 11, 1975. | H, A |

45690040-1

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 27 | BBW 009378-009407 | Excerpts from Soaps, A Practical of the Manufacture of Domestic, Toilet and Other Soaps, by George Hurst (2D 1907). | R, C, ID, H |
| 28 | BBW 008498-008500 | Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals, 24D, 1969, pp. 665-666 | R, C, ID, BE, A, H, UP |
| 29 | BBW 008501-008502 | Physicians' Desk Reference, 43D, 1989, pp. 655 | R, C, ID, BE, A, H, UP |
| 30 | BBW 000001-000079 | File History for US Patent 5,063,062 | A, BE |
| 31 | BBW 008363-008611 | File History for US Patent Application 07/786,804 | A, BE, R, UP |
| 32 | BBW 004358-004366 | US Patent Application Publication 2004/0120795 | R, C |
| 33 | BBW 004334-004339 | US Patent 6,165,479 | R, C |
| 34 | LPM 000013-000014 | Assignment of Patent Application | |
| 35 | LPM 000011 | Minutes of Board of Directors and Shareholders Meeting for The GreenSpan, Company | R |
| 36 | LPM 000036-000087 | LP Matthews, L.L.C.'s Limited Liability Company Operating Agreement | R |
| 37 | LPM 000015-000035 | Patent Assignment Agreement | R, BE |
| 38 | LPM 000009-000010 | Assignment, Nunc Pro Tunc | R, BE |
| 39 | LPM 000007-000008 | Patent Assignment | R, BE |
| 40 | LPM 000122 | Letter from Douglas Greenspan to Phillip Low | A, R |
| 41 | LPM 000089-000090 | Memorandum of Understanding | R, H, BE |
| 42 | DG3198 | State of Colorado Certificate of Incorporation of the Greenspan Corporation | R |
| 43 | DG3199-3208 | Articles of Incorporation of the Greenspan Corporation | R |
| 44 | | Website Printout from the Greenspan Company/Adjuster International's Website | A, BE, R, H, V |
| 45 | BBW 001304-001305 | True Blue Spa Better Lather Than Never Shower Cream Formula Sheet | |
| 46 | BBW 001291 | True Blue Spa Better Lather Than Never Shower Cream Formula Phase Sheet | |
| 47 | BBW 001308-001309 | Bath & Body Works Mango Mandarin Creamy Body Wash Formula Sheet | |
| 48 | BBW 001310-001311 | Bath & Body Works Cool Citrus Basil Body Lotion Formula Sheet | |

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 49 | BBW 001312-001313 | Bath & Body Works Mango Mandarin Body Lotion Formula Sheet | |
| 50 | BBW 001315-001316 | Pure Simplicity Burdock Root Skin Mattifier Formula Sheet | |
| 51 | BBW 001317-001318 | Pure Simplicity Ginger Body Lotion Formula Sheet | |
| 52 | BBW 001319-001320 | Pure Simplicity Fig Hand & Nail Cream Formula Sheet | |
| 53 | BBW 001292-001293 | Pure Simplicity Fig Hand & Nail Cream Formula Phase Sheet | |
| 54 | BBW 001321-001322 | Pure Simplicity Ginger Shower Foam Formula Sheet | |
| 55 | BBW 001323-001324 | Pure Simplicity Oat Oil Control Face Moisturizer Formula Sheet | |
| 56 | BBW 001294-001295 | Pure Simplicity Oat Oil Control Face Moisturizer Formula Phase Sheet | A, H |
| 57 | BBW 001325 | Bath & Body Works Mango Mandarin Body Butter Formula Sheet | R, A, UP |
| 58 | BBW 001326-001327 | Bath & Body Works Mango Mandarin Renewing Body Wash Formula Sheet | |
| 59 | BBW 001296-001297 | Bath & Body Works Mango Mandarin Renewing Body Wash Formula Phase Sheet | H, BE |
| 60 | BBW 01328 | Bath & Body Works Mango Mandarin Healing Hand Cream Formula Sheet | |
| 61 | BBW 003513-003514 | Bath & Body Works Mango Mandarin Healing Hand Cream Formula Phase Sheet | |
| 62 | BBW 001329-001330 | Pure Simplicity Ginger Body Scrub Formula Sheet | |
| 63 | BBW 003529 | Pure Simplicity Ginger Body Scrub Formula Phase Sheet | |
| 64 | BBW 001331 | Bath & Body Works Mango Mandarin Body Scrub/Smoother Formula Sheet | |
| 65 | BBW 003510 | Bath & Body Works Mango Mandarin Body Scrub/Smoother Formula Phase Sheet | |
| 66 | BBW 001332A | True Blue Spa Good Clean Foam Face Wash Formula Sheet | A, H, R, UP |
| 67 | BBW 001337-001338 | Pure Simplicity Fig Body Balm Formula Sheet | |
| 68 | BBW 001339-001340 | Pure Simplicity Ginger Body Balm Formula Sheet | |
| 69 | BBW 001281-001286 | Pure Simplicity Ginger Body Balm Formula Listing Form | |
| 70 | BBW 001341-001342 | Pure Simplicity Salt Body Balm Formula Sheet | |
| 71 | BBW 001343-001344 | Pure Simplicity Everlasting Night Nourisher Formula Sheet | |

