IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1507-SLR |
| | ) |
| BATH & BODY WORKS, INC., | ) |
| LIMITED BRANDS, INC., KAO | ) |
| BRANDS CO., and KAO CORP., | ) |
| | ) |
| Defendants. | ) |
| | |
| BATH & BODY WORKS, INC., and | ) |
| LIMITED BRANDS, INC., | ) |
| | ) |
| Counterclaim | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| LP MATTHEWS LLC, | ) |
| | ) |
| Counterclaim | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 19th day of October, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Kao Brands Co.'s and Kao Corporation's second motion for summary judgment (D.I. 249) is granted.

2. Kao Brands Co.'s and Kao Corporation's first motion for summary judgment (D.I. 12) is denied as moot.

3. Bath & Body Works, Inc.'s and Limited Brands, Inc.'s motion for summary judgment (D.I. 259) is granted.

4.  Plaintiff's motions for summary judgment (D.I. 262, 267) are denied.

5.  The Clerk of Court is directed to enter judgment in favor of defendants Kao Brands Co., Kao Corporation, Bath & Body Works, Inc., and Limited Brands, Inc. and against plaintiff LP Matthews, LLC.

                                                     _/s/_____
                                                     United States District Judge