IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1507-SLR |
| | ) |
| BATH & BODY WORKS, INC., | ) |
| LIMITED BRANDS, INC., KAO | ) |
| BRANDS CO., and KAO CORP., | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of October 19, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Kao Brands Co., Kao Corporation, Bath & Body Works, Inc., and Limited Brands, Inc. and against plaintiff LP Matthews, LLC.

_____
United States District Judge

Dated: November 14, 2006

_____
(By) Deputy Clerk