## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1507-SLR |
| | ) |
| BATH & BODY WORKS, INC.; LIMITED BRANDS, INC.; KAO BRANDS CO. (f/k/a THE ANDREW JERGENS COMPANY); and KAO CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**LP MATTHEWS, L.L.C.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Notice is hereby given that Plaintiff LP Matthews, L.L.C. ("LP Matthews") hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment of non-infringement of the Asserted Claims of U.S. Patent No. 5,063,062 ("the '062 patent") entered on November 14, 2006 (D.I. 367), and all orders, rulings and judgments underlying the November 14, 2006 Final Judgment, including but not limited to:

1)      the Court's October 19, 2006 Order construing the term "orange oil/forty-five percent (45%) or less by volume of orange oil" (D.I. 358);

2)      the Order entered October 19, 2006 granting Defendants Bath & Body Works, Inc.'s and Limited Brands, Inc.'s Motion for Summary Judgment of Non-Infringement of Claims 6 and 9 of the '062 patent (D.I. 363);

3)      the Order entered October 19, 2006 granting Defendants Kao Brands Co.'s and Kao Corporation's Motion for Summary Judgment of Non-Infringement of Claims 6 and 9 of the '062 patent (D.I. 363); and

4)      the Order entered October 19, 2006 denying LP Matthews' Cross-Motion for Summary Judgment of Infringement against Defendants Kao Brands Co. and Kao Corporation (D.I. 363).

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. # 4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff LP Matthews, L.L.C.*

*Of Counsel:*

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
800-553-9910

Robert A. Auchter
David P. Swenson
T. Monique Jones
Robins, Kaplan, Miller & Ciresi L.L.P.
1875 Eye Street, N.W., Suite 300
Washington, D.C.  20006
202-775-0725

Dated:  December 14, 2006
176099.1