## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LP MATTHEWS, L.L.C., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1507 (SLR) |
| | ) | |
| BATH & BODY WORKS, INC., | ) | |
|   and | ) | |
| LIMITED BRANDS, INC., | ) | |
|   and | ) | |
| KAO BRANDS CO. (f/k/a THE ANDREW | ) | |
| JERGENS COMPANY), | ) | |
|   and | ) | |
| KAO CORPORATION, | ) | |
| | ) | |
|     Defendants. | ) | |

### BATH & BODY WORKS, INC. AND LIMITED
### BRANDS, INC. NOTICE OF CROSS-APPEAL

Notice is hereby given that Defendants' Bath & Body Works, Inc. and Limited Brands, Inc. (the "Limited Defendants") in the above named case hereby cross-appeal to the United States Court of Appeals for the Federal Circuit from the November 14, 2006 final judgment to the extent that it:

    1.    denied Defendants' Motion for Summary Judgment Based on Lack of Standing (D.I. 359);

    2.    denied Defendants' Motion to Dismiss for Failure to Join a Party (D.I. 359);

    3.    denied Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. §102 (D.I. 361);

    4.    denied Defendants' Motion for Summary Judgment of Invalidity Under 35

U.S.C. §103 (D.I. 361);

     5.     denied Defendants' Motion for Summary Judgment of Invalidity Under 35

U.S.C. §112 (D.I. 361); and

     6.     denied Defendants' Motion for Summary Judgment of Unenforceability

Due to Inequitable Conduct (D.I. 361).


                     FOX ROTHSCHILD LLP


Dated:  December 27, 2006        By:   /s/ Francis G.X. Pileggi
                     Francis G.X. Pileggi (Del. Bar No. 2624)
                     Sheldon K. Rennie (Del. Bar No. 3772)
                     Fox Rothschild, LLP
                     Suite 1300
                     919 North Market Street
                     Wilmington, Delaware  19801
                     Phone: (302) 655-3667
                     Fax: (302) 656-8920
                     E-mail: fpileggi@foxrothschild.com
                     E-mail: srennie@foxrothschild.com

                     OF COUNSEL:

                     John F. Ward
                     David M. Hill
                     Michael J. Zinna
                     WARD & OLIVO
                     708 Third Avenue
                     New York, New York  10017
                     Phone: (212) 697-6262
                     Fax: (212) 972-5866
                     E-mail: wardj@wardolivo.com
                     E-mail: hilld@wardolivo.com
                     E-mail: zinnam@wardolivo.com

                     *Attorneys for Defendants*
                     Bath & Body Works, Inc.
                     Limited Brands, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2006, I electronically filed Defendant Bath & Body

Works, Inc.'s and Limited Brands, Inc.'s Notice of Cross-Appeal with the Clerk of Court using

CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

Richard L. Horwitz
David Moore
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

David Hill
John Ward
Michael Zinna
Ward & Olivo
382 Springfield Avenue
Summit, NJ 07901

Robert A. Auchter
Robins, Kaplan, Miller & Ciresi LLP
1801 K Street, NW
Washington, DC 20006

Arthur I. Neustadt
Richard Chinn
Oblon, Spivak, McClelland,
  Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

I hereby certify that on December 28, 2006, I have Electronically Mailed the documents

to the following:

Robert A. Auchter, Esquire
Jason R. Buratti, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1801 K Street, NW
Washington, DC 20006

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Richard L. Horwitz, Esquire
David Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Arthur I. Neustadt, Esquire
Richard Chinn, Esquire
Oblon, Spivak, McClelland
  Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

1

WM1A 91176v1 12/28/06

Ronald J. Schutz, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 54402

John Ward, Esquire
Ward and Olivo
382 Springfield Avenue
Summit, NJ 07901

        /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (#2624)

2