04-1507 SLR

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2007-1137 - LP MATTHEWS V BATH & BODY WORKS

**Date of docketing**: 01/16/2007

**Appeal from**: United States District Court/ District of Delaware
case no. 04-CV-1507

**Cross-appellant(s)**: Bath & Body Works, Inc. and Limited Brands, Inc.



FILED

JAN 19 2007

U.S. D... COURT
DISTRICT ... DELAWARE

### Critical dates include:
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. *(Due within 14 days of the date of docketing.)* See the en banc order dated September 18, 2006. [Counsel can download a copy of the order at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

### Attachments:
- Official caption to all.
- Entry of appearance form to all.
- Informal brief form to pro se appellants.

Jan Horbaly
Clerk

cc: US District Court, DE                              Also served on:
    John F. Ward                                  Arthur I. Neustadt
    Robert A. Auchter

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: January 16, 2007

Official Caption[1]

2007-1123, -1124, -1137

LP MATTHEWS, L.L.C.,

Plaintiff-Appellant,

v.

BATH & BODY WORKS, INC. and LIMITED BRANDS, INC.,

Defendants-Cross Appellants,

and

KAO BRANDS CO. (formerly known as The Andrew Jergens Company)
and KAO CORPORATION,

Defendants-Cross Appellants.

Appeals from the United States District Court for the District of Delaware in case no. 04-CV-1507, Chief Judge Sue L. Robinson.

Authorized Abbreviated Caption[2]

LP MATTHEWS v BATH & BODY WORKS, 2007-1123, -1124, -1137

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.