# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2007-1123, -1124, -1137

LP MATTHEWS, L.L.C.,

Plaintiff-Appellant,

v.

BATH & BODY WORKS, INC. and LIMITED BRANDS, INC.,

Defendants-Cross Appellants,

and

KAO BRANDS CO. (formerly known as The Andrew Jergens Company) and KAO CORPORATION,

Defendants-Cross Appellants.

## ORDER

FILED
FEB 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).



FOR THE COURT,



Jan Horbaly
Clerk

02/12/07

cc: Clerk's Office, DCT
Robert A. Auchter
John F. Ward, Arthur I. Neustadt

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 12 2007

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 02/12/07

LP MATTHEWS V BATH & BODY WORKS, 2007-1123, -1124, -1137
DCT - 04-CV-1507 SLR

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By _____ Date: 2/12/07