OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 15, 2007

Francis G.X. Pileggi, ESQ.
Fox Rothschild LLP
Email:fpileggi@foxrothschild.com

RE: **LP Matthews LLC v. Bath & Body Works, et al..**
Civ. No. 04-cv-1507-SLR

Dear Counsel:

Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:
142,187,257,260,284,311,319,334,336,337,341.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: *[signature]*

I hereby acknowledge receipt of the above mentioned documents on 15 Aug 07.

Signature: *[signature]*