OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 15, 2007

Richard L. Horowitz, ESQ.
Potter Anderson & Corroon, LLP
rhorwitz@potteranderson.com

Arthur Neustadt
aneustadt@oblon.com

    RE: **LP Matthews LLC v. Bath & Body Works, et al..**
         Civ. No. 04-cv-1507-SLR

Dear Counsel:

    Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:
13,89,115,248,250,251,276,307,308,314,315,339.

    A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

    I hereby acknowledge receipt of the above mentioned documents

on 8/15/07 .

_____
Signature

