OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 15, 2007

John G. Day, ESQ.
Ashby & Geddes
Email:jday@ashby-geddes.com

**RE:**
**LP Matthews LLC v. Bath & Body Works, et al..**
    Civ. No. 04-cv-1507-SLR

Dear Counsel:

   Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:   104,164,235,236,237,238,254,263,269,274,288,290,293,298
         ,299,301,302,309,310,312,313,331,338,340,355 .

   A copy of the signed acknowledgment has been attached for your records.

                                         Sincerely,

                                         Peter T. Dalleo, Clerk

                                         By: _____

   I hereby acknowledge receipt of the above mentioned documents
on   8/15/07   .

                        Signature

                                         2007 AUG 15 AM 11:19
                                         FILED
                                         CLERK U.S. DISTRICT COURT
                                         DISTRICT OF DELAWARE