**REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK**

TO: Commissioner of Patents and Trademarks
Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CA 04-1507 | 12/08/04 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| LP Matthews LLC | Bath & Body Works |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,063,062 | 11/05/91 | D. Greenspan, W. Ingram |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | [ ] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

**DECISION/JUDGMENT**

Judgment in favor of defendants, copy attached.

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK | R. Pulle | 11-20-07 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LP MATTHEWS LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-1507-SLR ) |
| BATH & BODY WORKS, INC., LIMITED BRANDS, INC., KAO BRANDS CO., and KAO CORP., | ) ) ) ) ) |
| Defendants. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of October 19, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Kao Brands Co., Kao Corporation, Bath & Body Works, Inc., and Limited Brands, Inc. and against plaintiff LP Matthews, LLC.

_____
United States District Judge

Dated: November 14, 2006

_____
(By) Deputy Clerk