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 72 | BBW 001345-001346 | Pure Simplicity Ginger Hand & Nail Cream Formula Sheet | |
| 73 | BBW 003524-003525 | Pure Simplicity Ginger Hand & Nail Cream Formula Phase Sheet | |
| 74 | BBW 003532-003535 | Bath & Body Works Cool Citrus Basil Body Lotion Manufacturing Procedure | |
| 75 | BBW 001273 | Pure Simplicity Fig Body Balm Manufacturing Procedure | A, H |
| 76 | BBW 001274 | Pure Simplicity Ginger Body Balm Manufacturing Procedure | |
| 77 | BBW 001266-001267 | Pure Simplicity Ginger Body Lotion Manufacturing Procedure | A, H |
| 78 | BBW 003526-003528 | Pure Simplicity Ginger Hand & Nail Cream Manufacturing Procedure | A, H |
| 79 | BBW 003536-003539 | Bath & Body Works Mango Mandarin Body Lotion Manufacturing Procedure | A, H |
| 80 | BBW 03515-003517 | Bath & Body Works Mango Mandarin Healing Hand Cream Manufacturing Procedure | A, H |
| 81 | BBW 001237-001238 | Bath & Body Works Mango Mandarin Body Butter Manufacturing Procedure | |
| 82 | BBW 001257-001280 | Pure Simplicity Fig Hand & Nail Cream Manufacturing Procedure | A, H |
| 83 | BBW 001262-001263 | Pure Simplicity Oat Oil Control Face Moisturizer Manufacturing Procedure | A, H |
| 84 | BBW 001275 | Pure Simplicity Salt Body Balm Manufacturing Procedure | |
| 85 | BBW 001268-001269 | Pure Simplicity Burdock Root Skin Mattifier Manufacturing Procedure | |
| 86 | BBW 001277-001280 | Pure Simplicity Everlasting Night Nourisher Manufacturing Procedure | A, ID |
| 87 | BBW 003529-003531 | Pure Simplicity Ginger Body Scrub Manufacturing Procedure | A, H |
| 88 | BBW 003540-003547 | Pure Simplicity Ginger Shower Foam Manufacturing Procedure | A, H |
| 89 | BBW 001240-001242 | Bath & Body Works Mango Mandarin Creamy Body Wash Manufacturing Procedure | A, H |
| 90 | BBW 003511-003512 | Bath & Body Works Mango Mandarin Scrub/Smoother Manufacturing Procedure | A, H |
| 91 | BBW 001239, BBW 001243-001244 | Bath & Body Works Mango Mandarin Renewal Body Wash Manufacturing Procedure | A, H |
| 92 | BBW 001233-001234 | True Blue Spa Good Clean Foam Face Wash Manufacturing Procedure | |

45690040-1

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 93 | | Pure Simplicity Ginger Body Balm Certificates of Analysis | |
| 94 | | Pure Simplicity Fig Body Balm Certificates of Analysis | |
| 95 | | Bath & Body Works Mango Mandarin Creamy Body Wash Certificates of Analysis | |
| 96 | | True Blue Spa Better Lather Than Never Shower Cream Certificates of Analysis | |
| 97 | | Pure Simplicity Everlasting Night Nourisher Certificates of Analysis | |
| 98 | | Bath & Body Works Mango Mandarin Body Scrub/Smoother Certificates of Analysis | |
| 99 | | True Blue Spa Good Clean Foam Face Wash Certificates of Analysis | |
| 100 | | Bath & Body Works Mango Mandarin Renewing Body Wash Certificates of Analysis | |
| 101 | | Pure Simplicity Ginger Shower Foam Certificates of Analysis | |
| 102 | | Pure Simplicity Ginger Body Scrub Certificates of Analysis | |
| 103 | | Bath & Body Works Mango Mandarin Body Lotion Certificates of Analysis | |
| 104 | | Pure Simplicity Ginger Body Lotion Certificates of Analysis | |
| 105 | | Bath & Body Works Cool Citrus Basil Body Lotion | |
| 106 | | Pure Simplicity Ginger Hand & Nail Cream Certificates of Analysis | |
| 107 | | Pure Simplicity Fig Hand & Nail Cream Certificates of Analysis | |
| 108 | | Pure Simplicity Oat Oil Control Face Moisturizer Certificates of Analysis | |
| 109 | | Pure Simplicity Burdock Root Mattifier Certificates of Analysis | |
| 110 | | Bath & Body Works Mango Mandarin Hand Repair & Healing Hand Cream Certificates of Analysis | |
| 111 | | Bath & Body Works Mango Mandarin Body Butter Certificates of Analysis | |
| 112 | | Pure Simplicity Salt Toning Body Balm Certificates of Analysis | |
| 113 | BBW 004139-004187 | 12 Week Physical Testing Reports | A, H, R |
| 114 | BBW 004750-004760 | 12 Week Physical Testing Reports | A, H, R |

45690040-1

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 115 | BBW 006058-006104 | VMR Models SB 20, SB 21, SB 301 Basic Benchtop pH/ISE Meters Instruction Manual | |
| 116 | BBW 001347 | Unitanical Oat IN R10632 Formula Sheet | |
| 117 | BBW 001348 | Unitanical Oat R10605 Formula Sheet | |
| 118 | BBW 001349 | Unitanical Oat WS R10655 Formula Sheet | |
| 119 | BBW 001350 | Unitanical Orange Peel R10593 Formula Sheet | |
| 120 | BBW 001351 | Unitanical Orange Peel WS R10662 Formula Sheet | |
| 121 | BBW 001354 | Bath & Body Works Cool Citrus Basil Creamy Body Wash Formula Listing Form | BE, A, H |
| 122 | BBW 009512 | Extract of Mandarin DCF345 Certificate of Analysis | |
| 123 | BBW 009513 | Mandarin Orange Extract C3256WS Specification Sheet | |
| 124 | BBW 009514-009515 | Mandarin Orange Extract C3256WS Material Safety Data Sheet | |
| 125 | BBW 009516 | Mandarin Orange Fruit Extract C3256WS Confidential Ingredient List | |
| 126 | BBW 009517 | Actiphyte of Orange Peel 324219-11 Composition Statement | |
| 127 | BBW 003763-003764 | Firmenich Gingermint Pear 125887B Fragrance Formula Sheet | |
| 128 | BBW 003765-003766 | Firmenich Cool Citrus Basil 137708 Fragrance Formula Sheet | A, H |
| 129 | BBW 003767 | Firmenich White Watercress 161375D Fragrance Formula Sheet | A, H |
| 130 | BBW 003768-003769 | Firmenich Gingermint Pear 125887 Fragrance Formula Sheet | |
| 131 | BBW 003770-003771 | Firmenich White Grapefruit Citrus 143935B Fragrance Formula Sheet | |
| 132 | BBW 003772 | Firmenich Mango Mandarin 118185 Fragrance Formula Sheet | |
| 133 | BBW 003773 | Firmenich Mango Mandarin 118185G Fragrance Formula Sheet | |
| 134 | BBW 003774 | Firmenich Mango Mandarin 118185W Fragrance Formula Sheet | |
| 135 | BBW 003775 | Firmenich White Watercress 161375B Fragrance Formula Sheet | |
| 136 | BBW 001355, BBW 001360 | Mane Fragrance MF133158 Quantitative Formula Disclosure | |
| 137 | BBW 001356-001357 | Mane Fragrance MF133782 Quantitative Formula Disclosure | |
| 138 | BBW 001358-001359 | Mane Fragrance MF133506 Quantitative Formula Disclosure | |
| 139 | BBW 001361-001362 | Mane Fragrance MF130767 Quantitative Formula Disclosure | A, H, R |

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 140 | BBW 001363 | Mane Fragrance MF120586 Quantitative Formula Disclosure | |
| 141 | BB000000025 | Burt's Bees Citrus Scrub 1KG Formula Phase Sheet | |
| 142 | BB000000030 | Burt's Bees Citrus Scrub Dry Herb Blend 1KG Formula Phase Sheet | |
| 143 | BB000000007 | Burt's Bees Orange Essence 1KG Formula Phase Sheet | |
| 144 | BB000000044 | Burt's Bees Orange Essence 1KG Formula Phase Sheet | |
| 145 | | Murad Age Balancing Night Cream Formula Sheet | A, H |
| 146 | | Murad Sheer Lustre Day Moisture SPF 15 Formula Sheet | |
| 147 | | Murad Age Diffusing Serum Formula Sheet | |
| 148 | | Murad Skin Perfecting Lotion Formula Sheet | |
| 149 | | Murad Acne Spot Treatment Formula Sheet | |
| 150 | | Declaration of Michael Regina | H, BE |
| 151 | | Declaration of Celeste Lutrario | |
| 152 | | Declaration of Catherine Ponzo-Herman | H |
| 153 | | Declaration of Colin L. McIntosh | H |
| 154 | | Expert Report of Professor Michael H. Davis | H, 702, EX, R |
| 155 | | Expert Report of Christopher L. Fern | H, 702, EX, R |
| 156 | | Expert Report of John Carson, M.S. Regarding Greenspan United States Patent No. 5,063,062 | H, 702, EX, R |
| 157 | | Rebuttal Expert Report of John Carson, M.S. Regarding Greenspan United States Patent No. 5,063,062 | H, EX, R, 702 |
| 158 | DG5092-5093 | Letter from Douglas Greenspan to Michael Jackson and Elizabeth Taylor | H, R |
| 159 | DG1835 | Letter from Douglas Greenspan to President Bill Clinton | |
| 160 | DG6829 | Letter from Douglas Greenspan to Kirk Brady | H, R, ID, M, UP |
| 161 | BBW 004319-004333 | Disperse Ltd. and Bath & Body Works Agreement | |
| 162 | BBW 008665-008667 | Amendment No. 1 to Disperse Ltd. and Bath & Body Works Agreement | |
| 163 | BBW 003776-003794 | Procter & Gamble and Bath & Body Works Licensing Agreement | |
| 164 | BBW 003795-003813 | Procter & Gamble and Bath & Body Works Licensing Agreement | |
| 165 | BBW 008668-008686 | Procter & Gamble and Bath & Body Works Licensing Agreement | |

45690040-1

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 166 | | Limited Defendants' Response to LP Matthews' First Set of Interrogatories | |
| 167 | | Limited Defendants' Supplemental Response to LP Matthews' First Set of Interrogatories | H, DR, C |
| 168 | | Limited Defendants' Supplemental Response to LP Matthews' First Set of Interrogatories | H, DR, C |
| 169 | | Limited Defendants' Supplemental Response to LP Matthews' First Set of Interrogatories | H, DR, C |
| 170 | | Limited Defendants' Supplemental Response to LP Matthews' First Set of Interrogatories | H, DR, C |
| 171 | | Limited Defendants' Supplemental Response to LP Matthews' First Set of Interrogatories | H, DR, C |
| 172 | | Limited Defendants' Supplemental Response to LP Matthews' First Set of Interrogatories | H, DR, C |
| 173 | | Limited Defendants' Supplemental Response to LP Matthews' First Set of Interrogatories | |
| 174 | | Limited Defendants' Supplemental Response to LP Matthews' First Set of Interrogatories | H, DR, C |
| 175 | | Limited Defendants' Response to LP Matthews' Second Set of Interrogatories | H, DR, C |
| 176 | | Limited Defendants' Supplemental Response to LP Matthews' Second Set of Interrogatories | H, DR, C |
| 177 | | Limited Defendants' Supplemental Response to LP Matthews' Second Set of Interrogatories | |
| 178 | | Limited Defendants' Response to LP Matthews' Third Set of Interrogatories | H, DR, C |
| 179 | | Limited Defendants' Supplemental Response to LP Matthews' Third Set of Interrogatories | |
| 180 | | Limited Defendants' Response to LP Matthews' Fourth Set of Interrogatories | H, DR, C |

45690040-1

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 181 | | Limited Defendants' Response to LP Matthews' Fifth Set of Interrogatories | H, DR, C |
| 182 | | Limited Defendants' Response to LP Matthews' Sixth Set of Interrogatories | H, DR, C |
| 183 | | Limited Brands' Response to LP Matthews' First Set of Requests for Admission | H, DR, C |
| 184 | | BBW's Response to LP Matthews' First Set of Requests for Admission | H, DR, C |
| 185 | | Limited Brands' Response to LP Matthews' Second Set of Requests for Admission | DR, H |
| 186 | | BBW's Response to LP Matthews' Second Set of Requests for Admission | DR, H |
| 187 | | LP Matthews' Response to Limited Defendants' First Set of Interrogatories | DR, IO |
| 188 | | LP Matthews' Supplemental Response to Limited Defendants' First Set of Interrogatories | DR, IO |
| 189 | | LP Matthews' Supplemental Response to Limited Defendants' First Set of Interrogatories | DR, IO |
| 190 | | LP Matthews' Supplemental Response to Limited Defendants' First Set of Interrogatories | DR, IO |
| 191 | | LP Matthews' Supplemental Response to Limited Defendants' First Set of Interrogatories | DR, IO |
| 192 | | LP Matthews' Supplemental Response to Limited Defendants' First Set of Interrogatories | DR, IO |
| 193 | | LP Matthews' Supplemental Response to Limited Defendants' First Set of Interrogatories | DR, IO |
| 194 | | LP Matthews' Supplemental Response to Limited Defendants' First Set of Interrogatories | DR, IO |
| 195 | | LP Matthews' Supplemental Response to Limited Defendants' First Set of Interrogatories | DR, IO |
| 196 | | LP Matthews' Supplemental Response to Limited Defendants' First Set of Interrogatories | DR, IO |

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 197 | | LP Matthews' Response to Limited Defendants' Second Set of Interrogatories | DR, IO |
| 198 | | LP Matthews' Supplemental Response to Limited Defendants' Second Set of Interrogatories | DR, IO |
| 199 | | LP Matthews' Supplemental Response to Limited Defendants' Second Set of Interrogatories | DR, IO |
| 200 | | LP Matthews' Supplemental Response to Limited Defendants' Second Set of Interrogatories | DR, IO |
| 201 | | LP Matthews' Response to Limited Brands' First Set of Requests for Admission | DR, RFAO |
| 202 | | LP Matthews' Response to BBW's First Set of Requests for Admission | DR, RFAO |
| 203 | | Joint Claim Construction STATEMENT | R, PL, AA |
| 204 | | CLAIM Construction Chart by LP Matthews LLC, Bath & Body Works Inc., Limited Brands Inc., KAO Brands Co., KAO Corporation | R, PL, AA |
| 205 | | The Limited Defendants' Motion to Exclude expert testimony of Christopher T. Rhodes | H, R, PL, AA |
| 206 | | Motion to Strike the Expert Report and Exclude the Trial Testimony of the Kao Defendants' Damages Expert | R, PL, AA |
| 207 | | MOTION to Strike the Expert Reports and Exclude the Trial Testimony of the Limited Defendants' Liability Expert John C. Carson | R, PL, AA |
| 208 | | MOTION to Strike the Expert Report and Exclude the Trial Testimony of the Kao Defendants' Liability Expert Robert Y. Lochhead | R, PL, AA |
| 209 | | MOTION to Strike the Expert Report and Exclude the Trial Testimony of the Limited Defendants' Patent Law Expert, Michael H. Davis | R, PL, AA |
| 210 | | Motion to Strike the Expert Report and Exclude the Trial Testimony of the Kao Defendants' Damages Expert filed by LP Matthews LLC | R, PL, AA |

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 211 | | SEALED OPENING BRIEF in Support re MOTION to Strike the Expert Reports and Exclude the Trial Testimony of the Limited Defendants' Liability Expert John C. Carson filed by LP Matthews LLC | R, PL, AA |
| 212 | | SEALED OPENING BRIEF in Support re 233 MOTION to Strike the Expert Report and Exclude the Trial Testimony of the Kao Defendants' Liability Expert Robert Y. Lochhead filed by LP Matthews LLC | R, PL, AA |
| 213 | | SEALED OPENING BRIEF in Support re 234 MOTION to Strike the Expert Report and Exclude the Trial Testimony of the Limited Defendants' Patent Law Expert, Michael H. Davis filed by LP Matthews LLC | R, PL, AA |
| 214 | | MOTION to Suppress The Limited Defendants' Motion to Exclude expert testimony of Larry W Evans - filed by Bath & Body Works Inc, Limited Brands Inc. | H, R, PL, AA |
| 215 | | CLAIM CONSTRUCTION OPENING BRIEF filed by KAO Brands Co. | H, R, PL, AA |
| 216 | | MOTION for Summary Judgment of Invalidity Based Upon a Subsequent Board Decision - filed by KAO Brands Co. | H, R, PL, AA, UP |
| 217 | | OPENING BRIEF in Support re 245 MOTION for Summary Judgment of Invalidity Based Upon a Subsequent Board Decision filed by KAO Brands Co. | H, R, PL, AA, UP |
| 218 | | MOTION for Summary Judgment of Invalidity Based Upon Lack of Written Description - filed by KAO Brands Co. | R, H, PL, AA |
| 219 | | SEALED OPENING BRIEF in Support re 247 MOTION for Summary Judgment of Invalidity Based Upon Lack of Written Description filed by KAO Brands Co. | H, R, PL, AA |
| 220 | | MOTION for Summary Judgment of Non-Infringement - filed by KAO Brands Co. | H, R, PL, AA |
| 221 | | SEALED OPENING BRIEF in Support re 249 MOTION for Summary Judgment of Non-Infringement filed by KAO Brands Co. | H, R, PL, AA |

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 222 | | SEALED DECLARATION re 247 MOTION for Summary Judgment of Invalidity Based Upon Lack of Written Description, 249 MOTION for Summary Judgment of Non-Infringement by KAO Brands Co. | H, BE |
| 223 | | DECLARATION re 245 MOTION for Summary Judgment of Invalidity Based Upon a Subsequent Board Decision by KAO Brands Co. | H, UP |
| 224 | | SEALED CLAIM CONSTRUCTION OPENING BRIEF filed by LP Matthews LLC. | R, PL, AA |
| 225 | | Defendants Bath & Body Works, INC. and Limited Brands, Inc.'s Opening Claim Construction Brief filed by Bath & Body Works Inc., Limited Brands Inc. | R, H, PL, AA |
| 226 | | MOTION for Summary Judgment for Lack of Standing - filed by Bath & Body Works Inc., Limited Brands Inc. | H, R, PL, AA |
| 227 | | SEALED OPENING BRIEF in Support re 256 MOTION for Summary Judgment for Lack of Standing filed by Bath & Body Works Inc., Limited Brands Inc. | H, R, PL, AA |
| 228 | | MOTION for Summary Judgment Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment of Unenforceability Due to Inequitable Conduct - filed by Bath & Body Works Inc., Limited Brands Inc. | H, R, PL, AA |
| 229 | | MOTION for Summary Judgment -------Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,063,062 - filed by Bath & Body Works Inc. | H, R, PL, AA |
| 230 | | SEALED OPENING BRIEF in Support re 259 MOTION for Summary Judgment -------Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,063,062 filed by Bath & Body Works Inc. | H, R, PL, AA |

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 231 | | CERTIFICATE OF SERVICE of by Bath & Body Works Inc. re 260 Opening Brief in Support | ID, R |
| 232 | | MOTION for Summary Judgment (LP Matthews' Cross-Motion for Summary Judgment of Infringement Against the Kao Defendants) - filed by LP Matthews LLC. | R, PL, AA |
| 233 | | SEALED OPENING BRIEF in Support re 262 MOTION for Summary Judgment (LP Matthews' Cross-Motion for Summary Judgment of Infringement Against the Kao Defendants) and (Updated ANSWERING BRIEF in Opposition to KBC's March 8, 2005 Motion for Summary Judgment of Non-Infringement (D.I. 12), D.I. 19 filed by LP Matthews LLC. | R, PL, AA |
| 234 | | ANSWERING BRIEF in Opposition re 230 MOTION to Suppress The Limited Defendants' Motion to Exclude expert testimony of Christopher T. Rhodes filed by LP Matthews LLC. | R, PL, AA |
| 235 | | Defendants Bath & Body Works, Inc. and Limited Brands Inc.'s Motion for Summary Judgment of Invalidity Under 35 U.S.C. 102 - filed by Bath & Body Works Inc. | R, PL, AA, H |
| 236 | | OPENING BRIEF in Support re 265 Defendants Bath & Body Works, Inc. and Limited Brands Inc.'s Motion for Summary Judgment of Invalidity Under 35 U.S.C. 102 filed by Bath & Body Works Inc. | H, R, PL, AA |
| 237 | | MOTION for Summary Judgment of Infringement by the Limited Defendants - filed by LP Matthews LLC. | R, PL, AA |
| 238 | | Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment of Invalidity Under 35 U.S.C 103 - filed by Bath & Body Works Inc. | H, R, PL, AA |
| 239 | | SEALED OPENING BRIEF in Support re 267 MOTION for Summary Judgment of Infringement by the Limited Defendants filed by LP Matthews LLC. | R, PL, AA |

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 240 | | OPENING BRIEF in Support re 268 Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment of Invalidity Under 35 U.S.C 103 filed by Bath & Body Works Inc. | R, H, PL, AA |
| 241 | | CERTIFICATE OF SERVICE of by Bath & Body Works Inc. re 270 Opening Brief in Support | R, ID |
| 242 | | Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment of Invalidity Under 35 U.S.C 112 - filed by Bath & Body Works Inc. | H, PL, R, AA |
| 243 | | OPENING BRIEF in Support re 272 Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment of Invalidity Under 35 U.S.C 112 filed by Bath & Body Works Inc. | H, PL, AA, R |
| 244 | | SEALED OPENING BRIEF in Support re 258 Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment of Unenforceability Due to Inequitable Conduct filed by Bath & Body Works Inc., Limited Brands Inc. | H, R, PL, AA |
| 245 | | SEALED ANSWERING BRIEF in Opposition re 239 MOTION to Suppress The Limited Defendants' Motion to Exclude expert testimony of Larry W Evans filed by LP Matthews LLC. | R, PL, AA |
| 246 | | SEALED ANSWERING BRIEF in Opposition re 233 MOTION to Strike the Expert Report and Exclude the Trial Testimony of the Kao Defendants' Liability Expert Robert Y. Lochhead filed by KAO Brands Co. | H, PL, AA, R |
| 247 | | ANSWERING BRIEF in Opposition re 231 Motion to Strike the Expert Report and Exclude the Trial Testimony of the Kao Defendants' Damages Expert filed by KAO Brands Co. | H, R, PL, AA |
| 248 | | Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Answering Brief in Opposition to LP Matthews' Daubert Motion to Strike the Expert Report and Trial Testimony of the Limited Defendants' Patent Law Expert, Michael H. Davis filed by Bath & Body Works Inc. | R, H, PL, AA |

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 249 | | Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Answering Brief in Opposition to LP Matthew's Daubert Motion to Strike the Expert Reports and Exclude the Trial Testimony of the Limited Defendants' Liability Expert John C. Carson filed by Bath & Body Works Inc. | H, R, PL, AA |
| 250 | | SEALED REPLY BRIEF re 231 Motion to Strike the Expert Report and Exclude the Trial Testimony of the Kao Defendants' Damages Expert filed by LP Matthews LLC | R, PL, AA |
| 251 | | SEALED ANSWERING BRIEF in Opposition re 249 MOTION for Summary Judgment of Non-Infringement filed by LP Matthews LLC | R, PL, AA |
| 252 | | SEALED REPLY BRIEF re 231 Motion to Strike the Expert Report and Exclude the Trial Testimony of the Kao Defendants' Damages Expert , Robert Y. Lochhead, filed by LP Matthews LLC | R, PL, AA |
| 253 | | REPLY BRIEF re 234 MOTION to Strike the Expert Report and Exclude the Trial Testimony of the Limited Defendants' Patent Law Expert, Michael H. Davis filed by LP Matthews LLC | PL, AA, R |
| 254 | | REPLY BRIEF re 230 MOTION to Suppress The Limited Defendants' Motion to Exclude expert testimony of Christopher T. Rhodes filed by Bath & Body Works Inc. | H, R, PL, AA |
| 255 | | REPLY BRIEF re 239 MOTION to Suppress The Limited Defendants' Motion to Exclude expert testimony of Larry W Evans filed by Bath & Body Works Inc. | H, R, PL, AA |
| 256 | | SEALED ANSWERING BRIEF in Opposition re 247 MOTION for Summary Judgment of Invalidity Based Upon Lack of Written Description filed by LP Matthews LLC | R, PL, AA |
| 257 | | SEALED REPLY BRIEF re 232 MOTION to Strike the Expert Reports and Exclude the Trial Testimony of the Limited Defendants' Liability Expert John C. Carson filed by LP Matthews LLC | R, PL, AA |

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 258 | | ANSWERING BRIEF in Opposition re 245 MOTION for Summary Judgment of Invalidity Based Upon a Subsequent Board Decision filed by LP Matthews LLC | R, PL, AA, UP |
| 259 | | SEALED AMENDED DOCUMENT by LP Matthews LLC. Amendment to 298 Answering Brief in Opposition, to KBC's Motion for Summary Judgment of Invalidity Based Upon Lack of Written Description (SEALED). (Lydon, Tiffany) Modified on 7/17/2006 (fmt, ). (Entered: 07/17/2006) | R, PL, AA |
| 260 | | SEALED ANSWERING BRIEF in Opposition re 256 MOTION for Summary Judgment for Lack of Standing filed by LP Matthews LLC | R, PL, AA |
| 261 | | ANSWERING BRIEF in Opposition re 265 Defendants Bath & Body Works, Inc. and Limited Brands Inc.'s Motion for Summary Judgment of Invalidity Under 35 U.S.C. 102 filed by LP Matthews LLC | PL, AA, R |
| 262 | | SEALED BRIEF (Combined Answering and Reply) (SEALED) re262 MOTION for Summary Judgment (LP Matthews' Cross-Motion for Summary Judgment of Infringement Against the Kao Defendants), 249 MOTION for Summary Judgment of Non-Infringement filed by KAO Brands Co. | R, H, PL, AA |
| 263 | | SEALED DECLARATION re 307 Brief (Combined Answering and Reply), Brief (Combined Answering and Reply) (Declaration of Robert Y. Lochhead, Ph.D in Support of KBC's (1) Opposition to LPM's Cross-Motion for Summary Judgment of Infringement, D.I. 262 and (2) Reply to LPM's Opposition to KBC's Motion for Summary Judgment of Non-Infringement, D.I. 290) by KAO Brands Co. | H, R, PL, AA |
| 264 | | SEALED ANSWERING BRIEF in Opposition re 272 Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment of Invalidity Under 35 U.S.C 112 filed by LP Matthews LLC | R, PL, AA |

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 265 | | SEALED ANSWERING BRIEF in Opposition re 258 Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment of Unenforceability Due to Inequitable Conduct and Motion to Strike filed by LP Matthews LLC | R, PL, AA |
| 266 | | SEALED ANSWERING BRIEF in Opposition To D.I. 267 LP Mathews' Motion for Summary Judgment of Infringement filed by Bath & Body Works Inc., Limited Brands Inc. | H, R, AA, PL |
| 267 | | SEALED ANSWERING BRIEF in Opposition re 259 Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,063,062 filed by LP Matthews LLC | R, PL, AA |
| 268 | | SEALED ANSWERING BRIEF in Opposition re 268 Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment of Invalidity Under 35 U.S.C 103 filed by LP Matthews LLC | R, AA, PL |
| 269 | | SEALED REPLY BRIEF re 247 MOTION for Summary Judgment of Invalidity Based Upon Lack of Written Description filed by KAO Brands Co. | H, R, PL, AA |
| 270 | | SEALED REPLY BRIEF re 245 MOTION for Summary Judgment of Invalidity Based Upon a Subsequent Board Decision filed by KAO Brands Co. | H, R, PL, AA, UP |
| 271 | | SEALED REPLY BRIEF re 256 MOTION for Summary Judgment for Lack of Standing filed by Bath & Body Works Inc. | PL, AA, R, H |
| 272 | | SEALED REPLY BRIEF re 267 MOTION for Summary Judgment of Infringement by the Limited Defendants filed by LP Matthews LLC | PL, AA, R |
| 273 | | REPLY BRIEF re 262 MOTION for Summary Judgment (LP Matthews' Cross-Motion for Summary Judgment of Infringement Against the Kao Defendants) filed by LP Matthews LLC | PL, AA, R |

45690040-1

| TRIAL Ex. No. | BATES NUMBERS | DESCRIPTION | LPM'S OBJECTION |
|---|---|---|---|
| 274 | | REPLY BRIEF re 265 Defendants Bath & Body Works, Inc. and Limited Brands Inc.'s Motion for Summary Judgment of Invalidity Under 35 U.S.C. 102 filed by Bath & Body Works Inc. | H, PL, AA, R |
| 275 | | SEALED REPLY BRIEF re 258 Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment of Unenforceability Due to Inequitable Conduct filed by Bath & Body Works Inc. | H, PL, AA, R |
| 276 | | REPLY BRIEF re 272 Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment of Invalidity Under 35 U.S.C. 112 filed by Bath & Body Works Inc. | PL, AA, R, H |
| 277 | | SEALED REPLY BRIEF re 249 MOTION for Summary Judgment of Non-Infringement filed by Bath & Body Works Inc. | PL, AA, R, H |
| 278 | | SEALED REPLY BRIEF re 268 Defendants Bath & Body Works, Inc. and Limited Brands, Inc.'s Motion for Summary Judgment of Invalidity Under 35 U.S.C 103 filed by Bath & Body Works Inc. | PL, AA, R, H |
| 279 | | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 244 Claim Construction Opening Brief filed by LP Matthews LLC | R, PL, AA |
| 280 | | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 254 Claim Construction Opening Brief filed by KAO Brands Co. | R, PL, AA, H |
| 281 | | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 254 Claim Construction Opening Brief, 255 Claim Construction Opening Brief, filed by LP Matthews LLC | R, PL, AA |
| 282 | | Defendants Bath & Body Works, Inc. and Limited Brands Inc.'s Answering Brief In Opposition to Plaintiff LP Matthews' Opening Claim Construction Brief | H, PL, AA, R |